Stephen M. Lobbin (admitted *pro hac vice*)
**The Eclipse Group LLP**
2020 Main Street, Suite 600
Irvine, California  92614
Tel:  949.851.5000

Mark W. Ford (10659)
Rachel Jacques (13250)
**Maschoff Brennan**
1389 Center Drive, Suite 300
Park City, Utah  84098
Tel:  435.575.1387

*Attorneys for Plaintiff Petter Investments, Inc. d/b/a RIVEER*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **PETTER INVESTMENTS, INC.** d/b/a **RIVEER**, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.**, a Utah corporation, and **CALIFORNIA CLEANING SYSTEMS**, a California company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | NOTICE OF CONVENTIONAL FILING<br><br><br>Civil Case No. 2:14-CV-00045<br><br>Judge Dee Benson |

Please take notice that Plaintiff, Petter Investments, Inc. d/b/a Riveer, has conventionally filed the original and one copy of the following documents, papers or other materials:

- Declaration of Stephen M. Lobbin in Support of Plaintiff Riveer's Motion for Fed.R.Civ.P. 56(d) Relief (in support of DKT No. 87);

- Exhibit A to the Declaration of Stephen M. Lobbin in Support of Plaintiff Riveer's Motion for Fed.R.Civ.P. 56(d) Relief (in support of DKT No. 87);

- Declaration of Stephen M. Lobbin in Support of Plaintiff Riveer's Motion for Fed.R.Civ.P. 56(d) Relief (in support of DKT No. 88);

- Exhibit A to the Declaration of Stephen M. Lobbin in Support of Plaintiff Riveer's Motion for Fed.R.Civ.P. 56(d) Relief (in support of DKT No. 88);

- Plaintiff Riveer's Opposition to Defendants' Motion for Summary Judgment on Plaintiff's First Claim for Relief;

- Declaration of Stephen M. Lobbin in Support of Plaintiff Riveer's Opposition to Defendants' Motion for Summary Judgment on Plaintiff's First Claim for Relief;

- Exhibit D to the Declaration of Stephen M. Lobbin in Support of Plaintiff Riveer's Opposition to Defendants' Motion for Summary Judgment on Plaintiff's First Claim for Relief;

- Plaintiff Riveer's Opposition to Defendants' Motion for Partial Summary Judgment on Plaintiff's Third Claim for Relief; and

- Exhibit G to Plaintiff Riveer's Opposition to Defendants' Motion for Partial Summary Judgment on Plaintiff's Third Claim for Relief.

These documents, papers or other materials have not been filed electronically because:

They are exempt from electronic filing pursuant to § F (4) of the District of Utah

CM/ECF and E-filing Administrative Procedures Manual. These documents, papers or

other materials have been conventionally served on all parties.

Dated:  July 7, 2014                          Respectfully submitted,

                                                                               **Maschoff Brennan**

                                                                               /s/ *Mark W. Ford*
                                                                                  Mark W. Ford