Stephen M. Lobbin (admitted *pro hac vice*)
**The Eclipse Group LLP**
2020 Main Street, Suite 600
Irvine, California 92614
Tel: 949.851.5000

Mark W. Ford (10659)
Rachel Jacques (13250)
**Maschoff Brennan**
1389 Center Drive, Suite 300
Park City, Utah 84098
Tel: 435.575.1387

*Attorneys for Plaintiff Petter Investments, Inc. d/b/a RIVEER*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **PETTER INVESTMENTS, INC.** d/b/a **RIVEER**, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.**, a Utah corporation, and **CALIFORNIA CLEANING SYSTEMS**, a California company,<br><br>Defendants. | APPENDIX OF EXHIBITS TO PLAINTIFF RIVEER'S MOTION FOR FED. R. CIV. P. 56(d) RELIEF<br><br>Civil Case No. 2:14-CV-00045<br><br>Judge Dee Benson |
| AND RELATED COUNTERCLAIMS | |

Plaintiff Petter Investments, Inc., d/b/a RIVEER submits this Appendix of Exhibits in support of its Opposition to Defendants' Motion for Summary Judgment on Plaintiff's First Claim for Relief.

**INDEX OF EXHIBITS**

| | |
|---|---|
| Exhibit A | Deposition of Alan McCormick, April 24, 2014 – *filed under seal* |
| Exhibit B | Riveer's Interrogatories to Hydro |
| Exhibit C | Hydro's Responses to Riveer's Requests for Production of Documents and Things |

Dated:  July 7, 2014 　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**Maschoff Brennan**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mark W. Ford*
　　　　　　　　　　　　　　　　　　　　　　　　　Mark W. Ford