Stephen M. Lobbin (admitted *pro hac vice*)
**The Eclipse Group LLP**
2020 Main Street, Suite 600
Irvine, California  92614
Tel:  949.851.5000

Mark W. Ford (10659)
Rachel Jacques (13250)
**Maschoff Brennan**
1389 Center Drive, Suite 300
Park City, Utah  84098
Tel: 435.575.1387

*Attorneys for Plaintiff Petter Investments, Inc. d/b/a RIVEER*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **PETTER INVESTMENTS, INC.** d/b/a **RIVEER**, a Michigan corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.**, a Utah corporation, and **CALIFORNIA CLEANING SYSTEMS**, a California company,<br><br>    Defendants. | APPENDIX OF EXHIBITS TO PLAINTIFF RIVEER'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FIRST CLAIM FOR RELIEF<br><br>Civil Case No. 2:14-CV-00045<br><br>Judge Dee Benson |
| AND RELATED COUNTERCLAIMS | |

Plaintiff Petter Investments, Inc., d/b/a RIVEER submits this Appendix of Exhibits in support of its Opposition to Defendants' Motion for Summary Judgment on Plaintiff's First Claim for Relief.

## INDEX OF EXHIBITS

| | |
|---|---|
| **Declaration of Matthew J. Petter** | |
| Exhibit 26[1] | Hydro's September 7, 2007, cease and desist letter to Riveer |
| Exhibit 27 | Complaint in *Petter Investments, Inc. v. Hydro Engineering, Inc. et al.*, Case No. 1:07-CV-1033 (W.D. Mich.) |
| Exhibit 28 | Page from Riveer's web site discussing its wash racks |
| **Declaration of Stephen M. Lobbin** | |
| Exhibit D[2] | Deposition of Alan McCormick, April 24, 2014 – ***filed under seal*** |
| Exhibit E | Riveer's Interrogatories to Hydro |
| Exhibit F | Hydro's Responses to Riveer's Requests for Production of Documents and Things |
| Exhibit G | December 17, 2008 Hearing Transcript (Docket No. 137, dated December 22, 2008) in *Petter Investments, Inc. v. Hydro Engineering, Inc. et al.*, Case No. 1:07-CV-1033 (W.D. Mich.) |
| Exhibit H | July 18, 2011 Opinion (Docket No. 417) in *Petter Investments, Inc. v. Hydro Engineering, Inc. et al.*, Case No. 1:07-CV-1033 (W.D. Mich.) |
| Exhibit I | November 16, 2011 Memorandum (Docket No. 90) in *Petter Investments, Inc. v. Hydro Engineering, Inc. et al.*, Case No. 1:11-CV-207 (W.D. Mich.) |
| Exhibit J | May 20, 2014 Litigation Alert re Supreme Court's Patrella Decision |

Dated: July 7, 2014

Respectfully submitted,
**Maschoff Brennan**

/s/ *Mark W. Ford*
    Mark W. Ford

---

[1] Riveer has used "26" for its first exhibit because with its Motion, Defendants submitted 1-25.
[2] Riveer has used "D" for its first exhibit because with its Motion, Defendants submitted A-C.