# EXHIBIT 26

LAW OFFICES
# LYNN G. FOSTER L.C.
A LIMITED LIABILITY COMPANY

PATENTS
TRADEMARKS
COPYRIGHTS
TRADE SECRETS
UNFAIR COMPETITION
RELATED LITIGATION

602 EAST 300 SOUTH
SALT LAKE CITY, UTAH 84102
TELEPHONE: (801) 364-5633
FACSIMILE: (801) 355-8938
E-MAIL: foster@fosterpatlaw.com

LYNN G. FOSTER

REG. PROF. ENGINEER
ATTORNEY AT LAW
PATENT ATTORNEY

September 7, 2007

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Riveer Environmental
233 Veterans Blvd.
South Haven, MI 49090

    Re:    Infringement of U.S. Patents 6,799,591 and 7,258,749

Dear Sirs:

    I represent Hydro Engineering, a partnership, in respect to U.S. Patents 6,799,591 and 7,258,749, copies enclosed. Based upon the information in my possession, I am confident that the manufacture, use and sale of the Riveer wash pad constitutes an infringement of the patents identified above. This letter is your notice to cease and desist from further acts of literal, induced and contributory infringement.

    Please confirm in writing within the ensuing 15 days that you will honor the patent rights identified above and will comply with this demand to cease and desist.

    Please supply to me a full copy of the specification, including drawings, of the Riveer wash pad and photographs of the wash pad as it looks when manufacture is complete.

    Please supply to me a full accounting of all units sold to date and each purchaser. If Riveer uses dealers or distributors for its wash pad, identification of each dealer and/or distributor should be provided.

    If Riveer has some of its wash pads in inventory, please identify the types and numbers of such wash pads currently in inventory.

    I look forward to your full response to the foregoing by September 22, 2007.

PET 000919

Very truly yours,

Lynn G. Foster

LGF:sn
Enclosure

cc: Hydro Engineering

2

PET 000920