# EXHIBIT 28

CONTACT US    BLOG

Engineered Wash Water Recovery Systems    888.857.7304

WASHING SYSTEMS    WATER TREATMENT    WASH RACKS & PADS    AIRCRAFT WASHING

MARKETS
PRODUCTS
  Washing Systems
  Wash Racks & Pads
    Steel Wash Racks
    Concrete Pads
    Wash Booths
  Water Treatment
  Aircraft Washing
  Specialty
SUPPORT
COMPANY

REQUEST A QUOTE

"All day long, there'll be one semi in the wash bay and 20 of them lined up. They just go one right after another. They love this darn thing."
– Greg C., Maintenance Manager, Chesapeake Energy Systems



Riveer Rack™
Product Brochure
Download
or
View our full library of Riveer brochures and videos here.

# ABOVE GROUND STEEL OR IN-GROUND CONCRETE



## Riveer provides world-class containment solutions, whatever your requirements.

Our goal is always to provide the best solution for your needs. Whether you are looking for a permanent wash facility, an easily deployable wash rack system, or a way to retrofit an existing system in order to improve it's efficiency and/or EPA compliance, Riveer will design a solution that best fulfills your unique specifications.

Depending on your site requirements and limitations, we can design a containment pad that is either above-ground and made of steel or built-in and poured with concrete. Both options provide seamless integration with our washing and recycling systems, or with your pre-existing provisions.

If you're looking for a quick turnaround, you can install a **Riveer Rack** in a matter of hours without having to apply for permits. These bolt-together steel racks are sized to your exact requirements, and allow for expansion if needed in the future. If permitting is not an obstacle and portability is not a requirement, an **in-ground concrete wash pad** can often be a more economical way to go.

If you are also in need of shelter, lighting, air handling or mist containment, we can build a **wash booth**, hanger or facility for your wash operations.

      

**Steel Wash Racks**   **Concrete Containment Pads**   **Wash Booths**

QUICK LINKS
Washing
Containment
Treatment

About
Media
FAQ
Request For Quote

REQUEST FOR QUOTE
Put the water back the way you found it. Recycle with environmentally compliant wash systems.

JOIN OUR MAILING LIST

CONTACT
233 Veterans Blvd
South Haven, MI 49090 | map

Phone:   888.857.7304
         269.637.1997
Fax:     269.637.0177
Email:   sales@riveer.com

Contact Us

Environmentally compliant washing solutions and more. Stay in the know!

SOCIAL

©2014 Riveer    Home    Sitemap    Privacy Policy    Contact