Stephen M. Lobbin (admitted *pro hac vice*)
**The Eclipse Group LLP**
2020 Main Street, Suite 600
Irvine, California  92614
Tel:  949.851.5000

Mark W. Ford (10659)
Rachel Jacques (13250)
**Maschoff Brennan**
1389 Center Drive, Suite 300
Park City, Utah  84098
Tel:  435.575.1387

*Attorneys for Plaintiff Petter Investments, Inc. d/b/a RIVEER*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **PETTER INVESTMENTS, INC.** d/b/a **RIVEER**, a Michigan corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.**, a Utah corporation, and **CALIFORNIA CLEANING SYSTEMS**, a California company,<br><br>      Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFF RIVEER'S MOTION FOR FED. R. CIV. P. 56(d) RELIEF**<br><br>Civil Case No. 2:14-CV-00045<br><br>Judge Dee Benson |
| AND RELATED COUNTERCLAIMS | |

Having considered plaintiff Petter Investments, Inc.'s d/b/a RIVEER ("Riveer") Motion for Fed. R. Civ. P. 56(d) Relief ("Motion"), the arguments and submissions of the parties in connection with the Motion, and being fully advised in the premise, the Court hereby GRANTS the Motion, and finds and orders that Defendant Hydro Engineering, Inc.'s Motion for Summary Judgment on Plaintiff's Fourth, Fifth, and Sixth Claims for Relief (Dkt. No. 82) is DENIED [or alternatively] that Defendant Hydro Engineering, Inc. must:

(1) Respond completely and fully to Riveer's outstanding discovery requests;

(2) Produce for deposition all Hydro employees involved in the competitive bidding practices at issue (including Doug Felice, Kerry Smith, and Travis Heywood);

(3) Produce a Rule 30(b)(6) deposition of Hydro prepared to provide testimony about all of the relevant details of Hydro's competitive bidding practices at issue; and

(4) Allow Petter the time necessary to obtain document production and depositions from third parties, including the contracting offices who issued the bid specifications and solicitations, and reviewed bids.

Furthermore [if the motion is not denied], the Court hereby ORDERS that Riveer's opposition to Defendants' Motion for Summary Judgment on Plaintiff's Fourth, Fifth, and Sixth Claims for Relief (*see* Dkt. No. 82) is due no later than 14 days after the final deposition ordered above, takes place.

DATED this _____ day of _____, 2014.

_____
Hon. Dee Benson, District Judge

2