Stephen M. Lobbin (admitted *pro hac vice*)
**The Eclipse Group LLP**
2020 Main Street, Suite 600
Irvine, California  92614
Tel:  949.851.5000

Mark W. Ford (10659)
Rachel Jacques (13250)
**Maschoff Brennan**
1389 Center Drive, Suite 300
Park City, Utah  84098
Tel:  435.575.1387

*Attorneys for Plaintiff Petter Investments, Inc. d/b/a RIVEER*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **PETTER INVESTMENTS, INC.** d/b/a **RIVEER**, a Michigan corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.**, a Utah corporation, and **CALIFORNIA CLEANING SYSTEMS**, a California company,<br><br>    Defendants. | NOTICE OF CONVENTIONAL FILING<br><br>Civil Case No. 2:14-CV-00045<br><br>Judge Dee Benson |
| AND RELATED COUNTERCLAIMS | |

Please take notice that Plaintiff, Petter Investments, Inc. d/b/a Riveer, has conventionally filed the original and one copy of the following documents, papers or other materials:

- Declaration of Stephen M. Lobbin in Support of Plaintiff Riveer's Motion for Fed. R. Civ. P. 56(d) Relief

- Exhibit A to the Declaration of Stephen M. Lobbin in Support of Plaintiff Riveer's Motion for Fed. R. Civ. P. 56(d) Relief.

- Plaintiff Riveer's Opposition to Defendant Hydro's Motion for Summary Judgment on Plaintiff's Fourth, Fifth, and Sixth Claims for Relief.

- Declaration of Stephen M. Lobbin in Opposition to Defendant Hydro's Motion for Summary Judgment on Plaintiff's Fourth, Fifth, and Sixth Claims for Relief.

- Exhibit A to the Declaration of Stephen M. Lobbin in Opposition to Defendant Hydro's Motion for Summary Judgment on Plaintiff's Fourth, Fifth, and Sixth Claims for Relief.

Dated:  July 28, 2014                     Respectfully submitted,

                                          **MASCHOFF BRENNAN**

                                          /s/ Mark W. Ford
                                          Mark W. Ford
                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document—**NOTICE OF CONVENTIONAL FILING**—pursuant to Fed. R. Civ. P. 5(b)(2)(E) on the parties as follows:

Brett L. Foster, 6089
bfoster@hollandhart.com
Mark A. Miller, 9563
mmiller@hollandhart.com
Christopher B. Hadley, 14055
cbhadley@hollandhart.com
**Holland & Hart LLP**
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101


Dated:  July 28, 2014                              /s/ Mark W. Ford