# EXHIBIT A

Filed Under Seal

The Document Contains "Sealed Material"