Stephen M. Lobbin (admitted *pro hac vice*)
**The Eclipse Group LLP**
2020 Main Street, Suite 600
Irvine, California  92614
Tel:  949.851.5000

Mark W. Ford (10659)
Rachel Jacques (13250)
**Maschoff Brennan**
1389 Center Drive, Suite 300
Park City, Utah  84098
Tel:  435.575.1387

*Attorneys for Plaintiff Petter Investments, Inc. d/b/a RIVEER*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **PETTER INVESTMENTS, INC.** d/b/a **RIVEER**, a Michigan corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.**, a Utah corporation, and **CALIFORNIA CLEANING SYSTEMS**, a California company,<br><br>    Defendants. | **APPENDIX OF EXHIBITS TO PLAINTIFF RIVEER'S OPPOSITION TO DEFENDANT HYDRO'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FOURTH, FIFTH, AND SIXTH CLAIMS FOR RELIEF**<br><br>Civil Case No. 2:14-CV-00045<br><br>Judge Dee Benson |
| AND RELATED COUNTERCLAIMS | |

Plaintiff Petter Investments, Inc. d/b/a RIVEER submits this Appendix of Exhibits in support of its 56(d) Motion for Relief.

### INDEX OF EXHIBITS

| Exhibit A | Deposition of Alan McCormick – *filed under seal* |
|---|---|
| Exhibit B | Riveer's Interrogatories to Hydro |
| Exhibit C | Hydro's Responses to Riveer's Requests for Production of Documents and Things |
| Exhibit D | Photographs and Digital Renderings |
| Exhibit E | Photographs and Digital Renderings |

Dated: July 28, 2014                    Respectfully submitted,

**MASCHOFF BRENNAN**

/s/ Mark W. Ford
Mark W. Ford
*Attorneys for Plaintiff*