Stephen M. Lobbin (admitted *pro hac vice*)
Edward F. O'Connor
**The Eclipse Group LLP**
2020 Main Street, Suite 600
Irvine, California  92614
Tel:  949.851.5000
Fax:  949.851.5051

Mark W. Ford (10659)
Rachel Jacques (13250)
**Maschoff Brennan**
1389 Center Drive, Suite 300
Park City, Utah  84098
Tel:  435.575.1387
Fax:  435.252.1361

*Attorneys for Plaintiff* Petter Investments, Inc. d/b/a RIVEER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **PETTER INVESTMENTS, INC.** d/b/a **RIVEER**, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.**, a Utah corporation, and **CALIFORNIA CLEANING SYSTEMS**, a California company,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFF RIVEER'S MOTION TO EXTEND "PHASE I" FACT DISCOVERY DEADLINE**<br><br>Civil Case No. 2:14-CV-00045<br><br>Honorable District Judge Dee Benson |

WITH GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the deadline for the "Close of Phase I fact discovery" (*see* Dkt. No. 79 at 4) shall be extended from December 1, 2014 to and including March 30, 2015 (or another date or on other terms, as determined by the Court).

Signed: _____, 2014         BY THE COURT:

                                      _____

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document—**[PROPOSED] ORDER GRANTING PLAINTIFF RIVEER'S MOTION TO EXTEND "PHASE I" FACT DISCOVERY DEADLINE**—to be filed via the Court's CM/ECF system and thereby served on the parties as follows:

    Brett L. Foster, 6089
    bfoster@hollandhart.com
    Mark A. Miller, 9563
    mmiller@hollandhart.com
    Christopher B. Hadley, 14055
    cbhadley@hollandhart.com
    **Holland & Hart LLP**
    222 S. Main Street, Suite 2200
    Salt Lake City, Utah 84101

Dated:  October 16, 2014                /s/ Stephen M. Lobbin
                                                Stephen M. Lobbin (admitted *pro hac vice*)
                                                *Attorney for Plaintiff*