# EXHIBIT 4

# Stephen M. Lobbin

| | |
|---|---|
| **From:** | Chris Hadley <CBHadley@hollandhart.com> |
| **Sent:** | Wednesday, October 15, 2014 3:58 PM |
| **To:** | Stephen M. Lobbin; Mark Miller |
| **Cc:** | Brett Foster; Chris Broome; Mark W. Ford; rjacques@mabr.com; Robert P. Hart; Rebecca Meegan; Erin C. Meegan |
| **Subject:** | RE: Riveer v. Hydro -- Discovery Issues |

Hi Steve,

Hydro will be producing supplemental document production by the end of the week.

Hydro does not agree and will not stipulate to an extension of the pre-claim construction discovery period. If you would like to discuss, please let us know when may work for a conference call.

Thanks, Chris

**Christopher B. Hadley**
*Associate*
Holland & Hart LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Phone: (801) 799-5873
Cell: (435) 659-4013
E-mail: cbhadley@hollandhart.com



**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail. Thank you.

---

**From:** Stephen M. Lobbin [mailto:sml@eclipsegrp.com]
**Sent:** Wednesday, October 15, 2014 1:09 PM
**To:** Chris Hadley; Mark Miller
**Cc:** Brett Foster; Chris Broome; Mark W. Ford; rjacques@mabr.com; Robert P. Hart; Rebecca Meegan; Erin C. Meegan; Stephen M. Lobbin
**Subject:** RE: Riveer v. Hydro -- Discovery Issues

Hi Mark/Chris,

Following up on our call from last week, please let me know any update on Hydro's additional and supplemental document production, as we discussed on our call.

Given that we are still completing document production, we would like to request an extension of the current fact discovery deadline. Attached is a proposed stipulation, in the same format you used last time when we agreed to your proposed extension and alignment of the briefing on your motions for summary judgment. Please get back to me with any edits/changes you'd like to make.

Best regards,

Stephen M. Lobbin



Orange County|San Diego|Los Angeles
2020 Main Street, Suite 600
Irvine, California  92614
E-Mail:  sml@eclipsegrp.com
Mobile:  949.636.1391
OC Tel:  949.851.5000 x105
SD Tel:  619.239.4340 x310
Fax:  949.608.9089
Web:  www.eclipsegrp.com

**CONFIDENTIALITY NOTICE**: This message was sent by or on behalf of an attorney, and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, you are not authorized to read, print, retain a copy of, or disseminate this message or any part of it. If you have received this message in error, please notify us immediately by return e-mail or by telephone, and please discard any paper copies of this message.

**TREASURY NOTICE**: As required by U.S. Treasury regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

---

**From:** Chris Hadley [mailto:CBHadley@hollandhart.com]
**Sent:** Monday, October 06, 2014 10:31 AM
**To:** Stephen M. Lobbin
**Cc:** Mark Miller; Brett Foster; Chris Broome; Mark W. Ford; rjacques@mabr.com; Robert P. Hart; Rebecca Meegan; Erin C. Meegan
**Subject:** RE: Riveer v. Hydro -- Discovery Issues

Ok, thanks Steve.

Chris

**Christopher B. Hadley**
*Associate*
Holland & Hart LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Phone: (801) 799-5873
Cell: (435) 659-4013
E-mail: cbhadley@hollandhart.com



**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you believe that this email has been sent to you in
error, please reply to the sender that you received the message in error; then please delete this e-mail. Thank you.