Stephen M. Lobbin (admitted *pro hac vice*)
**The Eclipse Group LLP**
2020 Main Street, Suite 600
Irvine, California 92614
Tel: 949.851.5000

Mark W. Ford (10659)
Rachel Jacques (13250)
**Maschoff Brennan**
1389 Center Drive, Suite 300
Park City, Utah 84098
Tel: 435.575.1387

*Attorneys for Plaintiff Petter Investments, Inc. d/b/a RIVEER*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **PETTER INVESTMENTS, INC.** d/b/a **RIVEER**, a Michigan corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.**, a Utah corporation, and **CALIFORNIA CLEANING SYSTEMS**, a California company,<br><br>     Defendants. | SUPPLEMENTAL DECLARATION OF STEPHEN M. LOBBIN IN SUPPORT OF PLAINTIFF RIVEER'S MOTION TO EXTEND "PHASE I" FACT DISCOVERY DEADLINE<br><br>Civil Case No. 2:14-CV-00045<br><br>Judge Dee Benson |
| AND RELATED COUNTERCLAIMS | |

1

I, Stephen M. Lobbin, declare and state as follows:

1. I am counsel of record for Plaintiff Petter Investments, Inc. d/b/a RIVEER ("Riveer") in this action. I have personal knowledge of the facts stated herein, and if called to testify as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 7 is a true and correct copy of Hydro's document production letter dated October 17, 2014.

3. Attached hereto as Exhibit 8 is a true and correct copy of Riveer's Requests for Production Nos. 1-57, served on May 16, 2014.

4. Attached hereto as Exhibit 9 is a true and correct copy of an October 24, 2014 letter (with enclosure) from me to Matthew A. Miller.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called to testify, I could and would competently do so.

Executed on this 27th day of October, 2014, at San Diego, California.

/s/ Stephen M. Lobbin

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document—**SUPPLEMENTAL DECLARATION OF STEPHEN M. LOBBIN IN SUPPORT OF PLAINTIFF RIVEER'S MOTION TO EXTEND "PHASE I" FACT DISCOVERY DEADLINE**—to be filed via the Court's CM/ECF system and thereby served on the parties as follows:

> Brett L. Foster, 6089
> bfoster@hollandhart.com
> Mark A. Miller, 9563
> mmiller@hollandhart.com
> Christopher B. Hadley, 14055
> cbhadley@hollandhart.com
> **Holland & Hart LLP**
> 222 S. Main Street, Suite 2200
> Salt Lake City, Utah 84101

Dated: October 27, 2014                                /s/ Stephen M. Lobbin