# EXHIBIT 7



**Sherri L. Stucki**
Paralegal
**Phone** (801) 799-5868
slstucki@hollandhart.com
57387.0019

October 17, 2014

Stephen M. Lobbin
THE ECLIPSE GROUP LLP
550 West C Street, Suite 2040
San Diego, CA 92101

      Re:    *Petter d/b/a Riveer vs. Hydro, California Cleaning Systems*
            United States District Court, District of Utah
            Civil No. 2:14-CV-00045-DB

Dear Mr. Lobbin:

    Chris Hadley has asked that I send you additional documents being produced by Hydro Engineering in the above referenced matter. Enclosed you will find a DVD containing the images of these document. They contain bates numbers HE-UT-PAT 003168-HE-UT-PAT 013484.

    Please let me know if you have any questions.

                              Sincerely,

                              Sherri L. Stucki,
                            Paralegal

SLS
Enclosure

cc:    Brett L. Foster (w/o enclosure)
       Mark A. Miller (w/o enclosure)
       Christopher B. Hadley (w/o enclosure)

7260667.v1