IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PETTER INVESTMENTS, INC. d/b/a RIVEER**, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.**, a Utah corporation; **CALIFORNIA CLEANING SYSTEMS, INC.**, a California company,<br><br>Defendants. | ORDER DENYING PLAINTIFF RIVEER'S MOTION TO EXTEND "PHASE I" FACT DISCOVERY<br><br>Civil Case No. 2:14-CV-00045-DB<br><br>Judge Dee Benson |

Before the Court is the Motion to Extend "Phase I" Fact Discovery (Dkt. 148) filed by Plaintiff Riveer Investments, Inc. d/b/a RIVEER ("Riveer"). The Court heard oral argument on the matter on November 13, 2014. For the reasons stated on the record, Riveer's Motion (Dkt. 148) is DENIED.

IT IS SO ORDERED.

November 17, 2014

_____
Judge Dee Benson
United States District Court