**Brett L. Foster, 6089**
bfoster@hollandhart.com
**Mark A. Miller, 9563**
mmiller@hollandhart.com
**Christopher B. Hadley, 14055**
cbhadley@hollandhart.com
**HOLLAND & HART LLP**
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700

*Attorneys for Defendants*
Hydro Engineering, Inc. and
California Cleaning Systems, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **PETTER INVESTMENTS, INC. d/b/a RIVEER**, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.,** a Utah corporation; **CALIFORNIA CLEANING SYSTEMS, INC.,** a California company,<br><br>Defendants. | **JOINT CLAIM CONSTRUCTION APPENDIX<br>LPR 4.2(b)**<br><br>Civil Case No. 2:14-CV-00045-DB<br><br>Judge Dee Benson |

Defendant Hydro Engineering, Inc. and Plaintiff Petter Investments, Inc. d/b/a Riveer jointly submit this Joint Claim Construction Appendix containing the parties' contentions, the patents in suit, and the relevant prosecution histories pursuant to Local Patent Rule 4.2(b).

7364770_1

# INDEX

| | |
|---|---|
| Riveer's Final Infringement Contentions | A1-A29 |
| Hydro's Final Non-Infringement Contentions | A30-A40 |
| U.S. Patent 8,499,774 | A41-A67 |
| U.S. Patent 8,499,774 File History | A68-A212 |
| U.S. Patent 8,506,720 | A213-A225 |
| U.S. Patent 8,506,720 File History | A226-A616 |
| U.S. Patent 6,164,298 | A617-A624 |
| U.S. Patent 6,164,298 File History | A625-A685 |
| U.S. Patent 6,021,792 | A686-A695 |
| U.S. Patent 6,021,792 File History | A696-A790 |

Dated this 8th day of December, 2014.

/s/ Mark A. Miller
Brett L. Foster
Mark A. Miller
Christopher B. Hadley
HOLLAND & HART LLP

*Attorneys for Defendants*

/s/ Stephen M. Lobbin
Stephen M. Lobbin (admitted *pro hac vice*)
THE ECLIPSE GROUP LLP

Mark W. Ford
MASCHOFF BRENNAN

*Attorneys for Plaintiff*