Stephen M. Lobbin (admitted *pro hac vice*)
**The Eclipse Group LLP**
2020 Main Street, Suite 600
Irvine, California  92614
Tel:  949.851.5000

Mark W. Ford (10659)
Rachel Jacques (13250)
**Maschoff Brennan**
1389 Center Drive, Suite 300
Park City, Utah  84098
Tel:  435.575.1387

*Attorneys for Plaintiff Petter Investments, Inc. d/b/a RIVEER*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **PETTER INVESTMENTS, INC.** d/b/a **RIVEER**, a Michigan corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.**, a Utah corporation, and **CALIFORNIA CLEANING SYSTEMS**, a California company,<br><br>    Defendants. | **PLAINTIFF'S CLAIM CONSTRUCTION APPENDIX**<br><br>Civil Case No. 2:14-CV-00045<br><br>Judge Dee Benson |
| AND RELATED COUNTERCLAIMS | |

1

Plaintiff Petter Investments, Inc. d/b/a/ Riveer ("Riveer") submits this Appendix in support of its Claim Construction Motion.

## INDEX OF EXHIBITS

| DESCRIPTION | EXHIBIT | PAGES |
|---|---|---|
| Hydro Engineering, Inc.'s Responses and Objections to Plaintiff's Second Set of Interrogatories | A | R.App.0001-R.App.0018 |
| Selected pages from Random House Webster's Unabridged Dictionary (2d ed. 1998) | B | R.App.0019-R.App.0031 |
| *ScriptPro LLC v. Innovation Assocs., Inc.*, Case No. 06-2468-CM, 2011 U.S. Dist. LEXIS 44743, at *11-12 (D. Kan. April 26, 2011) (unpublished) | C | R.App.0032-R.App.0040 |
| *IA Labs CA, LLC v. Nintendo Co., Ltd., et. al*, Case No. 8:10-CV-00833-PJM (D. Md. Feb. 6, 2012) (unpublished) | D | R.App.0041-R.App.0043 |
| *CleanCut v. Rug Doctor*, Case No. 2:08-cv-00836, 2012 U.S. Dist. LEXIS 36212 at *4-5 (D. Utah March 16, 2012) (unpublished) | E | R.App.0044-R.App.0047 |
| Web page listing from <amazon.com> showing a "Champ George Foreman Kitchen Grill" (with relevant portions highlighted) | F | R.App.0048-R.App.0051 |
| Web page listing from <ebay.com> showing a "George Foreman Indoor Outdoor Grill – Electric Heat – Sloping Grate" (with relevant portions highlighted) | G | R.App.0052-R.App.0055 |
| Web page listing from <cast-iron-grate.com> showing a "Powerpan Grate" (with relevant portions highlighted) | H | R.App.0056-R.App.0058 |
| U.S. Patent Application Publication 2005/0045045 (with relevant portions highlighted) | I | R.App.0059-R.App.0066 |
| Declaration of David Paulus | J | R.App.0067-R.App.0078 |

Dated: December 8, 2014 **Maschoff Brennan**

/s/ *Mark W. Ford*
Mark W. Ford