# EXHIBIT B

R. APP. 0019



**NEWER WORDS FASTER**

# RANDOM HOUSE WEBSTER'S UNABRIDGED DICTIONARY

- **Over 315,000 Entries**

- **Special New-Words Section Plus an Essay on the Growth of English**

- **2,400 Spot Maps and Illustrations**

R. APP. 0020

COPYRIGHT © 1998, 1997, 1996, 1993, 1987 BY RANDOM HOUSE, INC.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to Random House Reference & Information Publishing, Random House, Inc., New York, NY 10022. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

*Random House Webster's Unabridged Dictionary, Second Edition,* is revised and updated edition of *The Random House Dictionary of the English Language, Second Edition, Unabridged.*

The *Random House Living Dictionary Database*™, the *Random House Living Dictionary*™, and the *Random House Living Dictionary Project*™ are trademarks of Random House, Inc. *Random House* and the house design are registered trademarks of Random House, Inc.

*International Phonetic Alphabet,* courtesy of International Phonetic Association

**Library of Congress Cataloging-in-Publication Data as of 1997:**

Random House compact unabridged dictionary
Random House Webster's Unabridged dictionary.—2nd ed.
p. cm
Rev., updated ed. of: Random House compact unabridged dictionary.
Special 2nd Ed.
ISBN 0-679-45854-9.—ISBN 0-679-45853-0
1. English language—Dictionaries.
PE1625.R293  1997  423—dc21  97-17702
CIP

**Trademarks**

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other propriety term.

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your inquiries to the Random House Special Sales Department, toll free 888-591-1200 or fax 212-572-4961.

Please address inquiries about electronic licensing of reference products, for use on a network or in software or on CD-ROM, to the Subsidiary Rights Department, Random House Reference & Information Publishing, fax 212-940-7370.

New York   Toronto   London   Sydney   Auckland

This book is also sold in a special package containing the CD-ROM version 3.0 for Windows™ 95 and higher versions.

Visit the Random House Reference & Information Publishing Web site at www.randomwords.com

Typeset and printed in the United States of America.

October 1999
9 8 7 6 5 4

ISBN: 0-679-45854-9 (Hardcover/book only)

ISBN: 0-375-40383-3 (Hardcover/book and CD-ROM package)

R. APP. 0021

adipose fin ... Adlerian

Case 2:14-cv-00045-DB-DBP   Document 188-2   Filed 12/08/14   Page 4 of 13

**adipose fin'**, a small, fleshy fin, usually lacking rays, behind the main dorsal fin in trouts, catfishes, and other bony fishes.

**ad'ipose tis'sue**, loose connective tissue in which fat cells accumulate. [1850–55]

**Ad•i•ron•dack** (ad′ə ron′dak), n., pl. **-dacks,** (esp. collectively) **-dack. 1.** a member of an Algonquian people living mainly north of the St. Lawrence River. **2. Adirondacks.** See **Adirondack Mountains.** [‡1865–70, Amer.]

**Adiron′dack chair′**, a sturdy armchair for outdoor use, made of wide wooden slats, with a sloping back and a seat often slanting down toward it.

**Ad′iron′dack Moun′tains**, a mountain range in NE New York; a part of the Appalachian Mountains. Highest peak, Mt. Marcy, 5344 ft. (1629 m). Also called **Adirondacks.**

**ad•it** (ad′it), n. **1.** an entrance or a passage. **2.** Also called **entry.** Mining. a nearly horizontal passage leading into a mine. **3.** an approach or access. [1595–1605; < L aditus an approach, equiv. to ad- AD- + -i- (s. of ire to go) + -tus suffix of v. action]

**A•dit•ya** (ä′dit yə), n. Hinduism. one of the Vedic gods, the sons of Aditi. Cf. **Asura.** [< Skt āditya (or ādityāḥ pl.), deriv. of aditi a goddess (orig. a deified abstraction, lit., the absence of binding)]

**adj., 1.** adjacent. **2.** adjective. **3.** adjoining. **4.** adjourned. **5.** adjudged. **6.** adjunct. **7.** Banking. adjustment. **8.** adjutant.

**Adj.A.**, Adjunct in Arts.

**ad•ja•cen•cy** (ə jā′sən sē), n., pl. **-cies. 1.** Also, **adja′cence.** the state of being adjacent; nearness. **2.** Usually, **adjacencies.** things, places, etc., that are adjacent. **3.** Radio and Television. a broadcast or announcement immediately preceding or following another. [1640–50; < LL adjacentia. See ADJACENT, -ENCY]

**ad•ja•cent** (ə jā′sənt), adj. **1.** lying near, close, or contiguous; adjoining; neighboring: a motel adjacent to the highway. **2.** just before, after, or facing: a map on an adjacent page. [1400–50; late ME < L adjacent- (s. of adjacēns, prp. of adjacēre to adjoin), equiv. to ad- AD- + jac- lie + -ent- -ENT] —**ad•ja′cent•ly,** adv. —Syn. **1.** abutting, juxtaposed, touching. See **adjoining.** —Ant. distant.

**adja′cent an′gles**, Geom. two angles having the same vertex and having a common side between them.

**ad•jec•ti•val** (aj′ik tī′vəl), adj. **1.** of, pertaining to, or used as an adjective. **2.** describing by means of many adjectives; depending for effect on intensive qualification of subject matter, as a writer, style, or essay. [1790–1800; ADJECTIVE + -AL¹] —**ad′jec•ti′val•ly,** adv.

**ad•jec•tive** (aj′ik tiv), n. **1.** Gram. any member of a class of words that in many languages are distinguished in form, as partly in English by having comparative and superlative endings, or by functioning as modifiers of nouns, as good, wise, perfect. —adj. **2.** pertaining to or functioning as an adjective; adjectival: the adjective use of a noun. **3.** not able to stand alone; dependent. **4.** Law. concerning methods of enforcement of legal rights, as pleading and practice (opposed to substantive). **5.** (of dye colors) requiring a mordant or the like to render them permanent (opposed to substantive). [1350–1400; ME < LL adjectīvum, neut. of adjectīvus, equiv. to adject(us) attached, added, ptp. of ad(j)icere (ad- AD- + -jec-, comb. form of jac- throw + -tus ptp. suffix) + -īvus -IVE] —**ad′jec•tive•ly,** adv.

**ad′jective clause′**, Gram. a relative clause that modifies a noun or pronoun, as who saw us in It was she who saw us.

**ad′jective phrase′**, Gram. a group of words including an adjective and its complements or modifiers that functions as an adjective, as too openly critical of the administration.

**ad•join** (ə join′), v.t. **1.** to be close to or in contact with; abut on: His property adjoins the lake. **2.** to attach or append; affix. —v.i. **3.** to be in connection or contact: the point where the estates adjoin. [1275–1325; ME a(d)joinen < MF ajoindre. See AD-, JOIN]

**ad•join•ing** (ə joi′ning), adj. being in contact at some point or line; located next to another; bordering; contiguous: the adjoining room; a row of adjoining town houses. [1485–95; ADJOIN + -ING²]
—Syn. ADJOINING, ADJACENT, BORDERING all mean near or close to something. ADJOINING implies touching, having a common point or line: an adjoining yard. ADJACENT implies being nearby or next to something else: all the adjacent houses; adjacent angles. BORDERING means having a common boundary with something: the farm bordering on the river. —Ant. separated.

**ad•joint** (aj′oint), n. Math. **1.** a square matrix obtained from a given square matrix and having the property that its product with the given matrix is equal to the determinant of the given matrix times the identity matrix. **2.** Also called **Hermitian conjugate, transposed conjugate.** the matrix obtained from a given matrix by interchanging rows and columns and by replacing each element by its complex conjugate. [AD- + JOINT]

**ad′joint differen′tial equa′tion,** Math. a differential equation obtained from a given differential equation and having the property that any solution of one equation is an integrating factor of the other.

**ad•journ** (ə jûrn′), v.t. **1.** to suspend the meeting of (a club, legislature, committee, etc.) to a future time, another place, or indefinitely: to adjourn the court. **2.** to defer or postpone to a later time: They adjourned the meeting until the following Monday. **3.** to defer or postpone (a matter) to a future meeting of the same body. **4.** to defer or postpone (a matter) to some future time, either specified or not specified. —v.i. **5.** to postpone, suspend, or transfer proceedings. **6.** to go to another place: to adjourn to the parlor. [1300–50; ME ajo(u)rnen < MF ajo(u)rner, equiv. to a- AD- + jorn- < L diurnus daily; see JOURNAL, JOURNEY]

**ad•journ•ment** (ə jûrn′mənt), n. the act of adjourning or the state or period of being adjourned. [1635–45; < AF adjournement, MF. See ADJOURN, -MENT]

**adjt.,** adjutant.

**ad•judge** (ə juj′), v.t., **-judged, -judg•ing. 1.** to declare or pronounce formally; decree: The will was adjudged void. **2.** to award or assign judicially: The prize was adjudged to him. **3.** to decide by a judicial opinion or sentence: to adjudge a case. **4.** to sentence or condemn: He was adjudged to die. **5.** to deem; consider; think: It was adjudged wise to avoid war. [1325–75; ME ajugen < MF ajug(i)er < L adjūdicāre. See ADJUDICATE]

**ad•ju•di•cate** (ə jōō′di kāt′), v., **-cat•ed, -cat•ing.** —v.t. **1.** to pronounce or decree by judicial sentence. **2.** to settle or determine (an issue or dispute) judicially. —v.i. **3.** to sit in judgment (usually foll. by upon). [1690–1700; < L adjūdicātus (ptp. of adjūdicāre). See AD-, JUDGE, -ATE¹] —**ad•ju′di•ca•tive** (ə jōō′di kə tiv′, -kā tiv), adj. **ad•ju•di•ca•to•ry** (ə jōō′di kə tôr′ē, -tōr′ē), adj. —**ad•ju′di•ca′tor,** n.

**ad•ju•di•ca•tion** (ə jōō′di kā′shən), n. **1.** an act of adjudicating. **2.** Law. **a.** the act of a court in making an order, judgment, or decree. **b.** a judicial decision or sentence. **c.** a court decree in bankruptcy. [1685–95; < LL adjūdicātiōn- (s. of adjūdicātiō). See ADJUDICATE, -ION]

**ad•ju•gate** (aj′ŏŏ git, -gāt′), n. Math. Now Rare. adjoint (def. 1). [AD- + (CON)JUGATE]

**ad•junct** (aj′ungkt), n. **1.** something added to another thing but not essential to it. **2.** a person associated with lesser status, rank, authority, etc., in some duty or service; assistant. **3.** a person working at an institution, as a college or university, without having full or permanent status: My lawyer works two nights a week as an adjunct, teaching business law at the college. **4.** Gram. a modifying form, word, or phrase depending on some other form, word, or phrase, esp. an element of clause structure with adverbial function. —adj. **5.** joined or associated, esp. in an auxiliary or subordinate relationship. **6.** attached or belonging without full or permanent status: an adjunct surgeon on the hospital staff. [1580–90; < L adjunctus joined to (ptp. of adjungere), equiv. to ad- AD- + jung- (nasal var. of jug- YOKE¹) + -tus ptp. suffix] —**ad•junct′ly,** adv.
—Syn. **1.** appendix, supplement. See **addition. 2.** aide, attaché.

**ad•junc•tion** (ə jungk′shən), n. addition of an adjunct. [1595–1605; < L adjunctiōn- (s. of adjunctiō). See ADJUNCT, -ION]

**ad•junc•tive** (ə jungk′tiv), adj. forming an adjunct. [1745–55; ADJUNCT + -IVE] —**ad•junc′tive•ly,** adv.

**ad′junct profes′sor,** a professor employed by a college or university for a specific purpose or length of time and often part-time. [1820–30]

**ad•ju•ra•tion** (aj′ə rā′shən), n. **1.** an earnest request; entreaty. **2.** a solemn or desperate urging or counseling: an adjuration for all citizens of the beleaguered city to take shelter. [1605–15; < L adjūrātiōn- (s. of adjūrātiō), equiv. to adjūrāt(us), ptp. of adjūrāre to ADJURE + -iōn- -ION]

**ad•jure** (ə jŏŏr′), v.t., **-jured, -jur•ing. 1.** to charge, bind, or command earnestly and solemnly, often under oath or the threat of a penalty. **2.** to entreat or request earnestly or solemnly. [1350–1400; ME < L adjūrāre. See AD-, JURY] —**ad•jur•a•to•ry** (ə jŏŏr′ə tôr′ē, -tōr′ē), adj. —**ad•jur′er, ad•ju′ror,** n.

**ad•just** (ə just′), v.t. **1.** to change (something) so that it fits, corresponds, or conforms; adapt; accommodate: to adjust expenses to income. **2.** to put in good working order; regulate; bring to a proper state or position: to adjust an instrument. **3.** to settle or bring to a satisfactory state, so that parties are agreed in the result: to adjust our differences. **4.** Insurance. to determine the amount to be paid in settlement of (a claim). **5.** to systematize. **6.** Mil. to correct the elevation or deflection of (a gun). —v.i. **7.** to adapt oneself; become adapted: They had no problems in adjusting at the new school. [1350–1400; ME ajusten < AF ajuster, OF aj(o)uster to make conform to, v. deriv., with a- A-⁵, of juste right, JUST¹, influenced in sense by ajouter, ajoster to add < LL adjuxtāre; see AD-, JUXTA-]
—Syn. **2.** set; repair, fix. ADJUST, ADAPT, ALTER in their literal meanings imply making necessary or desirable changes (as in position, shape, or the like). To ADJUST is to move into proper position for use: to adjust the eyepiece of a telescope. To ADAPT is to make a change in character, to make something useful in a new way: to adapt a paper clip for a hairpin. To ALTER is to change the appearance but not the use: to alter the height of a table. **3.** arrange; rectify; reconcile.

**ad•just•a•bil•i•ty** (ə jus′tə bil′i tē), n. **1.** the quality of being adjustable: a reclining chair with infinite adjustability. **2.** the ability, esp. of a child, to adjust to new surroundings; adaptability: to observe the child's adjustability to her foster home. [ADJUST + -ABILITY]

**ad•just•a•ble** (ə jus′tə bəl), adj. **1.** capable of being adjusted: adjustable seat belts. **2.** (of loans, mortgages, etc.) having a flexible rate, as one based on money market interest rates or on the rate of inflation or cost of living. **3.** (esp. of life insurance) having flexible premiums and coverage, based on the insuree's current needs and ability to pay. —n. **4.** any rate, expense, income, etc., that varies unpredictably: Luckily, his chief income is not made up of adjustables. Allow some money in your budget for the adjustables. [1765–75; ADJUST + -ABLE] —**ad•just′a•bly,** adv.

**adjust′a•ble-pitch′** (ə jus′tə bəl pich′), adj. (of a marine or aircraft propeller) having blades whose pitch can be changed while the propeller is stationary, chiefly to suit various conditions of navigation or flight. Cf. **controllable-pitch.** [1905–10]

**adjust′a•ble-rate′ mort′gage** (ə jus′tə bəl rāt′), a mortgage that provides for periodic changes in the interest rate, based on changing market conditions. Abbr.: **ARM**

**adjust′able span′ner,** Brit. See **monkey wrench** (def. 1).

**ad•just•ed** (ə jus′tid), adj. **1.** arranged or fitted properly: Properly adjusted shelving will accommodate books of various heights. **2.** adapted to surroundings or circumstances (often used in combination): a well-adjusted child. [1665–75; ADJUST + -ED²]

**adjust′ed gross′ in′come,** (in U.S. income-tax returns) the total of an individual's wages, salaries, interest, dividends, etc., minus allowable deductions. Abbr.: AGI

**ad•just•er** (ə jus′tər), n. **1.** a person or thing that adjusts. **2.** an insurance company representative who investigates claims and makes settlement recommendations based on the estimate of the damages and the company's liability. Also, **adjustor.** [1665–75; ADJUST + -ER¹]

**ad•just•ive** (ə jus′tiv), adj. concerned with, making, or controlling adjustments: to settle in a chair with adjustive motions; a thermostat with an adjustive dial. [1880–85; ADJUST + -IVE]

**ad•just•ment** (ə just′mənt), n. **1.** the act of adjusting; adaptation to a particular condition, position, or purpose. **2.** the state of being adjusted; orderly relation of parts or elements. **3.** a device, as a knob or lever, for adjusting: the adjustments on a television set. **4.** the act of bringing something into conformity with external requirements: the adjustment of one's view of reality. **5.** harmony achieved by modification or change of a position: They worked out an adjustment of their conflicting ideas. **6.** Sociol. a process of modifying, adapting, or altering individual or collective patterns of behavior so as to bring them into conformity with other such patterns, as with those provided by a cultural environment. **7.** Insurance. the act of ascertaining the amount of indemnity that the party insured is entitled to receive under the policy, and of settling the claim. **8.** a settlement of a disputed account or claim. **9.** a change or concession, as in price or other terms, in view of minor defect or the like. [1635–45; ADJUST + -MENT] —**ad•just•ment•al** (ə just′men′tl), adj.

**adjust′ment disor′der,** Psychiatry. a mental disorder that occurs as a maladaptive reaction to an episode of psychological, social, or physical stress, as divorce or a natural disaster.

**ad•jus•tor** (ə jus′tər), n. adjuster. [ADJUST + -OR²]

**ad•ju•tan•cy** (aj′ə tən sē), n., pl. **-cies.** The office or rank of an adjutant: His adjutancy allows him certain privileges. [1765–75; ADJUT(ANT) + -ANCY]

**ad•ju•tant** (aj′ə tənt), n. **1.** Mil. a staff officer who assists the commanding officer in issuing orders. **2.** Mil. Brit. an executive officer. **3.** an assistant. **4.** See **adjutant stork.** [1590–1600; < L adjūtant- (s. of adjūtāns, prp. of adjūtāre to help, assist), equiv. to ad- AD- + jū- (var. s. of juvāre to help) + -t- freq. suffix + -ant- -ANT]

**ad′jutant gen′eral,** pl. **adjutants general. 1.** U.S. Army. **a.** the **Adjutant General,** the chief administrative officer of the Army. **b.** an adjutant of a unit having a general staff, usually an officer of the Adjutant General's Corps. **2.** a high, often the highest, officer of the National Guard of a state or territory.

**ad′jutant stork′,** a large Indian stork, Leptoptilus dubius, having a pinkish-brown neck and bill, a large naked pouch under the throat, and a military gait. Also called **adjutant, adj′utant bird′.**

**ad•ju•vant** (aj′ə vənt), adj. **1.** serving to help or assist; auxiliary. **2.** Med. utilizing drugs, radiation therapy, or other means of supplemental treatment following cancer surgery. —n. **3.** a person or thing that helps or helps. **4.** anything that aids in removing or preventing a disease, esp. a substance added to a prescription to aid the effect of the main ingredient. **5.** Immunol. a substance admixed with an immunogen in order to elicit a more marked immune response. [1600–10; < L adjuvant- (s. of adjuvāns, prp. of adjuvāre), equiv. to ad- AD- + juv- (s. of juvāre to help) + -ant- -ANT]

**ad ka•len•das Grae•cas** (äd kä len′däs grī′käs; Eng. ad kə len′dəs grē′kəs), Latin. at no time; never: from the fact that the Greeks did not reckon dates by calends. [lit., at the Greek calends]

**ADL,** Anti-Defamation League (of B'nai B'rith). Also, **A.D.L.**

**Ad′lai** (ad′lē, -lā, -lī), n. a male given name.

**Ad•ler** (ad′lər; for 1–3 also äd′lər), n. **1. Alfred,** 1870–1937, Austrian psychiatrist and psychologist. **2. Cyrus,** 1863–1940, U.S. religious leader and Jewish scholar. **3. Felix,** 1851–1933, U.S. educator, reformer, and writer. **4. Kurt (Herbert),** 1905–77, U.S. orchestra conductor, born in Austria. **5. Lawrence Cecil ("Larry"),** born 1914, U.S. harmonica player. **6. Mortimer (Jerome),** 1902–91, U.S. philosopher, educator, and author. **7. Peter Hermann,** 1899–1990, U.S. orchestra conductor, born in Czechoslovakia.

**Ad•le•ri•an** (ad lēr′ē ən), adj. of or pertaining to Alfred Adler or his doctrines, esp. in respect to the belief that behavior is determined by compensation for feelings of inferiority. [1930–35; ADLER + -IAN]

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, bŏŏk, bōōt, out; up, ûrge; child; sing; shoe; thin, that; zh as in treasure. ə = a as in alone, e as in system, i as in easily, o as in gallop, u as in circus; ª as in fire (fī<sup>ə</sup>r), hour (ou<sup>ə</sup>r). l and n can serve as syllabic consonants, as in cradle (krād′l), and button (but′n). See the full key inside the front cover.

**both·er**, burdensome, or annoying: *Doing the laundry every week can be a terrible bother.* **5.** effort, work, or worry: *Gardening takes more bother than it's worth.* **6.** a worried or perplexed state: *Don't get into such a bother about small matters.* **7.** someone or something that bothers or annoys: *My cousin is a perpetual bother to me.* —*interj.* **8.** *Chiefly Brit.* (used to express mild irritation.) [1710–20; orig. Hiberno-E; prob. by hypercorrection from *bodder*, an alternate early form; orig. obscure] —Syn. **1.** harass, vex, irritate; molest, disturb. BOTHER, ANNOY, PLAGUE, TEASE imply persistent interference with one's comfort or peace of mind. BOTHER suggests causing trouble or weariness or repeatedly interrupting in the midst of pressing duties. To ANNOY is to vex or irritate by bothering. PLAGUE is a strong word, connoting unremitting annoyance and harassment. To TEASE is to pester, as by long-continued whining and begging.

**both·er·a·tion** (both′ə rā′shən), *interj.* **1.** (used as an exclamation indicating vexation or annoyance:) —*n.* **2.** the act or state of bothering or the state of being bothered. [1790–1800; BOTHER + -ATION]

**both·er·some** (both′ər səm), *adj.* causing annoyance or worry; troublesome. [1825–35; BOTHER + -SOME¹] —Syn. annoying, irritating, irksome, vexing, vexatious, galling.

**Both·ni·a** (both′nē ə), *n.* **Gulf of,** an arm of the Baltic Sea, extending N between Sweden and Finland. ab. 400 mi. (645 km) long. —**Both′ni·an,** *adj.,* *n.* —**Both′nic,** *adj.*

**Both·well** (both′wel, -wəl, both′-), *n.* **James Hepburn** (hep′bûrn *or, esp. Brit.,* heb′ərn), **Earl of,** 1536?–78, third husband of Mary, Queen of Scots.

**both·y** (both′ē, bot̄h′ē), *n., pl.* **both·ies.** *Scot.* a hut or small cottage. [1560–70; prob. < ScotGael *bothan* hut, with -y¹ r. -an]

**Bot·kin** (bot′kin), *n.* **Benjamin Albert,** 1901–75, U.S. folklorist, editor, and essayist.

**bo·tone** (bot′n ā′, bot′n ā′), *adj. Heraldry.* (of a cross) having arms terminating in the form of a trefoil; crossed botonée. See illus. under **cross.** Also, **bot′on·née′, bot·o·ny, bot·on·ny** (bot′n ē). [1565–75; < MF covered with buds, equiv. to *boton* bud, BUTTON + -*ée*; see -EE]

**bo′ tree′** (bō), the pipal, or sacred fig tree, *Ficus religiosa,* of India, under which the founder of Buddhism is reputed to have attained the Enlightenment that constituted him the Buddha. Also called **bodhi tree.** [1860–65; partial trans. of Sinhalese *bogaha,* equiv. to *bo* ( < Pali *bodhi* < Skt; see BODHISATTVA) + *gaha* tree]

**bot·ry·oi·dal** (bo′trē oid′l), *adj. Mineral.* having the form of a bunch of grapes; *botryoidal hematite.* Also, **bot·ry·oid′, botryose.** [1810–20; < Gk *botryoeid(és)* shaped like a bunch of grapes (*bótry(s)* bunch of grapes + *-oeidēs* -OID) + -AL¹] —**bot·ry·oi′dal·ly,** *adv.*

**bot·ry·o·my·co·sis** (bo′trē ō mī kō′sis), *n. Vet. Pathol.* a disease of horses and other domestic animals, often occurring after castration, usually caused by *Staphylococcus aureus* and characterized by the formation of granulomatous masses. [< Gk *botryo-* (comb. form of *bótrys* bunch of grapes) + MYCOSIS] —**bot·ry·o·my·cot·ic** (bo′trē ō mī kot′ik), *adj.*

**bot·ry·ose** (bo′trē ōs′), *adj.* **1.** *Mineral.* botryoidal. **2.** racemose. [< Gk *bótry(s)* bunch of grapes + -OSE¹]

**bo·try·tis** (bō trī′tis), *n.* **1.** any imperfect fungus of the genus *Botrytis,* having the conidia in grapelike bunches; a major cause of plant disease. **2.** See **noble rot.** [< NL (1832) < Gk *bótry(s)* bunch of grapes + NL *-(i)tis* -ITIS]

**botry′tis rot′,** *Plant Pathol.* a disease of many plants caused by fungi of the genus *Botrytis,* characterized by leaf blight, a tan-gray moldlike surface growth, and the rotting of stems and storage organs. Cf. **noble rot.**

**bots** (bots), *n.* (used with a plural v.) *Vet. Pathol.* a disease affecting various mammals, esp. horses, caused by the attachment of the parasitic larvae of botflies to the stomach of the host. [1780–90; pl. of *not*¹; see -s²]

**Bot·sa·res** (Gk. bō′tsäi nēs), *n.* **Mar·kos** (Gk. mär′kös). See **Bozzaris, Marco.**

**Bot·swa·na** (bot swä′nə), *n.* a republic in S Africa; formerly a British protectorate; gained independence 1966; member of the Commonwealth of Nations. 800,000; 275,000 sq. mi. (712,250 sq. km). *Cap.:* Gaborone. Formerly, **Bechuanaland.**

**bott**¹ (bot), *n.* bot.

**bott**² (bot), *n. Metall.* a conical knob, mounted on a rod, for stopping temporarily the flow of molten metal or slag from a blast furnace or cupola. [1875–80; perh. special use of dial. *bot* (now obs.) iron tool for marking sheep, itself special use of ME *botte* (var. of BAT¹) shepherd's crook]

**bot·te·ga** (bō tā′gə, bə-; *It.* bôt te′gä), *n., pl.* **-te·gas, -te·ghe** (-tā′gē; *It.* -te′ge). the studio of a master artist, in which lesser artists, apprentices, or students learn by participating in the work. [1895–1900; < It. lit., shop < L *apothēca;* see APOTHECARY]

**Böt·ger** (bœt′gər), *n.* **Jo·hann Frie·drich** (yō′hän frē′driKH), 1682–1719, German chemist.

**Bot·ti·cel·li** (bot′i chel′ē; *It.* bôt′tē chel′lē), *n.* **San·dro** (san′drō, sän′-; *It.* sän′drō), (**Alessandro di Mariano dei Filipepi**), 1444?–1510, Italian painter. —**Bot′ti·cel′li·an,** *adj.*

**bot·tle**¹ (bot′l), *n., v.,* **-tled, -tling.** —*n.* **1.** a portable container for holding liquids, characteristically having a neck and mouth and made of glass or plastic. **2.** the contents of such a container; as much as such a container contains: *a bottle of wine.* **3.** bottled cow's milk, milk of mother's milk: *raised on the bottle.* **4.** **hit the bottle,** *Slang.* to drink alcohol to excess often or habitually. **5.** addicted to or intoxicating beverages; liquor: *He became bottle; to bottle.* —*v.t.* **6.** to put into or seal in a bottle. **7.** *Brit.* to preserve (fruit or vegetables) by heating to a sufficient temperature and then sealing in a jar. **8. bottle up, a.** to repress, control, or restrain: *He kept all of his anger bottled up inside him.* **b.** to enclose or entrap: *Traffic was bottled up in the tunnel.* [1325–75; ME *botel* < AF; OF *bo(u)telle* < ML *butticula,* equiv. to LL *butti(s)* BUTT⁴ + -*cula* -CULE¹] —**bot′tle·like′,** *adj.*

**bot·tle**² (bot′l), *n. Archit.* boltel (def. 2).

**bot′tle ba′by,** an infant fed by bottle from birth, as distinguished from one who is breast-fed. [1890–95]

**bot′tle bill′,** a legislative bill that requires the charging of a refundable deposit on certain beverage bottles and cans, to encourage the return of these containers for recycling while at the same time reducing littering.

**bot′tle·brush′** (bot′l brush′), *n. Bot.* any of various trees or shrubs of the myrtle family, esp. of the genera *Callistemon* and *Melaleuca,* native to Australia and adjacent areas, having spikes of flowers with numerous conspicuous stamens. [1705–15; BOTTLE¹ + BRUSH¹; so called from the resemblance of the flower spike to a brush used for cleaning bottles, with bristles on all sides of a central rim]

**bot′tlebrush grass′,** a North American grass, *Hystrix patula,* having loose flower spikes with long awns. [1835–45]

**bot′tle cap′,** a device for closing or sealing a bottle, esp. a metal cover with a cork gasket fitting tightly over the mouth of a glass or plastic bottle, held in place by crimping the edge of the cap under the lip or flange of the bottle. [1925–30, *Amer.*]

**bot′tle club′,** a club serving drinks to members who have reserved or purchased their own bottles of liquor. [1940–45]

**bot′tled gas′,** **1.** gas stored in portable cylinders under pressure. **2.** See **liquefied petroleum gas.** [1925–30]

**bot′tled in bond′,** (of a straight whiskey or brandy) bottled at 100 proof after aging at least four years and being stored untaxed under U.S. government supervision until released for sale by the manufacturer.

**bot′tled wa′ter,** drinking water, often spring water, sometimes carbonated, sealed in bottles and usually certified as pure.

**bot·tle-feed** (bot′l fēd′), *v.t.,* **-fed, -feed·ing. 1.** to nurse or feed (an infant or young animal) with milk or other nourishment from a nursing bottle. **2.** to nurture or teach with exaggerated care: *We had to bottle-feed the new salesman on how to make door-to-door calls.* [1860–65]

**bot′tle fern′.** See **brittle fern.**

**bot·tle·ful** (bot′l fool′), *n., pl.* **-fuls.** the amount that a bottle can hold: *drinking soda by the bottleful.* [1860–65; BOTTLE¹ + -FUL]

**bot′tle gen′tian.** See **closed gentian.** [1905–10, *Amer.*]

**bot′tle glass′,** glass of a deep green or amber color. [1620–30] —**bot′tle-glass′,** *adj.*

**bot′tle green′,** a deep green. [1810–20] —**bot′tle-green′,** *adj.*

**bot′tle·head′** (bot′l hed′), *n.* bottlenose (def. 2). [1645–55; BOTTLE¹ + HEAD]

**bot′tle imp′.** See **Cartesian diver.** [1815–25]

**bot·tle·neck** (bot′l nek′), *n.* **1.** a narrow entrance or passageway. **2.** a place or stage in a process at which progress is impeded. **3.** Also called **slide guitar.** a method of guitar playing that produces a gliding sound by pressing a metal bar or glass tube against the strings. —*v.t.* **4.** to hamper or confine by or as if by a bottleneck. —*v.i.* **5.** to become hindered by or as if by a bottleneck. [1895–1900; BOTTLE¹ + NECK]

**bot·tle·nose** (bot′l nōz′), *n.* **1.** See **bottle-nosed dolphin. 2.** See **bottle-nosed whale.** [1540–50; BOTTLE¹ + NOSE] —**bot′tle-nosed′, bot′tle·nosed′,** *adj.*

**bot′tle-nosed dol′phin,** any of several dolphins of the genus *Tursiops,* common in North Atlantic and Mediterranean waters, having a rounded forehead and well-defined beak. See illus. under **dolphin.** Also, **bot′tlenose dol′phin, bot′tlenosed dol′phin.** Also called **bottlenose.**

**bot′tle-nosed whale′,** any of various beaked whales of the family Hyperoodontidae, characterized by a bulbous forehead, esp. *Hyperoodon ampullatus* of the North Atlantic. Also, **bot′tlenose whale′, bot′tlenosed whale′.** Also called **bottlenose.**

**bot′tle par′ty,** a party at which guests contribute their own liquor. [1925–30]

**bot·tler**¹ (bot′l ər), *n.* a person, thing, or company that bottles. [BOTTLE¹ + -ER¹]

**bot·tler**² (bot′lər), *n. Australian and New Zealand Slang.* a person or thing that is excellent or excites admiration. [orig. obscure; the final *-er* (appar. -ER¹) is shared by a number of synonymous expressive words, the earliest of which is perh. BONZER]

**bot′tle shop′,** a store that sells wines, liquor, etc., by the bottle; liquor store. [1925–30]

**bot′tle tree′,** any of several trees of the genus *Brachychiton,* native to Australia, characterized by a bottle-shaped swelling of the trunk, as *B. rupestris* (**narrow-leaved bottle tree**) or *B. australis* (**broad-leaved bottle tree**). [1840–50]

**bot′tle turn′ing,** *Furniture.* the turning of the legs of chairs, tables, etc., in manufacturing to give certain sections an ornamental, bottlelike form.

**bot·tle·wash·er** (bot′l wosh′ər, -wô′shər), *n.* **1.** a person or machine that washes bottles. **2. chief cook and bottlewasher,** a person who does a wide variety of routine, sometimes menial, tasks: *He's not just sales manager, he's the chief cook and bottlewasher in this firm.* Also, **bot′tle-wash′er.** [1860–65; BOTTLE¹ + WASHER]

**bot·tom** (bot′əm), *n.* **1.** the lowest or deepest part of anything, as distinguished from the top: *the bottom of a hill; the bottom of a page.* **2.** the under or lower side; underside: *the bottom of a typewriter.* **3.** the ground under any body of water: *the bottom of the sea.* **4.** Usually, **bottoms.** Also called **bottom land.** *Phys. Geog.* low alluvial land next to a river. **5.** *Naut.* **a.** the part of a hull between the bilges, including the keel. **b.** the part of a hull that is immersed at all times. **c.** the cargo space in a vessel. **d.** a cargo vessel. **6.** the seat of a chair. **7.** *Informal.* the buttocks; rump. **8.** the fundamental part; basic aspect. **9. bottoms,** (used with a plural v.) the trousers of a pair of pajamas. **10.** the working part of a plow, comprising the plowshare, landside, and moldboard. **11.** the cause; origin; basis: *Try getting to the bottom of the problem.* **12.** *Baseball.* **a.** the second half of an inning. **b.** the last three players in the batting order. **13.** lowest limit, esp. of dignity, status, or rank: *When people sink that low, they're bound to reach the bottom soon.* **14.** Usually, **bottoms.** *Chem.* the heaviest, least volatile fraction of petroleum, left behind in distillation after more volatile fractions are drawn off. **15. at bottom,** in reality; fundamentally: *They knew at bottom that they were only deceiving themselves.* Also, **at the bottom. 16. bottoms up,** (used interjectionally) to urge the downing of one's drink). —*v.t.* **17.** to furnish with a bottom. **18.** to base or found (usually fol. by *on* or *upon).* **19.** to discover the full meaning of (something); fathom. **20.** to bring (a submarine) to rest on the ocean floor: *They had to bottom the sub until the enemy cruisers had passed by.* —*v.i.* **21.** to be based; rest. **22.** to strike against the bottom or end; reach the bottom. **23.** (of an automotive vehicle) to sink vertically, as when bouncing after passing over a bump, so that the suspension reaches the lower limit of its motion: *The car bottomed too easily on the bumpy road.* **24. bottom out,** to reach the lowest state or level: *The declining securities market finally bottomed out and began to rise.* —*adj.* **25.** of or pertaining to the bottom or a bottom. **26.** located at or on the bottom: *I want the bottom book in the stack.* **27.** lowest: bottom prices. **28.** living near or on the bottom: *A flounder is a bottom fish.* **29.** fundamental: *the bottom cause.* **30. bet one's bottom dollar, a.** to wager the last of one's money or resources. **b.** to be positive or assured: *You can bet your bottom dollar that something will prevent us from leaving on time.* [bef. 1000; ME *botme,* OE *botm;* akin to ON *botn,* D *bodem,* G *Boden,* L *fundus,* Gk *pythmḗn,* Skt *budhná*] —Syn. **1.** base, foot. **8, 11.** foundation, groundwork.

**bot′tom bolt′,** a bolt at the bottom of a door or the like, sliding into a socket in the floor or sill and equipped with a device for keeping it raised when the door is not fastened.

**bot′tom dog′,** underdog. [1880–85; by analogy with TOP DOG]

**bot′tom draw′er** (drôr), *Brit.* any drawer used for a hope chest. [1885–90]

**bot′tom fish′,** any of certain fishes that live at or near the bottom of a body of water, as certain of the cod and related species, the flatfishes and catfishes. Also called **ground fish.**

**bot·tom-fish** (bot′əm fish′), *v.i.* to fish with a weighted line for fish that feed close to the bottom. Also, **ground-fish.** [1840–50]

**bot′tom gear′,** *Brit.* low¹ (def. 47).

**bot′tom grass′,** any grass that grows on bottoms or lowlands.

**bot′tom heat′,** *Hort.* heat artificially applied to a container in which plants are grown in order to induce their germination, rooting, or growth. [1880–85]

**bot′tom ice′.** See **anchor ice.** [1720–30, *Amer.*]

**bot′tom la′dy,** *Slang.* **1.** a pimp's most reliable prostitute. **2.** a female pimp. **3.** the madam of a brothel. Also called **bottom woman.**

**bot′tom land′,** *Phys. Geog.* bottom (def. 4). [1720–30, *Amer.*]

**bot·tom·less** (bot′əm lis), *adj.* **1.** lacking a bottom. **2.** immeasurably deep. **3.** unfathomable; mysterious: *a bottomless problem.* **4.** without bounds; unlimited: *He seems to have a bottomless supply of money.* **5.** without basis, cause, or reason: *a bottomless accusation.* **6.** nude or nearly nude below as well as above the waist: *bottomless dancers.* **7.** featuring bottomless entertainers: *a bottomless club.* [1275–1325; ME *botomles.* See BOTTOM, -LESS; def. 5, 6 on the model of TOPLESS] —**bot′tom·less·ly,** *adv.* —**bot′tom·less·ness,** *n.* —Syn. **4.** boundless, infinite, inexhaustible.

**bot′tomless pit′, 1.** hell (def. 1). **2.** something that drains all one's energy or resources. [1525–35]

**bot′tom line′, 1.** the last line of a financial statement, used for showing net profit or loss. **2.** net profit or loss. **3.** the deciding or crucial factor. **4.** the ultimate result; outcome. [1965–70] —**bot′tom-line′,** *adj.*

**bot·tom-lin·er** (bot′əm lī′nər), *n.* a person, as an executive, accountant, or stockholder, who puts the net profits of a business ahead of all other considerations. [BOTTOM LINE + -ER¹]

**bot·tom·most** (bot′əm mōst′ *or, esp. Brit.,* -məst), *adj.* **1.** of, pertaining to, or situated at the bottom. **2.** (of one of a series) farthest down; lowest. **3.** bottom. [1860–65; BOTTOM + -MOST]

**bot·tom-of-the-line** (bot′əm əv thə lin′), *adj.* being the cheapest item of its kind made by a manufacturer; produced as inexpensively as possible (opposed to *top-of-the-line): bottom-of-the-line merchandise that has no warranty.*

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, ice; ox, ōver, ôrder, oil, bōōk, bōōt; out; up, ûrge; child; sing; shoe; thin, *that*; zh as in *treasure.* ə = a as in *alone,* e as in *system,* i as in *easily,* o as in *gallop,* u as in *circus;* ⁽ as in *fire* (fī⁽r), *hour* (ou⁽r). l and n can serve as syllabic consonants, as in *cradle* (krād′l), and *button* (but′n). See the full key at the front of the book.

R. APP. 0023

encomienda                                                                                                                      end bulb

**en·co·mi·en·da** (en kō′mē en′də, -kom′ē-; Sp. eng′-kô myen′dä), n., pl. **-das** (-dəz; Sp. -däs). (formerly in Spanish America) 1. the system, instituted in 1503, by which a Spanish soldier or colonist was granted a trust of land or a village together with its Indian inhabitants together with its Indian inhabitants. 2. the grant of a village together with its inhabitants. [1800–10; < Sp. charge, commission, recommendation. See EN-¹, COMMEND]

**en·co·mi·um** (en kō′mē əm), n., pl. **-mi·ums, -mi·a** (-mē ə). a formal expression of high praise; eulogy: An encomium by the President greeted the returning hero. [1580–90; < L < Gk enkōmion, equiv. to en- EN-² + kōm(os) a revel + -ion n. suffix]

**en·com·pass** (en kum′pəs), v.t. 1. to form a circle about; encircle; surround: He built a moat to encompass the castle. 2. to enclose; envelop: The folds of a great cloak encompassed her person. 3. to include comprehensively: a work that encompasses the entire range of the world's religious beliefs. 4. Obs. to outwit. [1545–55; EN-¹ + COMPASS] —**en·com′pass·ment,** n.

**en·co·pre·sis** (en′kə prē′sis), n., pl. **-ses** (-sēz). Psychiatry. involuntary defecation. [< NL < Gk en- EN-² + kópr(os) dung + -esis, as in ENURESIS] —**en·co·pret′ic** (en′kə pret′ik), adj.

**en·core** (äng′kôr, -kōr, än′-), interj., n., v., **-cored, -cor·ing.** —interj. 1. again; once more (used by an audience in calling for an additional number or piece). —n. 2. a demand, as by applause, for a repetition of a piece or performance of a number or piece additional to those on a program, or for a reappearance by the performers, as at the end of a concert, recital, etc. 3. the piece or reappearance in response to such a demand: He chose a Chopin nocturne for his encore. 4. any repeated or additional performance or appearance. 5. a rerun of a telecast or a rematch in sports. —v.t. 6. to call for a repetition of. 7. to call for an encore from (a performer). [1705–15; < F: still, yet, besides < L hinc hōrā or hinc ad hōram until this hour]

**en·coun·ter** (en koun′tər), v.t. 1. to come upon or meet with, esp. unexpectedly: to encounter a new situation. 2. to meet with or contend against (difficulties, opposition, etc.): We encounter so many problems in our work. 3. to meet (a person, military force, etc.) in conflict: We will encounter the enemy at dawn. —v.i. 4. to meet, esp. unexpectedly or in conflict: We were angry when we encountered, but we parted with smiles. —n. 5. a meeting with a person or thing, esp. a casual, unexpected, or brief meeting: Our running into each other was merely a chance encounter. 6. a meeting of persons or groups that are in conflict or opposition; combat; battle: Another such encounter and we may lose the war. 7. Psychol. a meeting of two or more people, as the members of an encounter group or a number of married couples (**marriage encounter**), conducted to promote direct emotional confrontations among the participants, esp. as a form of therapy (**encoun′ter ther′apy**). [1250–1300; ME encountren < AF enco(u)ntrer; OF < VL *incontrāre, equiv. to in- IN-¹ + -contrāre, deriv. of contrā against; see COUNTER³] —**en·coun′ter·er,** n.

**encoun′ter group′,** Psychol. a group of people who meet, usually with a trained leader, to increase self-awareness and social sensitivity, and to change behavior through interpersonal confrontation, self-disclosure, and strong emotional expression. [1965–70]

**encoun′ter ses′sion,** Psychol. a meeting of an encounter group.

**en·cour·age** (en kûr′ij, -kur′-), v.t., **-aged, -ag·ing.** 1. to inspire with courage, spirit, or confidence: His coach encouraged him throughout the marathon race to keep on running. 2. to stimulate by assistance, approval, etc.: One of the chief duties of a teacher is to encourage students. 3. to promote, advance, or foster: Poverty often encourages crime. [1400–50; late ME encoragen < AF, MF encorag(i)er. See EN-¹, COURAGE] —**en·cour′ag·er,** n. —**en·cour′ag·ing·ly,** adv. —Syn. 1. embolden, hearten, reassure. 2. urge; support, aid, help. —Ant. 1. discourage, dishearten.

**en·cour·age·ment** (en kûr′ij mənt, -kur′-), n. 1. the act of encouraging. 2. the state of being encouraged. 3. something that encourages: Praise is the greatest encouragement. [1560–70; ENCOURAGE + -MENT] —Syn. 3. praise, support, boost, lift, endorsement.

**en·crim·son** (en krim′zən, -sən), v.t. to make crimson. [1765–75; EN-¹ + CRIMSON]

**en·cri·nite** (en′krə nīt′), n. a fossil crinoid. [1800–10; < NL encrin(us) (< Gk en- EN-² + krīnon lily) + -ITE¹]

**en·croach** (en krōch′), v.i. 1. to advance beyond proper, established, or usual limits; make gradual inroads: A dictatorship of the majority is encroaching on the rights of the individual. 2. to trespass upon the property, domain, or rights of another, esp. stealthily or by gradual advances. [1275–1325; ME encrochen < AF encrocher, OF encrochier to catch hold of, seize, equiv. to en- EN-¹ + -crochier, v. deriv. of croc hook < Gmc; see CROOKED, CROOK] —Syn. 1, 2. See trespass. —**en·croach′er,** n.

**en·croach·ment** (en krōch′mənt), n. 1. an act or instance of encroaching. 2. anything taken by encroachment. [1425–75; late ME encrochement < AF. See ENCROACH, -MENT]

**en croûte** (än krōōt′), French Cookery. baked in a pastry crust. [< F: lit., in (a) crust]

**en·crust** (en krust′), v.t., v.i. incrust.

**en·crus·ta·tion** (en′kru stā′shən), n. incrustation. [1640–45; EN-¹ + CRUSTATION]

**en·crypt** (en kript′), v.t. to encipher or encode. [1950; EN-¹ + crypt- (abstracted from cryptic, cryptography, etc.), modeled on encode] —**en·cryp′tion,** n.

**en·cul·tu·rate** (en kul′chə rāt′), v.t., **-rat·ed, -rat·ing.** to change, modify, or adapt (behavior, ideas, etc.) by enculturation. [back formation from ENCULTURATION] —**en·cul′tu·ra·tive** (en kul′chə rā′tiv, -chər ə tiv), adj.

**en·cul·tu·ra·tion** (en kul′chə rā′shən), n. the process whereby individuals learn their group's culture, through experience, observation, and instruction. [1945–50; EN-¹ + (AC)CULTURATION]

**en·cum·ber** (en kum′bər), v.t. 1. to impede or hinder; hamper; retard: Red tape encumbers all our attempts at action. 2. to block up or fill with what is obstructive or superfluous: a mind encumbered with trivial and useless information. 3. to burden or weigh down: She was encumbered with a suitcase and several packages. 4. to burden with obligations, debt, etc. Also, **incumber.** [1300–50; ME encombren < AF, MF encombrer, equiv. to en- EN-¹ + -combrer, v. deriv. of combre dam, weir < early ML combrus < Gaulish *comberos confluence, bringing together (cf. Quimper, in Brittany < Breton Kemper; see COM-, BEAR¹] —**en·cum′ber·ing·ly,** adv.

**en·cum·brance** (en kum′brəns), n. 1. something that encumbers; something burdensome, useless, or superfluous; burden; hindrance: Poverty was a lifelong encumbrance. 2. a dependent person, esp. a child. 3. Law. a burden or claim on property, as a mortgage. Also, **incumbrance.** [1275–1325; ME encombraunce < MF encumbrance. See ENCUMBER, -ANCE]

**en·cum·branc·er** (en kum′brən sər), n. Law. a person who holds an encumbrance. [1855–60; ENCUMBRANCE + -ER¹]

**-ency,** a noun suffix, equivalent to **-ence:** consistency; dependency; exigency. [-ENCE + -Y³]

**ency.,** encyclopedia. Also, **encyc., encycl.**

**en·cyc·li·cal** (en sik′li kəl, -sī′kli-), n. 1. Rom. Cath. Ch. a letter addressed by the pope to all the bishops of the church. —adj. 2. (of a letter) intended for wide or general circulation; general. Also, **en·cyc′lic.** [1610–20; < LL encyclicus ( < Gk enkýklios, with -icus -ic for -ios, equiv. to en- EN-² + kýkl(os) circle, CYCLE + -ios adj. suffix) + -AL¹]

**en·cy·clo·pe·di·a** (en sī′klə pē′dē ə), n. 1. a book or set of books containing articles on various topics, usually in alphabetical arrangement, covering all branches of knowledge or, less commonly, all aspects of one subject. 2. (cap.) the French work edited by Diderot and D'Alembert, published in the 18th century, distinguished by its representation of the views of the Enlightenment. Also, **en·cy′clo·pae′di·a.** [1525–35; < NL encyclopaedia < Gk enkyklopaídía, a misreading of enkýklios paideía circular (i.e., well-rounded) education. See ENCYCLICAL, PEDI-²]

**en·cy·clo·pe·dic** (en sī′klə pē′dik), adj. 1. pertaining to or of the nature of an encyclopedia; relating to all branches of knowledge. 2. comprehending a wide variety of information; comprehensive: an encyclopedic memory. Also, **en·cy′clo·pae′dic, en·cy′clo·pe′di·cal, en·cy′clo·pae′di·cal.** [1815–25; ENCYCLOPED(IA) + -IC] —**en·cy′clo·pe′di·cal·ly, en·cy′clo·pae′di·cal·ly,** adv. —Syn. 2. all-embracing, all-inclusive, exhaustive, wide-ranging.

**en·cy·clo·pe·dism** (en sī′klə pē′diz əm), n. 1. encyclopedic learning. 2. (often cap.) the doctrines and influence of the Encyclopedists. Also, **en·cy′clo·pae′dism.** [1825–35; ENCYCLOPED(IA) + -ISM]

**en·cy·clo·pe·dist** (en sī′klə pē′dist), n. 1. a compiler of or contributor to an encyclopedia. 2. (often cap.) one of the collaborators on the French Encyclopedia. Also, **en·cy′clo·pae′dist.** [1645–55; ENCYCLOPED(IA) + -IST]

**en·cyst** (en sist′), v.t., v.i. Biol. to enclose or become enclosed in a cyst. [1835–45; EN-¹ + CYST] —**en·cyst′ment, en·cys·ta′tion,** n.

**end¹** (end), n. 1. the last part or extremity, lengthwise, of anything that is longer than it is wide or broad: the end of a street; the end of a rope. 2. a point, line, or limitation that indicates the full extent, degree, etc., of something; limit; bounds: kindness without end; to walk from end to end of a city. 3. a part or place at or adjacent to an extremity: at the end of the table; the west end of town. 4. the furthermost imaginable place or point: an island at the very end of the world. 5. termination; conclusion: The journey was coming to an end. 6. the concluding part: The end of her speech had to be cut short because of time. 7. an intention or aim: to gain one's ends. 8. the object for which a thing exists; purpose: The happiness of the people is the end of government. 9. an outcome or result: What is to be the end of all this bickering? 10. termination of existence; death: He met a horrible end. 11. a cause of death, destruction, or ruin: Another war would be the end of civilization. 12. a remnant or fragment: mill end; ends and trimmings. 13. a share or part in something: He does his end of the job very well. 14. Textiles. a warp thread running vertically and interlaced with the filling yarn in the woven fabric. 15. Football. a. either of the linemen stationed farthest from the center. b. the position played by this lineman. 16. Archery. the number of arrows to be shot by a competitor during one turn in a match. 17. Cricket. a wicket, esp. the one where the batsman is taking a turn. 18. a unit of a game, as in curling or lawn bowling. 19. Kantianism. any rational being, regarded as worthy to exist for its own sake. 20. either half of a domino. 21. Knots. the part of a rope, beyond a knot or the like, that is not used. 22. **at loose ends,** without an occupation or plans; unsettled; uncertain: He spent two years wandering about the country at loose ends. 23. **at one's wit's end,** at the end of one's ideas or mental resources; perplexed: I'm at my wit's end with this problem. Also, **at one's wits' end.** 24. **end for end,** in reverse position; inverted: The cartons were turned end for end. 25. **end on,** with the end next to or facing: He backed the truck until it was end on with the loading platform. 26. **end to end,** in a row with ends touching: The pipes were placed end to end on the ground. 27. **go off the deep end,** Informal. to act in a reckless or agitated manner; lose emotional control: She went off the deep end when she lost her job. 28. **in the end,** finally; after all: In the end they shook hands and made up. 29. **keep** or **hold one's end up,** to perform one's part or share adequately: The work is demanding, but he's holding his end up. 30. **make an end of,** to conclude; stop: Let's make an end of this foolishness and get down to work. 31. **make ends meet,** to live within one's means: Despite her meager income, she tried to make ends meet. Also, **make both ends meet.** 32. **no end,** Informal. very much or many: They were pleased no end by the warm reception. 33. **on end, a.** having the end down; upright: to stand a box on end. **b.** continuously; successively: They talked for hours on end. 34. **put an end to,** to cause to stop; terminate; finish: The advent of sound in motion pictures put an end to many a silent star's career. 35. **the end,** Slang. the ultimate; the utmost of good or bad: His stupidity is the end. —v.t. 36. to bring to an end or conclusion: We ended the discussion on a note of optimism. 37. to put an end to; terminate: This was the battle that ended the war. 38. to form the end of: This passage ends the novel. 39. to cause the demise of; kill: A bullet through the heart ended him. 40. to constitute the most outstanding or greatest possible example or instance of (usually used in the infinitive): You just committed the blunder to end all blunders. —v.i. 41. to come to an end; terminate; cease: The road ends at Rome. 42. to issue or result: Extravagance ends in want. 43. to reach or arrive at a final condition, circumstance, or goal (often fol. by up): to end up in the army; to end as a happy person. —adj. 44. final or ultimate: the end result. [bef. 900; ME, OE ende; c. OFris enda, MD e(i)nde, OS endi, OHG anti, G Ende, ON endi(r), Goth andeis end < Gmc *anthja-; akin to Skt ánta- end] —**end′er,** n. —Syn. 4. tip, bound, limit, terminus. 5. END, CLOSE, CONCLUSION, FINISH, OUTCOME refer to the termination of something. END implies a natural termination or completion, or an attainment of purpose: the end of a day, of a race; to some good end. CLOSE often implies a planned rounding off of something in process: the close of a conference. CONCLUSION suggests a decision or arrangement: All evidence leads to this conclusion; the conclusion of peace terms. FINISH emphasizes completion of something begun: a fight to the finish. OUTCOME suggests the issue of something that was in doubt: the outcome of a game. 7. See **aim.**

**end²** (end), v.t. Brit. Dial. to put wheat, hay, or other grain into a stack or barn. [1600–10; perh. var. of dial. in to harvest (OE innian to lodge, put up). See INN]

**end-,** var. of **endo-** before a vowel: endameba.

**end.,** endorsed.

**end-all** (end′ôl′), n. 1. the ultimate purpose, object, or conclusion: Money is the be-all and end-all of his existence. 2. something that brings things to such an end or conclusion. [1595–1605]

**en·dam·age** (en dam′ij), v.t., **-aged, -ag·ing.** to damage. [1325–75; ME < AF; see EN-¹, DAMAGE]

**end·a·me·ba** (en′də mē′bə), n., pl. **-bae** (-bē), **-bas.** Biol. any protozoan of the genus Endamoeba, members of which are parasitic in the digestive tracts of various invertebrates, including cockroaches and termites. Also, **end′a·moe′ba.** [< NL (1879); see END-, AMEBA] —**end′a·me′bic, end′a·moe′bic,** adj.

**end·an·ge·i·tis** (en′dan jē ī′tis), n. Pathol. an inflammation of the innermost lining of a blood vessel. Also, **end·an·gi·i·tis** (en′dan jī′tis), **end′an·gi·i′tis.** [END- + angeitis; see ANGI-, -ITIS]

**en·dan·ger** (en dān′jər), v.t. to expose to danger; imperil: It was foolish to endanger your life in that way. [1400–50; late ME; see EN-¹, DANGER] —**en·dan′ger·ment,** n. —Syn. threaten, jeopardize, hazard, risk.

**en·dan·gered** (en dān′jərd), adj. 1. threatened with a danger: endangered lives of trapped coal miners. 2. threatened with extinction: The bald eagle may be endangered. [1590–1600; ENDANGER + -ED²]

**endan′gered spe′cies,** a species at risk of extinction because of human activity, changes in climate, changes in predator-prey ratios, etc., esp. when officially designated as such by a governmental agency such as the U.S. Fish and Wildlife Service. [1965–70]

**end·a·or·ti·tis** (en′dā ôr tī′tis), n. Pathol. an inflammation of the innermost lining of the aorta. [END- + AORT(A) + -ITIS]

**end·arch** (en′därk), adj. Bot. (of a primary xylem or root) developing from the periphery; having the oldest cells closest to the core. [1895–1900; END- + -arch having a point of origin (as specified)] —**end′ar·chy,** n.

**end′ around′,** Football. a play on offense in which an end, after running into the backfield, takes a handoff and attempts to run around the opposite end of the line. [1925–30]

**end·ar·ter·ec·to·my** (en′där tə rek′tə mē), n., pl. **-mies.** the surgical stripping of a fat-encrusted, thickened arterial lining so as to open or widen the artery for improved blood circulation. [1955–60; ENDARTER(IUM) + -ECTOMY]

**end·ar·te·ri·um** (en′där tēr′ē əm), n., pl. **-te·ri·a** (-tēr′ē ə). Anat. the innermost lining of an artery. [< NL; see END-, ARTERY] —**end′ar·te′ri·al,** adj.

**en′ dash′,** Print. a dash one en long.

**end-blown** (end′blōn′), adj. (of a flute) having a mouthpiece at the end of the tube so that the player blows into the instrument. Cf. **transverse** (def. 2).

**end-brain** (end′brān′), n. the telencephalon. [1925–30; trans. of TELENCEPHALON]

**end′ brush′,** Cell Biol. an abundant, tuftlike branching at the axon ending of certain nerve cells. [1880–85]

**end′ bulb′,** Anat. any of various types of oval or

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, bōōk, bōōt, out; up, ûrge; child; sing; down; thin, that; zh as in treasure. ə = a as in alone, e as in system, i as in easily, o as in gallop, u as in circus; ° as in fire (fī°r), hour (ou°r). l and n can serve as syllabic consonants, as in cradle (krād′l), and button (but′n). See the full key inside the front cover.

R. APP. 0024

**animal) able to subsist on a wide variety of foods.** Cf. **stenophagous.** [1925-30; EURY- + -PHAGOUS] —**eu·ry·phage** (yŏŏr'ə fāj', yûr'-), *n.*

**eu·ryp·ter·id** (yŏŏ rip'tə rid, yə-), *n.* any aquatic arthropod of the extinct order Eurypterida, from the Paleozoic Era, closely related to trilobites and scorpions. [1870-75; < NL *Eurypteridae,* See EURY-, -PTEROUS, -ID²]

**Eu·rys·the·us** (yŏŏ ris'thē əs, -thyŏŏs, yə-), *n. Class. Myth.* a king of Mycenae and cousin of Hercules, upon whom he imposed 12 labors. Cf. **labors of Hercules.**

**eu·ryth·mic** (yŏŏ riŧh'mik, yə-), *adj.* eurhythmic. Also, **eu·ryth'mi·cal.** —**eu·ryth'mi·cal·ly,** *adv.*

**eu·ryth·mics** (yŏŏ riŧh'miks, yə-), *n. (used with a singular or plural v.)* eurhythmics.

**eu·ryth·my** (yŏŏ riŧh'mē, yə-), *n.* eurhythmy.

**-eus,** a suffix occurring in Latin scientific names and in the corresponding loanwords in English: *nucleus.*

**-euse,** a suffix occurring in loanwords from French, forming feminine nouns corresponding to nouns ending in *-eur: chanteuse.* [ < F < L *-ōsa,* fem. of *-ōsus* -OSE¹ (>F *-eux*); taken as fem. of *-eur* when this suffix had lost its final consonant (later restored) and was homonymous with *-eux* (hence, masc. *-eu(r),* fem. *-euse,* by analogy with *-eux, -euse))*

**Eu·se·bi·us** (yŏŏ sē'bē əs), *n.* pope A.D. 309 or 310.

**Euse'bius of Caesare'a,** *(Pamphili)* A.D. 263?–c340, Christian theologian and historian: Bishop of Caesarea c315–c340.

**Eus·ke·ra** (yŏŏ'skər ə, e ŏŏ'-), *n.* the Basque language. Also, **Eus'ka·ra.**

**eu·so·cial** (yŏŏ sō'shəl), *adj. Animal Behav.* of or pertaining to a form of insect society, as that of ants, characterized by specialization of tasks and cooperative care of the young. [1970-75; EU- + SOCIAL] —**eu·so·ci·al·i·ty** (yŏŏ sō'shē al'i tē), *n.*

**eu·sol** (yŏŏ'sol, -sol), *n. Pharm.* an antiseptic solution prepared from chlorinated lime and boric acid, formerly used in treating wounds. [1910-15; *E(dinburgh) U(niversity) sol(ution)*]

**Eus·tace** (yŏŏ'stəs), *n.* a male given name: from a Greek word meaning "steadfast."

**Eu·sta'chian tube'** (yŏŏ stā'shən, -stā'kē ən), *Anat.* a canal extending from the middle ear to the pharynx; auditory canal. See diag. under **ear**¹. [1735-45; named after EUSTACHIO; see -AN]

**Eu·sta·chio** (e'ŏŏ stä'kyô), *n.* **Bar·to·lom·me·o** (bär'tô lôm me'ô), 1524?–1574, Italian anatomist. Latin, **Eu·sta·chi·us** (yŏŏ stā'kē əs).

**Eu·sta·cia** (yŏŏ stā'shə), *n.* a female given name.

**eu·sta·sy** (yŏŏ'stə sē), *n., pl.* **-sies.** *Geol.* any uniformly global change of sea level that may reflect a change in the quantity of water in the ocean, or a change in the shape and capacity of the ocean basins. Also, **eu'sta·cy.** [1945-50; nominalization of *eustatic* caused by eustasy (< G *eustatisch,* coined by Austrian geologist Edward Suess (1831–1914); see EU-, STATIC), with *-stasy* for *-stasis* STASIS, prob. on the model of ECSTASY] —**eu·stat·ic** (yŏŏ stat'ik), *adj.* —**eu·stat'i·cal·ly,** *adv.*

**eu·stele** (yŏŏ'stēl, yŏŏ stē'lē), *n., pl.* **-steles.** *Bot.* an arrangement of the xylem and phloem in discrete strands, separated by areas of parenchymatous tissue. [1915-20; EU- + STELE]

**eu·style** (yŏŏ'stīl), *adj.* having an intercolumniation of 2¼ diameters. See illus. under **intercolumniation.** [1555-65; < Gk *eústylos* well columned (i.e., with the columns well spaced); see EU-, -STYLE²]

**eu·tax·y** (yŏŏ'tak sē, yŏŏ tak'sē), *n.* good order or management. [1605-15; < Gk *eutaxía,* equiv. to *eútak-t(os)* well arranged (see EU-, TACTIC) + *-ia* -Y²]

**eu·tec·tic** (yŏŏ tek'tik), *Physical Chem.* —*adj.* **1.** of greatest fusibility: said of an alloy or mixture whose melting point is lower than that of any other alloy or mixture of the same ingredients. **2.** noting or pertaining to such a mixture or its properties: *a eutectic melting point.* —*n.* **3.** a eutectic substance. [1880-85; < Gk *eútēkt(os)* easily melted, dissolved (*eu-* EU- + *tēktós* melted) + -IC]

**eu·tec·toid** (yŏŏ tek'toid), *adj.* **1.** resembling a eutectic. —*n.* **2.** a eutectoid alloy. [1900-05; EUTECT(IC) + -OID]

**Eu·ter·pe** (yŏŏ tûr'pē), *n. Class. Myth.* the Muse of music and lyric poetry. —**Eu·ter'pe·an,** *adj.*

**eu·tha·na·sia** (yŏŏ'thə nā'zhə, -zhē ə, -zē ə), *n.* **1.** Also called **mercy killing,** the act of putting to death painlessly or allowing to die, as by withholding extreme medical measures, a person or animal suffering from an incurable, esp. a painful, disease or condition. **2.** painless death. [1640-50; < NL < Gk *euthanasía* an easy death, equiv. to *eu-* EU- + *thánat(os)* death + *-ia* -Y²] —**eu·tha·na·si·ast** (yŏŏ'thə nā'zē ast'), *n.* —**eu·tha·na·sic** (yŏŏ'thə nā'zik), *adj.*

**eu·tha·nize** (yŏŏ'thə nīz'), *v.t.,* **-nized, -niz·ing.** to subject to euthanasia: *to euthanize injured animals.* Also, **eu·than·a·tize** (yŏŏ than'ə tīz'); *esp. Brit.* **eu'tha·nise',** **eu·than'a·tise'.** [1960-65; EUTHAN(ASIA) + -IZE]

**eu·then·ics** (yŏŏ then'iks), *n. (used with a singular v.)* a science concerned with bettering the condition of human beings through the improvement of their environment. [1900-05; < Gk *euthēn(eîn)* to be well off, prosper + -ICS] —**eu·then·ist** (yŏŏ then'ist, yŏŏ'thə nist), *n.*

**eu·the·ri·an** (yŏŏ thēr'ē ən), *adj.* **1.** belonging or pertaining to the group Eutheria, comprising the placental mammals. —*n.* **2.** a eutherian animal. [1875-80; < NL *Eutheri(a)* (< Gk *eu-* EU- + *thēría,* pl. of *thēríon* wild beast) + -AN]

**eu·ther·mic** (yŏŏ thûr'mik), *adj.* producing or creating heat or warmth. [EU- + THERM- + -IC]

**eu·thy·roid** (yŏŏ thī'roid), *adj.* showing normal function of the thyroid gland. [1920-25; EU- + THYROID]

**eu·to·ci·a** (yŏŏ tō'shē ə, -sē ə), *n. Med.* normal childbirth. [ < NL < Gk *eutokía,* equiv. to *eu-* EU- + *tók(os)* a bringing forth, birth + -ia -IA]

**Eu·to·pi·a** (yŏŏ tō'pē ə), *n. Obs.* **1.** a place in which human society, natural conditions, etc., are so ideally perfect that there is complete contentment. **2.** Utopia. [ < NL (1516); see EU-, UTOPIA]

**eu·troph·ic** (yŏŏ trof'ik, -trō'fik), *adj.* **1.** *Med.* pertaining to or being in a condition of eutrophy. **2.** *Ecol.* (of a lake) characterized by an abundant accumulation of nutrients that support a dense growth of algae and other organisms, the decay of which depletes the shallow waters of oxygen in summer. [1880-85; EUTROPH(Y) + -IC] —**eu·troph'i·ca'tion,** *n.*

**eu·tro·phy** (yŏŏ'trə fē), *n.* **1.** *Med.* healthy or adequate nutrition or development. **2.** *Ecol.* the state of being eutrophic. [1715-25; < Gk *eutrophía.* See EU-, TROPHO-, -Y³]

**Eu·tych·i·a·nus** (yŏŏ tik'ē ā'nəs), *n.* **Saint,** died A.D. 283, pope 275-283. Also, **Eu·tych·i·an** (yŏŏ tik'ē ən).

**eux·e·nite** (yŏŏk'sə nīt'), *n.* a rare, brownish-black mineral of complex composition, an oxide of calcium, cerium, yttrium, columbium, titanium, and uranium. [1840-45; < Gk *eúxen(os)* kind to strangers, hospitable (see EU-, XENO-) + -ITE¹]

**Eux·ine** (yŏŏk'sin, -sīn), *adj.* of or pertaining to the Black Sea.

**Eux'ine Sea'.** See **Black Sea.**

**eV,** electron-volt. Also, **ev**

**E.V.,** (of the Bible) English Version.

**E·va** (ē'və), *n.* a female given name, form of **Eve.**

**EVA,** *Aerospace.* extravehicular activity.

**e·vac·u·ant** (i vak'yŏŏ ənt), *Med.* —*adj.* **1.** evacuating; promoting thorough evacuation, esp. from the bowels; cathartic; purgative. —*n.* **2.** an evacuant medicine or agent; cathartic; purgative. [1720-30; < L *ēvacuant-* (s. of *ēvacuāns,* prp. of *ēvacuāre*). See EVACUATE, -ANT]

**e·vac·u·ate** (i vak'yŏŏ āt'), *v.,* **-at·ed, -at·ing.** —*v.t.* **1.** to leave empty; vacate. **2.** to remove (persons or things) from a place, as a dangerous or disaster area, for reasons of safety or protection: *to evacuate the inhabitants of towns in the path of a flood.* **3.** to remove persons from (a city, town, building, area, etc.) for reasons of safety: *to evacuate the embassy after a bomb threat.* **4.** *Mil.* **a.** to remove (troops, wounded soldiers, civilians, etc.) from a war zone, combat area, etc. **b.** to withdraw from or quit (a town, fort, etc., that has been occupied). **5.** *Physiol.* to discharge or eject as through the excretory passages, esp. from the bowels. **6.** to deprive: *Fear evacuated their minds of reason.* **7.** to produce a vacuum in. —*v.i.* **8.** to leave a place because of military or other threats. **9.** to void; defecate. [1350-1400; ME < L *ēvacuātus* (ptp. of *ēvacuāre* to empty out, equiv. to *ē-* E- + *vacuāre* to empty); see VACUUM, -ATE¹] —**Syn. 1.** empty, void, drain.

**e·vac·u·a·tion** (i vak'yŏŏ ā'shən), *n.* **1.** the act or process of evacuating, or the condition of being evacuated; discharge or expulsion, as of contents. **2.** *Physiol.* discharge, as of waste matter through the excretory passages, esp. from the bowels. **3.** something evacuated or discharged. **4.** the removal of persons or things from an endangered area. **5.** clearance by removal of troops, equipment, etc. **6.** the withdrawal or removal of troops, civilians, etc. [1350-1400; ME *evacuacioun* < LL *ēvacuātiōn-* (s. of *ēvacuātiō*). See EVACUATE, -ION] —**e·vac·u·a·tive** (i vak'yŏŏ ā'tiv), *adj.*

**e·vac·u·a·tor** (i vak'yŏŏ ā'tər), *n.* **1.** a person or thing that evacuates. **2.** *Med.* an instrument for removing impacted feces from the rectum. [1605-15; EVACUATE + -OR²]

**e·vac·u·ee** (i vak'yŏŏ ē', i vak'yŏŏ ē'), *n.* a person who is withdrawn or removed from a place of danger, a disaster area, etc. [1935-40; < F *évacué,* ptp. of *évacuer* to EVACUATE; see -EE]

**e·vade** (i vād'), *v.,* **e·vad·ed, e·vad·ing.** —*v.t.* **1.** to escape from by trickery or cleverness: *to evade one's pursuers.* **2.** to get around by trickery: *to evade rules.* **3.** to avoid doing or fulfilling: *to evade an obligation.* **4.** to avoid answering directly: *to evade a question.* **5.** to elude; escape: *The enemy evaded him.* —*v.i.* **6.** to practice evasion. **7.** to elude or get away from someone or something by craft or slyness; escape. [1505-15; < L *ēvādere* to pass over, go out, equiv. to *ē-* E- + *vādere* to go, walk] —**e·vad'a·ble, e·vad'i·ble,** *adj.* —**e·vad'er,** *n.* —**e·vad'ing·ly,** *adv.*
—**Syn. 1.** avoid, dodge. See **escape. 6.** prevaricate, equivocate, fence. —**Ant. 1.** face, confront.

**E·vad·ne** (i vad'nē), *n. Class. Myth.* **1.** the wife of Capaneus who threw herself on his funeral pyre. **2.** a daughter of Pelias, king of Iolcus. Cf. **Amphinome.**

**e·vag·i·nate** (i vaj'ə nāt'), *v.t.,* **-nat·ed, -nat·ing.** to turn inside out, or cause to protrude by eversion, as a tubular organ. [1650-60; < L *ēvāgināt(us)* (ptp. of *ēvāgināre*) unsheathed, equiv. to *ē-* E- + *vāgin(a)* scabbard, sheath (see VAGINA) + *-ātus* -ATE¹] —**e·vag·i·na·ble** (i vaj'ə nə bəl), *adj.* —**e·vag'i·na'tion,** *n.*

**e·val·u·ate** (i val'yŏŏ āt'), *v.t.,* **-at·ed, -at·ing. 1.** to determine or set the value or amount of; appraise: *to evaluate property.* **2.** to judge or determine the significance, worth, or quality of; assess: *to evaluate the results of an experiment.* **3.** *Math.* to ascertain the numerical value of (a function, relation, etc.). [1835-45; back formation from EVALUATION] —**e·val·u·a·ble** (i val'yŏŏ ə bəl), *adj.* —**e·val'u·a'tive,** *adj.* —**e·val'u·a'tor,** *n.*
—**Syn. 1, 2.** weigh, estimate, gauge, value.

**e·val·u·a·tion** (i val'yŏŏ ā'shən), *n.* **1.** an act or instance of evaluating or appraising. **2.** (esp. in medicine) a diagnosis or diagnostic study of a physical or mental condition. [1745-55; < F *évaluation.* See E-, VALUATION]

**Ev·an** (ev'ən), *n.* a male given name, Welsh form of **John.**

**ev·a·nesce** (ev'ə nes', ev'ə nes'), *v.i.,* **-nesced, -nesc·ing.** to disappear gradually; vanish; fade away. [1815-25; < L *ēvānēscere* to VANISH] —**ev·a·nes'cence,** *n.* —**ev·a·nes'ci·ble,** *adj.*

**ev·a·nes·cent** (ev'ə nes'ənt), *adj.* **1.** vanishing; fading away; fleeting. **2.** tending to become imperceptible; scarcely perceptible. [1745-55; < L *ēvānēscent-* (s. of *ēvānēscēns*) vanishing, disappearing. See EVANESCE, -ENT] —**ev·a·nes'cent·ly,** *adv.*

**Evang.,** Evangelical.

**e·van·gel**¹ (i van'jəl), *n.* **1.** the good tidings of the redemption of the world through Jesus Christ; the gospel. **2.** *(usually cap.)* any of the four Gospels. **3.** a doctrine taken as a guide or regarded as of prime importance. **4.** good news or tidings. [1300-50; ME < LL *evangelium* < Gk *euangélion* good news (see EU-, ANGEL); r. ME *evangile* < MF]

**e·van·gel**² (i van'jəl), *n.* an evangelist. [1585-95; LL *evangelus* < Gk *euángelos* (2.1.) bringing good news. See EVANGEL¹]

**e·van·gel·i·ar·y** (ē'van jel'ē er'ē, -ē ə rē, ev'ən-), *n., pl.* **-ar·ies.** evangelistary. [ < ML *evangeliārium,* EVANGEL¹, -ARY]

**e·van·gel·i·cal** (ē'van jel'i kəl, ev'ən-), *adj.* Also, **e·van·gel·ic. 1.** pertaining to or in keeping with the gospel and its teachings. **2.** belonging to or designating the Christian churches that emphasize the teachings and authority of the Scriptures, esp. of the New Testament, in opposition to the institutional authority of the church itself, and that stress as paramount the tenet that salvation is achieved by personal conversion to faith in the atonement of Christ. **3.** designating Christians, esp. of the late 1970's, eschewing the designation of fundamentalist but holding to a conservative interpretation of the Bible. **4.** pertaining to certain movements in the Protestant churches in the 18th and 19th centuries that stressed the importance of personal experience of grace for sin, and of reconciliation to God through Christ; marked by ardent or zealous enthusiasm for a personal Christ. —*n.* **6.** an adherent of evangelical doctrines or a person who belongs to an evangelical church or party. [1525-35; < LL *evangelicus* ( < LGk *euangelikós;* see EVANGEL¹, -IC) + -AL¹] —**e·van·gel'i·cal·ly,** *adv.* —**e·van·gel'i·cal·ness, e·van·gel'i·cal'i·ty,** *n.*

**e·van·gel·i·cal·ism** (ē'van jel'i kə liz'əm, ev'ən-), *n.* **1.** evangelical doctrines or principles. **2.** adherence to evangelical principles or doctrines or to an evangelical church or party. [1825-35; EVANGELICAL + -ISM]

**E·van·ge·line** (i van'jə lēn', -lin', -lin), *n.* a female given name, invented by H.W. Longfellow. Also, **E·van·ge·li·na** (i van'jə lē'nə).

*E·van·ge·line* (i van'jə lin), *n.* a narrative poem (1847) by Longfellow.

**e·van·ge·lism** (i van'jə liz'əm), *n.* **1.** the preaching or promulgation of the gospel; the work of an evangelist. **2.** evangelicalism. **3.** missionary zeal, purpose, or activity. [1620-30; EVANGEL² + -ISM]

**e·van·ge·list** (i van'jə list), *n.* **1.** a Protestant minister or layperson who serves as an itinerant or special preacher, esp. a revivalist. **2.** a preacher of the gospel. **3.** *(cap.)* any of the four Gospels (Matthew, Mark, Luke, or John) or the writers of the four Gospels. **4.** (in the primitive church) a person who first brought the gospel to a city or region. **5.** *(cap.) Mormon Ch.* a patriarch. **6.** a person marked by evangelical enthusiasm for or support of any cause. [1125-75; ME *evangeliste* < L *evangelista* < Gk *euangelistēs.* See EVANGEL¹, -IST]

**e·van·ge·lis·tar·y** (i van'jə lis'tə rē), *n., pl.* **-ries.** a book containing passages from the four Gospels to be read at a divine service. Also, **evangeliary.** [1840-50; ML *evangelistārium.* See EVANGELIST, -ARY]

**e·van·ge·lis·tic** (i van'jə lis'tik), *adj.* **1.** pertaining to evangelists or to preachers of the gospel. **2.** evangelical. **3.** seeking to evangelize; striving to convert sinners. **4.** designed or fitted to evangelize. **5.** *(often cap.)* pertaining to the four Evangelists. [1835-45; EVANGELIST + -IC] —**e·van·ge·lis'ti·cal·ly,** *adv.*

**e·van·ge·lize** (i van'jə līz'), *v.,* **-lized, -liz·ing.** —*v.t.* **1.** to preach the gospel to. **2.** to convert to Christianity. —*v.i.* **3.** to preach the gospel; act as an evangelist. *esp. Brit.* **e·van'ge·lise'.** [1350-1400; ME *evangelizen* < LL *evangelizāre* < LGk *euangelízein.* See EVANGEL¹, -IZE] —**e·van·ge·li·za·tion** (i van'jə li zā'shən), *n.* —**e·van'ge·liz'er,** *n.*

**e·van·ish** (i van'ish), *v.i.* **1.** to vanish; disappear. **2.** to cease to be. [1300-50; ME *evanisshen* < MF *evaniss-,* extended s. of *esvanir.* See E-, EVANESCE, VANISH] —**e·van'ish·ment,** *n.*

**Ev·ans** (ev'ənz), *n.* **1. Sir Arthur John,** 1851-1941, English archaeologist. **2. Dame Edith,** 1888-1976, English actress. **3. Herbert McLean** (mə klān'), 1882-1971, U.S. embryologist and anatomist. **4. Mary Ann,** See **Eliot, George. 5. Maurice,** born 1901, U.S. actor, and composer, born in England. **6. Oliver,** 1755-1819, U.S. inventor: constructed the first high-pressure steam engine in the U.S. 1801?. **7. Rob·ley Dun·gli·son** (rob'lē dung'glə sən), ("Fighting Bob"), 1846-1912, U.S. admiral. **8. Ru·dulph** (rōō'dulf), 1878-1960, U.S. sculptor.

**Ev·ans·ton** (ev'ən stən), *n.* a city in NE Illinois, on Lake Michigan, near Chicago. 73,706.

**Ev·ans·ville** (ev'ənz vil'), *n.* a city in SW Indiana, on the Ohio River. 130,496.

**evap., 1.** evaporate. **2.** evaporation.

**e·vap·o·ra·ble** (i vap'ər ə bəl), *adj.* capable of being evaporated. [1535-45; EVAPOR(ATE) + -ABLE] —**e·vap·o·ra·bil·i·ty,** *n.*

**e·vap·o·rate** (i vap'ə rāt'), *v.,* **-rat·ed, -rat·ing.** —*v.i.* **1.** to change from a liquid or solid state into vapor

R. APP. 0025

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b., blend of, blended; c., cognate with; cf., compare; deriv., derivative; equiv., equivalent; init., imitative; obl., oblique; r., replacing; s., stem; sp., spelling, spelled; resp., respelling, respelled; trans., translation; ?, origin unknown; *, unattested; ‡, probably earlier than. See the full key inside the front cover.

Case 2:14-cv-00045-DB-DBP   Document 188-2   Filed 12/08/14   Page 8 of 13

**frail¹** (frāl), *adj.*, **-er, -est. 1.** having delicate health; not robust; weak: *My grandfather is rather frail now.* **2.** easily broken or destroyed; fragile. **3.** morally weak; easily tempted. —*n.* **4.** *Older Slang (sometimes offensive).* a girl or woman. [1300–50; ME *frail(e), frel(e)* < OF < L *fragilis* FRAGILE] —**frail′ly,** *adv.* —**frail′ness,** *n.*
—**Syn. 1, 2.** feeble; breakable, frangible. FRAIL, BRITTLE, FRAGILE imply a delicacy or weakness of substance or construction. FRAIL applies particularly to health and immaterial things: *a frail constitution; frail hopes.* BRITTLE implies a hard material that snaps or breaks to pieces easily: *brittle as glass.* FRAGILE implies that the object must be handled carefully to avoid breakage or damage: *fragile bric-a-brac.* —**Ant. 1, 2.** sturdy.

**frail²** (frāl), *n.* **1.** a flexible basket made of rushes, used esp. for dried fruits, as dates, figs, or raisins. **2.** a certain quantity of raisins, about 75 lb. (34 kg), contained in such a basket. [1300–50; ME *frayel, fraelle* < OF *frayel* < ?]

**frai·le·ro** (frī lâr′ō; *Sp.* fraɪ le′ʀō), *n., pl.* **-ros** (-lâr′ōz; *Sp.* -ʀōs). *Sp. Furniture.* an armchair of the Renaissance, having a leather seat and a leather back stretched between plain wooden members and having a broad front stretcher. Also called **friar's chair.** [< Sp: lit., of, belonging to a friar, deriv. of *fraile* friar]

**frail·ty** (frāl′tē, frā′əl-), *n., pl.* **-ties** for 3. **1.** the quality or state of being frail. **2.** moral weakness; liability to yield to temptation. **3.** a fault resulting from moral weakness: *frailties of the human flesh.* [1300–50; ME *frailte, frelete* < OF *frailete* < L *fragilitāt-* (s. of *fragilitās*). See FRAIL¹, -ITY]
—**Syn. 1.** delicacy, weakness, fragility. **2.** susceptibility, suggestibility. **3.** flaw, defect.

**fraise** (frāz), *n.* **1.** *Fort.* a defense consisting of pointed stakes projecting from the ramparts in a horizontal or an inclined position. **2.** a ruff worn around the neck in the 16th century. **3.** a woman's embroidered scarf worn with ends crossed on the chest and pinned with a brooch or the like, popular in the early 19th century. **4.** *Horol.* a cutting tool for correcting inaccuracies in the teeth of a timepiece wheel. [1765–75; < F, deriv. of *fraiser* to frizzle, curl < Pr *frezar* << Gmc; cf. OE *frīs* curled]

**fraise** (frez), *n., pl.* **fraises** (frez). *French.* **1.** strawberry. **2.** See **crème de fraise. 3.** a brandy distilled from strawberries.

**fraise du bois** (frez dy bwä′), *pl.* **fraises du bois** (frez dy bwä′). *French.* wild strawberry.

**Frak·tur** (fräk toor′), *n.* **1.** *Print.* German black-letter text, a style of type. **2.** (*usually l.c.*) Also, **fractur. a.** a stylized, highly decorative watercolor or watercolor-and-ink painting in the Pennsylvania-German tradition, often bearing elaborate calligraphy and standardized motifs, as birds, tulips, mermaids, and unicorns, and typically appearing on a book page, baptismal certificate or other family record, or merchant's advertisement. **b.** the elaborate calligraphy used in frakturs. [1900–05; *Amer.*; < G < L *frāctūra* action of breaking (in reference to the curlicues that broke up the continuous line of a word). See FRACTURE]

**Fra Mau·ro** (frä′ mär′ō, mô′rō), a walled plain in the third quadrant of the face of the moon: about 50 miles (80 km) in diameter.

**fram·be·sia** (fram bē′zhə), *n. Pathol.* yaws. Also, **fram·boe·sia.** [1760–70; < NL, Latinization of F *framboise.* See FRAMBOISE]

**fram·boise** (frän bwaz′), *n., pl.* **fram·boises** (frän bwaz′). *French.* **1.** raspberry. **2.** See **crème de framboise. 3.** a brandy distilled from raspberries.

**frame** (frām), *n., v.*, **framed, fram·ing.** —*n.* **1.** a border or case for enclosing a picture, mirror, etc. **2.** a rigid structure formed of relatively slender pieces, joined so as to surround sizable empty spaces or nonstructural panels, and generally used as a major support in building or engineering works, machinery, furniture, etc. **3.** a body, esp. a human body, with reference to its size or build; physique: *He has a large frame.* **4.** a structure for admitting or enclosing something: *a window frame.* **5.** Usually, **frames.** (*used with a plural v.*) the framework for a pair of eyeglasses. **6.** form, constitution, or structure in general; system; order. **7.** a particular state, as of the mind: *an unhappy frame of mind.* **8.** *Motion Pictures.* one of the successive pictures on a strip of film. **9.** *Television.* a single traversal by the electron beam of all the scanning lines on a television screen. In the U.S. this is a total of 525 lines produced in 1/30 second. Cf. **field** (def. 19). **10.** *Computers.* the information or image on a screen or monitor at any one time. **11.** *Bowling.* **a.** one of the ten divisions of a game. **b.** one of the squares on the scorecard, in which the score for a given frame is recorded. **12.** *Pool.* rack¹ (def. 3). **13.** *Baseball.* an inning. **14.** *Slang.* a frame-up. **15.** enclosing lines, usually forming a square or rectangle, to set off printed matter in a newspaper, magazine, or the like; a box. **16.** the structural unit that supports the chassis of an automobile. **17.** *Naut.* **a.** any of a number of transverse, riblike members for supporting and stiffening the shell of each side of a hull. **b.** any of a number of longitudinal members running between web frames to support and stiffen the shell plating of a metal hull. **18.** a machine or part of a machine supported by a framework, esp. as used in textile production: *drawing frame; spinning frame.* **19.** *Print.* the workbench of a compositor, consisting of a cabinet, cupboards, bins, and drawers, and having flat and sloping work surfaces on top. **20.** *Bookbinding.* an ornamental border, similar to a picture frame, stamped on the front cover of some books. **21. in frame,** *Shipbuilding.* (of a hull) with all frames erected and ready for planking or plating.
—*v.t.* **22.** to form or make, as by fitting and uniting parts together; construct. **23.** to contrive, devise, or compose, as a plan, law, or poem: *to frame a new constitution.* **24.** to conceive or imagine, as an idea. **25.** *Informal.* to incriminate (an innocent person) through the use of false evidence, information, etc. **26.** to provide with or put into a frame, as a picture. **27.** to give utterance to: *Astonished, I attempted to frame adequate words of protest.* **28.** to form or seem to form (speech) with the lips, as if enunciating carefully. **29.** to fashion or shape: *to frame a bust from marble.* **30.** to shape or adapt to a particular purpose: *to frame a reading list for ninth graders.* **31.** *Informal.* to contrive or prearrange fraudulently or falsely, as in a scheme or contest. **32.** to adjust (film) in a motion-picture projector so as to secure exact correspondence of the outlines of the frame and aperture. **33.** to line up visually in a viewfinder or sight. **34.** *Archaic.* to direct, as one's steps. —*v.i.* **35.** *Archaic.* to betake oneself; resort. **36.** *Archaic.* to prepare, attempt, give promise, or manage to do something. [bef. 1000; 1910–15 for def. 8; 1920–25 for def. 25; (v.) ME *framen* to prepare (timber), OE *framian* to avail, profit; c. ON *frama* to further, OHG (gi)*framōn* to do; (n.) ME, deriv. of the v.] —**fram′a·ble, frame′a·ble,** *adj.* —**fram′a·ble·ness, frame′a·ble·ness,** *n.* —**frame′less,** *adj.* —**fram′er,** *n.*

**frame′ house′,** a house constructed with a skeleton framework of timber, as the ordinary wooden house. [1545–55]

**frame′ line′,** *Motion Pictures.* a horizontal line separating consecutive frames on a strip of film.

**frame′ of ref′erence,** *pl.* **frames of reference. 1.** a structure of concepts, values, customs, views, etc., by means of which an individual or group perceives or evaluates data, communicates ideas, and regulates behavior. **2.** Also called **reference frame.** *Physics.* a framework that is used for the observation and mathematical description of physical phenomena and the formulation of physical laws, usually consisting of an observer, a coordinate system, and a clock or clocks assigning times at positions with respect to the coordinate system. [1895–1900]

**frame·pack** (frām′pak′), *n.* a backpack attached to a supporting frame of usually lightweight metal. [FRAME + PACK¹]

**frame·shift** (frām′shift′), *n. Genetics.* the addition or deletion of one or more nucleotides in a strand of DNA, which shifts the codon triplets of the genetic code of messenger RNA and causes a misreading during translation, resulting in an aberrant protein and therefore a mutation. [FRAME + SHIFT]

**frame-up** (frām′up′), *n. Informal.* a fraudulent incrimination of an innocent person. [1895–1900, *Amer.*; FRAME + UP, modeled on nominalizations of phrasal verbs, with *up* as perfective particle]

**frame·work** (frām′wûrk′), *n.* **1.** a skeletal structure designed to support or enclose something. **2.** a frame or structure composed of parts fitted and joined together. **3.** the construction or sale of frames. **4.** work done in, on, or with a frame. [1635–45; FRAME + WORK]

**fram·ing** (frā′ming), *n.* **1.** the act, process, or manner of constructing anything. **2.** the act of providing with a frame. **3.** a frame or a system of frames; framework. [1400–50; late ME; see FRAME, -ING¹]

**fram′ing chis′el,** a woodworking chisel for heavy work and deep cuts, often having a handle reinforced to withstand blows from a metal hammer head. Also called **mortise chisel.** [1870–75]

**Fram·ing·ham** (frā′ming ham′), *n.* a town in E Massachusetts. 65,113.

**fram′ing square′,** a steel square usually having its faces various tables and scales useful to the carpenter. Also called **steel square.**

**Fran** (fran), *n.* **1.** a male given name, form of *Francis.* **2.** a female given name, form of *Frances.*

**franc** (frangk; *Fr.* fräN), *n., pl.* **francs** (frangks; *Fr.* fräN). **1.** an aluminum or nickel coin and monetary unit of France, equal to 100 centimes. *Abbr.:* F., f., Fr., fr. **2.** any of the monetary units of various other nations and territories, as Belgium, Liechtenstein, Luxembourg, Martinique, Senegal, Switzerland, and Tahiti, equal to 100 centimes. **3.** a former silver coin of France, first issued under Henry III. **4.** a former monetary unit of Algeria, Guinea, and Morocco. [1350–1400; ME *frank* < OF *franc,* so called because the coin was first inscribed with the name of the king as ML *Rēx Francōrum* King of the Franks]

**Fran·çaix** (fräN se′), *n.* **Jean** (zhäN), born 1912, French composer.

**France** (frans, fräns; *Fr.* fräNs), *n.* **1. A·na·tole** (a na tôl′), (*Jacques Anatole Thibault*), 1844–1924, French novelist and essayist: Nobel prize 1921. **2.** a republic in W Europe. 53,000,000; 212,736 sq. mi. (550,985 sq. km). *Cap.:* Paris. See map at bottom of page. **3.** *Heraldry.* fleurs-de-lis or upon azure: *a bordure of France.*

**France′ An′cient,** *Heraldry.* an escutcheon blazoned as follows: Azure, semé-de-lys or.

**France′ Mod′ern,** *Heraldry.* an escutcheon blazoned as follows: Azure, three fleurs-de-lis or.

**Fran·ces** (fran′sis), *n.* a female given name: derived from *Francis.*

**Fran·ces·ca** (fran ches′kə, frän-; *It.* frän che′skä), *n.* **1. Pie·ro del·la** (pē âr′ō del′ə; *It.* pye′rō del′lä), (*Piero dei Franceschi*), c1420–92, Italian painter. **2.** Also, **Fran·cis·ca** (fran sis′kə). a female given name, form of *Frances.*

**Fran·ces·ca da Rim·i·ni** (fran ches′kə dä rim′ə nē, frän-; *It.* frän che′skä dä rē′mē nē), died 1285?, Italian noblewoman: immortalized by Dante in the *Divine Comedy.*

**Fran·ces·cat·ti** (frän′chi skä′tē), *n.* **Zi·no** (tsē′nō), born 1905, French violinist.

**Franche-Com·té** (fräNsh kôN tā′), *n.* a former province in E France: once a part of Burgundy.

**fran·chise** (fran′chīz), *n., v.,* **-chised, -chis·ing.** —*n.* **1.** a privilege of a public nature conferred on an individual, group, or company by a government: *a franchise to operate a bus system.* **2.** the right or license granted by a company to an individual or group to market its products or services in a specific territory. **3.** a store, restaurant, or other business operating under such a license. **4.** the territory over which such a license extends. **5.** the right to vote: *to guarantee the franchise of every citizen.* **6.** a privilege arising from the grant of a sovereign or government, or from prescription, which presupposes a grant. **7.** *Sports Slang.* a player of great talent or popular appeal, considered vitally important to a team's success or future. **8.** a legal immunity or exemption from a particular burden, exaction, or the like. **9.** *Obs.* freedom, esp. from imprisonment, servitude, or moral restraint. —*v.t.* **10.** to grant (an individual, company, etc.) a franchise: *The corporation has just franchised a local dealer.* **11.** enfranchise. [1250–1300; ME < OF, deriv. of *franc* free. See FRANK¹] —**fran′chis·a·ble,** *adj.*



CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b., blend of, blended; c., cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r., replacing; s., stem; sp., spelling, spelled; resp., respelling, respelled; trans., translation; ?, origin unknown; *, unattested; ‡, probably earlier than. See the full key inside the front cover.

R. APP. 0026

**grass parakeet,** any of several Australian parakeets, esp. the budgerigar. [1830-40]

**grass pink,** 1. a pink, *Dianthus plumarius*, of Europe, having fragrant, fringed pink, purplish, or white flowers. 2. an orchid, *Calopogon tuberosus*, having rose- or purplish-pink flowers, growing in white clusters of eastern North America. [1810-20, *Amer.*]

**grass′ plot′,** (gras′plot/, gräs′-), *n.* a plot of ground covered with or reserved for grass. [1600-10; GRASS + PLOT]

**grass quit** (gras′kwit′, gräs′-), *n.* any of several tiny finches, esp. of the genus *Tiaris*, of tropical America and the West Indies. [1840-50; GRASS + QUIT⁵]

**grass roots,** 1. (used with a singular or plural v.) 1. the common or ordinary people, esp. as contrasted with the leadership or elite of a political party, social organization, etc.: the rank and file. 2. the agricultural and rural areas of a country. 3. the people inhabiting these areas, esp. as a political, social, or economic group. 4. the origin or basis of something; the basic or primary concept, rule, part, or the like. [1910-15 *Amer.* for def. 1]

**grass-roots** (gras′roōts′, -roŏts′, gräs′-), *adj.* of, pertaining to, or involving the common people, esp. as constituting a basic or separable from an elite: *a grass-roots movement for nuclear disarmament.* [1910-15]

**grass′ rug′,** a rug woven of strong marsh grass and cotton, usually with stenciled designs.

**grass′ sack′,** *South Midland U.S.* a gunnysack. —*Regional Variation.* See **gunnysack**.

**grass′ shears′,** special shears for trimming grass that is hard to cut properly with a mower, as around the base of a tree.

**grass′ ski′ing,** turfskiing. [1965-70]

**grass′ snake′,** 1. Also called **ring snake.** a common European snake, *Natrix natrix*, having a collar of bright orange or yellow. 2. any of various small, slender snakes of North America, as the garter snake or green snake. [1835-45, *Amer.*]

**grass′ snipe′,** the pectoral sandpiper. [1870-75, *Amer.*]

**grass′ sor′ghum,** any of several varieties of sorghum, as Sudan grass, grown for pasturage and hay.

**grass′ sponge′,** a large, dark brown, commercial sponge, *Spongia graminea*, of Florida, the West Indies, and the Gulf of Mexico. [1870-75, *Amer.*]

**grass′ style′,** a style of Japanese calligraphy and sumi-e painting, characterized chiefly by free or loose brush strokes.

**grass′ tree′,** any Australian plant of the genus *Xanthorrhoea*, of the lily family, having a stout, woody stem bearing a tuft of long grasslike leaves and a dense flower spike. [1795-1805]

**grass′ wid′ow,** 1. a woman who is separated, divorced, or lives apart from her husband. 2. a woman whose husband is away from home frequently or for a long time, as on business or to pursue a sport or hobby. 3. *Archaic.* a. a discarded mistress. b. a woman who has borne an illegitimate child. [1520-30; the first element perh. orig. alluding to a bed of grass, hay, or the like; cf. D *grasweduwe*, G *Strohwittwe* lit., straw-widow] —**grass′ wid′ow·hood′,** *n.*

**grass′ wid′ower,** 1. a man who is separated, divorced, or lives apart from his wife. 2. a man whose wife is away from home frequently or for a long time, as on business or to pursue a sport or hobby. [1860-65]

**grassy** (gras′ē, grä′sē), *adj.*, **grass·i·er, grass·i·est.** 1. covered with grass. 2. of, like, or pertaining to grass; grasslike. 3. of the color of grass: *grassy green.* [1505-15; GRASS + -Y¹] —**grass′i·ness,** *n.*

**grate¹** (grāt), *n., v.,* **grat·ed, grat·ing.** —*n.* 1. a frame of metal bars for holding fuel when burning, as in a fireplace, furnace, or stove. 2. a framework of parallel or crossed bars, used as a partition, guard, cover, or the like: *grating.* 3. a fireplace. 4. to furnish with a grate or grates. [1350-1400; ME < ML *grāta* a grating, var. of *crāta,* deriv. of L *crāt-* (s. of *crātis*) wickerwork, hurdle; cf. CRATE] —**grate′less,** *adj.* —**grate′like′,** *adj.*

**grate²** (grāt), *v.,* **grat·ed, grat·ing.** —*v.t.* 1. to have an irritating or unpleasant effect: *His constant chatter grates on my nerves.* 2. to make a sound of, or as if of, rough scraping; rasp. 3. to sound harshly; jar: *to grate on the ear.* 4. to scrape or rub with rough or noisy friction. 5. to reduce to small particles by rubbing against a rough surface or a surface with many sharp-edged openings: *to grate a carrot.* 6. to rub together with a harsh, jarring sound: *to grate one's teeth.* 7. to irritate or annoy. 8. to wear down or away by rough friction. [1375-1425; late ME *graten* < OF *grater* < Gmc; cf. G *kratzen* to scratch] —**Syn.** 7. vex, gall, nettle, irk, rile, bug.

**grat·ed** (grā′tid), *adj.* (of a motion picture) deemed suitable for viewers of all ages: *a G-rated film.*

**grate·ful** (grāt′fəl), *adj.* 1. warmly or deeply appreciative of kindness or benefits received; thankful: *I am grateful to you for your help.* 2. expressing or actuated by gratitude: *a grateful letter.* 3. pleasing to the mind or senses; agreeable or welcome; refreshing: *a grateful breeze.* [1545-55; obs. *grate* pleasing (< L *grātus*) + -FUL] —**grate′ful·ly,** *adv.* —**grate′ful·ness,** *n.*

—**Syn.** 1. obliged, indebted. GRATEFUL, THANKFUL describe an appreciative attitude for what one has received. GRATEFUL indicates a warm or deep appreciation of personal kindness as shown to one: *grateful for favors.* THANKFUL indicates a disposition to express gratitude by word or deed to a benefactor or to a merciful Providence: *thankful for a sense of deliverance as well as for the fact that one's life was spared in an accident; thankful for the comfort of one's general situation.* 3. pleasant, gratifying, satisfying.

**grat·er** (grā′tər), *n.* 1. a person or thing that grates. 2. any of various kitchen devices for grating food: *a cheese grater.* [1400-50; late ME. See GRATE², -ER¹]

**Gra·ti·ae** (grā′shē ē′), *n.pl.* grace (def. 12). [< L, pl. of *grātia* GRACE; cf. Gk *Chárites*]

**Gra·ti·an** (grā′shē ən, -shən), *n.* (Flavius Gratianus) A.D. 359-383, Roman emperor 375-383.

**grat·i·cule** (grat′i kyoōl′), *n.* 1. *Navig.* a network of parallels and meridians on a map or chart. 2. *Optics.* a reticle. [1885-90; < F < L *crāticula,* dim. of *crātis.* See GRATE², -CULE]

**grat·i·fi·ca·tion** (grat′ə fi kā′shən), *n.* 1. the state of being gratified; great satisfaction. 2. something that gratifies; source of pleasure or satisfaction. 3. the act of gratifying. 4. *Archaic.* a reward, recompense, or gratuity. [1590-1600; < L *grātificātiōn-* (s. of *grātificātiō*). See GRATIFY, -ATION]

—**Syn.** 1. pleasure, relish, delight, enjoyment, comfort.

**grat·i·fy** (grat′ə fī′), *v.t.,* **-fied, -fy·ing.** 1. to give pleasure to (a person or persons) by satisfying desires or humoring inclinations or feelings: *Her praise will gratify all who worked so hard to earn it.* 2. to satisfy; indulge; humor, as one's desires or feelings. 3. *Obs.* to reward; remunerate. [1350-1400; ME *gratifien* < L *grātificāre,* equiv. to *grāt(us)* pleasing + -i- -I- + -*ficāre* -FY] —**grat′i·fi′a·ble,** *adj.* —**grat′i·fi·ed·ly** (grat′ə fī′id lē, -fīd′-), *adv.* —**grat′i·fi′er,** *n.*

—**Syn.** 1. please, delight, gladden. 1, 2. See **humor**.

**grat·i·fy·ing** (grat′ə fī′ing), *adj.* tending to gratify; giving or causing satisfaction; pleasing. [1605-15; GRATIFY + -ING²] —**grat′i·fy′ing·ly,** *adv.*

—**Syn.** See **interesting**.

**grat·in** (grat′n, grät′-; *Fr.* GRA TAN′), *n.* See **au gratin**. [1800-10; < F, MF; see GRATE²]

**grat·i·nate** (grat′n āt′), *v.t.,* **-nat·ed, -nat·ing.** to gratiné. [1900-05; GRATIN + -ATE¹]

**gra·ti·né** (grat′n ā′, grät′-; *Fr.* GRA tē nā′), *v.t.,* **-néed, -né·ing.** to bake or broil (food) in au gratin style. [1930-35; < F: ptp. of *gratiner* to cook au gratin, deriv. of *gratin* orig., burnt food adhering to the sides and bottom of a pot, deriv. of *grater* to scrape; see GRATE²]

**grat·ing¹** (grā′ting), *n.* 1. a fixed frame of bars or the like covering an opening to exclude persons, animals, coarse material, or objects while admitting light, air, or fine material. 2. *Physics.* See **diffraction grating**. [1605-15; GRATE¹ + -ING¹]

**grat·ing²** (grā′ting), *adj.* 1. irritating or unpleasant to one's feelings. 2. (of a sound or noise) harsh, discordant, or rasping. [1555-65; GRATE² + -ING²] —**grat′ing·ly,** *adv.*

**grat·is** (grat′is, grā′tis), *adv.* 1. without charge or payment; free: *The manufacturer provided an extra set of coat buttons gratis.* —*adj.* 2. free; gratuitous. [1400-50; late ME < L *grātīs* freely, contr. of *grātīīs* with favors, graces (abl. pl. of *grātia* GRACE)]

**grat·i·tude** (grat′i toōd′, -tyoōd′), *n.* the quality or feeling of being grateful or thankful: *He expressed his gratitude to everyone on the staff.* [1400-50; late ME < ML *grātitūdin-* (s. of *grātitūdō*) thankfulness, equiv. to *grāt(us)* pleasing + -i- -I- + -*tūdin-* -TUDE]

—**Syn.** thanks, thankfulness, appreciation, gratefulness.

**Grat·tan** (grat′n), *n.* **Henry,** 1746-1820, Irish statesman and orator.

**grat·toir** (grä twär′; *Fr.* GRA TWAR′), *n., pl.* **-toirs** (-twärz′; *Fr.* -TWAR′). *Archaeol.* a flaked stone implement, usually Upper Paleolithic, retouched at the end and used probably for working wood or cleaning hides; scraper. [1870-75; < F, equiv. to *gratt(er)* to GRATE² + -*oir* -ORY²]

**gra·tu·i·tous** (grə toō′i təs, -tyoō′-), *adj.* 1. given, done, bestowed, or obtained without charge or payment; free; voluntary. 2. being without apparent reason, cause, or justification: *a gratuitous insult.* 3. *Law.* given without receiving any return value. [1650-60; < L *grātuītus* free, freely given, spontaneous, deriv. of *grātus* thankful, received with thanks (for formation cf. FORTUITOUS); see -OUS] —**gra·tu′i·tous·ly,** *adv.* —**gra·tu′i·tous·ness,** *n.*

—**Syn.** 2. unnecessary, superfluous, redundant; causeless, unreasonable, groundless, unprovoked, unjustified.

**gratu′itous con′tract,** *Law.* a contract for the benefit of only one of the parties, the other party receiving nothing as consideration. [1650-60]

**gra·tu·i·ty** (grə toō′i tē, -tyoō′-), *n., pl.* **-ties.** 1. a gift of money, over and above payment due for service, as to a waiter or bellhop; tip. 2. something given without claim or demand. 3. *Brit.* a. a bonus granted to war veterans by the government. b. a bonus given military personnel on discharge or retirement. [1515-25; < MF *gratuite,* equiv. to L *grātuī(tus)* free + -MF -*te* -TY²]

**grat·u·lant** (grach′ə lənt), *adj.* expressing gratification; congratulatory. [1425-75; late ME: joyful < L *grātulant-* (s. of *grātulāns*), equiv. to *grātul-* express joy (see GRATULATE) + -*ant-* -ANT]

**grat·u·late** (grach′ə lāt′), *v.,* **-lat·ed, -lat·ing.** *Archaic.* —*v.t.* 1. to hail with joy; express joy at. 2. to congratulate. —*v.i.* 3. to express joy. [1550-60; < L *grātulātus* (ptp. of *grātulārī* to express joy), equiv. to *grātul-* (akin to *grātus* pleasing) + -*ātus* -ATE¹] —**grat·u·la·to·ri·ly** (grach′ə lə tôr′ə lē, -tōr′-), *adv.* —**grat′u·la·to′ry,** *adj.*

**grat·u·la·tion** (grach′ə lā′shən), *n.* 1. a feeling of joy. 2. the expression of joy. [1425-75; late ME *gratulacioun* < L *grātulātiōn-* (s. of *grātulātiō*). See GRATULATE, -ION]

**Grau·bün·den** (grou′byn′dən), *n.* German name of Grisons.

**grau·pel** (grou′pəl), *n.* See **snow pellets**. [1885-90; < G; dim. of *Graupe* hulled grain]

**Grau·stark** (grou′stärk, grō′-), *n.* a novel (1901) by George Barr McCutcheon about the romantic and melodramatic adventures of military and courtly figures in the fictional kingdom of Graustark. —**Grau·stark′i·an,** *adj.*

**gra·va·men** (grə vā′mən), *n., pl.* **-vam·i·na** (-vam′ə nə). *Law.* 1. the part of an accusation that weighs most heavily against the accused; the substantial part of a charge or complaint. 2. a grievance. [1595-1605; < LL: trouble, physical inconvenience, equiv. to L *grave(re)* to load, weigh down (deriv. of *gravis* heavy, burdened) + -*men* n. suffix]

**grave¹** (grāv), *n.* 1. an excavation made in the earth in which to bury a dead body. 2. any place of interment; a tomb or sepulcher: *a watery grave.* 3. any place that becomes the receptacle of what is dead, lost, or past: *the grave of unfulfilled ambitions.* 4. death: *O grave, where is thy victory?* 5. **have one foot in the grave,** to be so frail, sick, or old that death appears imminent: *It was a shock to see my uncle looking as if he had one foot in the grave.* 6. **make (one) turn** or **turn over in one's grave,** to do something to which a specified dead person would have objected bitterly: *This production of Hamlet is enough to make Shakespeare turn in his grave.* [bef. 1000; ME; OE *græf;* c. G *Grab;* see GRAVE³] —**grave′less,** *adj.* —**grave′like′,** *adj.* —**grave′ward, grave′wards,** *adv., adj.*

**grave²** (grāv; *for 4, 6 also* gräv), *adj.,* **grav·er, grav·est** *for 1-3, 5, n.* —*adj.* 1. serious or solemn; sober: *a grave person; grave thoughts.* 2. weighty, momentous, or important: *grave responsibilities.* 3. threatening a seriously bad outcome or involving serious issues; critical: *a grave situation; a grave illness.* 4. *Gram.* a. unaccented. b. spoken on a low or falling pitch. c. noting or having a particular accent (`) indicating originally a comparatively low pitch (as in French *père*), distinct syllabic value (as in English *beloved*), etc. (opposed to *acute*). 5. (of colors) dull; somber. —*n.* 6. the grave accent. [1535-45; < MF < L *gravis*; akin to Gk *barýs* heavy] —**grave′ly,** *adv.* —**grave′ness,** *n.*

—**Syn.** 1. sedate, staid, thoughtful. GRAVE, SOBER, SOLEMN refer to the condition of being serious in demeanor or appearance. GRAVE indicates a weighty dignity, on the character, aspect, demeanor, speech, etc., of one conscious of heavy responsibilities or cares, or of threatening possibilities: *The jury looked grave while studying the evidence.* SOBER (from its original sense of freedom from intoxication, and hence temperate, staid, sedate) has come to indicate absence of levity, gaiety, or mirth, and thus to be akin to serious and grave: *as sober as a judge; a sober demeanor on one's face.* SOLEMN implies an impressive seriousness and deep earnestness: *The minister's voice was solemn as he announced the text.* —**Ant.** 1. frivolous, gay.

**grave³** (grāv), *v.t.,* **graved, grav·en** or **graved, grav·ing.** 1. to carve, sculpt, or engrave. 2. to impress deeply: *graven on the mind.* [bef. 1000; ME *graven,* OE *grafan;* c. G *graben*] —**grav′er,** *n.*

**grave⁴** (grāv), *v.t.,* **graved, grav·ing.** *Naut.* to clean and apply a protective composition of tar to (the bottom of a ship). [1425-75; late ME; perh. akin to GRAVEL]

**gra·ve⁵** (grä′vā; *It.* grä′ve), *Music.* —*adj.* 1. slow; solemn. —*adv.* 2. slowly; solemnly. [1575-85; < It *grave* < L *gravis* heavy; see GRAVE²]

**grave·clothes** (grāv′klōz′, -klōthz′), *n.pl.* the clothes or wrappings in which a body is buried; cerements. [1525-35; GRAVE¹ + CLOTHES]

**grave·dig·ger** (grāv′dig′ər), *n.* 1. a person whose occupation is digging graves. 2. See **burying beetle**. [1585-95; GRAVE¹ + DIGGER]

**grav·el** (grav′əl), *n., v.,* **-eled, -el·ing** or (*esp. Brit.*) **-elled, -el·ling,** *adj.* —*n.* 1. small stones and pebbles, or a mixture of these with sand. 2. *Pathol.* a. multiple small calculi formed in the kidneys. b. the disease characterized by such concretions. —*v.t.* 3. to cover with gravel. 4. to bring to a standstill from perplexity; puzzle. 5. *Informal.* to be a cause of irritation to. 6. *Obs.* to run (a ship) aground, as on a beach. —*adj.* 7. harsh and grating: *a gravel voice.* [1250-1300; ME < OF *gravele,* dim. of *grave* sandy shore, perh. < Celt; cf. GRAVE⁴, GROWAN] —**grav′el·ish,** *adj.*

**grav·el-blind** (grav′əl blīnd′), *adj. Literary.* more blind or dim-sighted than sand-blind and less than stone-blind. [1590-1600]

**grav·el·div·er** (grav′əl dī′vər), *n.* any of several eel-like fishes of the family Scytalinidae, found off the Pacific coast of North America, esp. *Scytalina cerdale,* which burrows among rocks. [GRAVEL + DIVER]

**grav·el·ly** (grav′ə lē), *adj.* 1. of, like, or abounding in gravel. 2. harsh and grating: *a gravelly voice.* [1350-1400; ME *gravelli.* See GRAVEL, -Y¹]

**Grave·ly** (grāv′lē), *n.* **Samuel L(ee),** Jr., born 1922, U.S. naval officer: first black admiral.

**grav·en** (grā′vən), *v.* 1. a pp. of **grave³**. —*adj.* 2. deeply impressed; firmly fixed. 3. carved; sculptured: *a graven idol.* [1200-50; ME. See GRAVE³, -EN³]

**Gra·ven·ha·ge, 's** (sKHRä′vən hä′KHə), a Dutch name of The Hague.

**grav′en im′age,** an idol. [1350-1400; ME]

**grav·er** (grā′vər), *n.* any of various tools for chasing, engraving, etc., as a burin. 2. an engraver. [1350-1400; ME; see GRAVE³, -ER¹]

**grave·rob·ber** (grāv′rob′ər), *n.* 1. a person who steals valuables from graves and tombs: *Graverobbers had entered the Mayan tomb before archaeologists could examine its contents.* 2. a person who steals corpses after burial, esp. for medical dissection. Also, **grave′ rob′ber.** [GRAVE¹ + ROBBER] —**grave′rob′bing,** *n.*

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, boŏk, boōt, out; up, ûrge; child; sing; shoe; thin, that; zh as in treasure. ə = a as in alone, e as in system, i as in easily, o as in gallop, u as in circus; * as in fire (fī°r), hour (ou°r). l and n can serve as syllabic consonants, as in cradle (krād′l), button (but′n). See the full key inside the front cover.

R. APP. 0027

**sentiment** or refined feeling. [1740-50; SENTIMENT + -AL¹] —**sen′ti·men′tal·ly,** adv.
—Syn. 1. romantic, tender, nostalgic; maudlin, bathetic. —Ant. 1, 4. dispassionate.

**sen·ti·men·tal·ism** (sen′tə men′tl iz′əm), n. 1. sentimental tendency or character; predominance of sentiment over reason. 2. weak emotionalism; excessive indulgence in sentiment. 3. a display of sentimentality. [1810-20; SENTIMENTAL + -ISM]

**sen·ti·men·tal·ist** (sen′tə men′tl ist), n. one given to sentiment or sentimentality. [1770-80; SENTIMENTAL + -IST]

**sen·ti·men·tal·i·ty** (sen′tə men tal′i tē), n., pl. -ties. 1. the quality or state of being sentimental or excessively sentimental. 2. an instance of being sentimental. 3. a sentimental act, gesture, expression, etc. [1760-70; SENTIMENTAL + -ITY]
—Syn. See **sentiment.**

**sen·ti·men·tal·ize** (sen′tə men′tl īz′), v., -ized, -iz·ing. —v.i. 1. to indulge in sentiment. —v.t. 2. to view (someone or something) sentimentally: *He sentimentalized the relationship until all real meaning was lost.* Also, esp. *Brit.,* **sen′ti·men′tal·ise′.** [1790-1800; SENTIMENTAL + -IZE] —**sen′ti·men′tal·i·za′tion,** n. —**sen′ti·men′tal·iz′er,** n.

**sen·ti·nel** (sen′tn l), n., v., -neled, -nel·ing or (esp. *Brit.*) -nelled, -nel·ling. —n. 1. a person or thing that watches or stands as if watching. 2. a soldier stationed as a guard to challenge all comers and prevent a surprise attack: *to stand sentinel.* 3. Also called **tag.** Computers. a symbol, mark, or other labeling device indicating the beginning or end of a unit of information. —v.t. 4. to watch over or guard as a sentinel. [1570-80; < MF *sentinelle* < It *sentinella,* deriv. of OIt *sentina* vigilance (L *sent(ire)* to observe) + *-ina* -INE²)] —**sen′ti·nel·like′,** adj. —**sen′ti·nel·ship′,** n.
—Syn. 1, 2. sentry, guard, watch, lookout.

**sen·try** (sen′trē), n., pl. -tries. 1. a soldier stationed at a place to stand guard and prevent the passage of unauthorized persons, watch for fires, etc., esp. a sentinel stationed at a pass, gate, opening in a defense work, or the like. 2. a member of a guard or watch. [1605-15; short for *sentrinel,* var. of SENTINEL]

**sen′try box′,** a small structure for sheltering a sentry from bad weather. [1695-1705]

**sen′try palm′.** See **kentia palm.**

**Se·nu·fo** (sə no͞o′fō), n., pl. -fos, (esp. collectively) -fo for 1. 1. a member of a group of indigenous people of Ivory Coast, Mali, and Burkina Faso, known for their music and art. 2. any of several dialects spoken by the Senufo, belonging to the Gur branch of the Niger-Congo family.

**sen·wood** (sen′wo͝od′), n. the light-colored wood of a Japanese tree, *Kalopanax pictus* (or *K. ricinifolium*), used for veneer in the manufacture of plywood. [*sen-* (of undetermined orig.) + WOOD¹]

**Se·o de Ur·gel** (Sp. se′ō the o͞or hel′), Urgel.

**Se·oul** (sōl, sōōl, sā′ōōl; *Kor.* syœ′ōōl), n. a city in and the capital of South Korea, in the W part. 6,889,470.

**SEP,** simplified employee pension.

**Sep.,** 1. September. 2. Septuagint.

**sep.,** 1. sepal. 2. separable. 3. separate. 4. separated. 5. separation.

**se·pal** (sē′pəl), n. *Bot.* one of the individual leaves or parts of the calyx of a flower. [< NL *sepalum* (1790), irreg. coinage based on Gk *skēpē* covering and L *petalum* PETAL] —**se′paled, se′palled,** adj.



S, sepal

**se·pal·oid** (sē′pə loid′, sep′ə-), adj. resembling a sepal. Also, **sep·al·ine** (sep′ə lin′, -lin, sē′pə-). [1820-30; < NL *sepaloideus.* See SEPAL, -OID]

**-sepalous,** a combining form meaning "having sepals" of the kind or number specified by the initial element: *polysepalous.* [see SEPAL, -OUS]

**sep·a·ra·ble** (sep′ər ə bəl, sep′rə-), adj. 1. capable of being separated, parted, or dissociated. 2. *Math.* **a.** containing a countable dense subset. **b.** (of a differential equation) capable of being written so that coefficients of the differentials of the independent and dependent variables are, respectively, functions of these variables alone. Cf. **separation of variables.** [1350-1400; ME (< MF) < L *sēparābilis,* equiv. to *sēparā(re)* to SEPARATE + *-bilis* -BLE] —**sep′a·ra·bil′i·ty, sep′a·ra·ble·ness,** n. —**sep′a·ra·bly,** adv.

**sep·a·rate** (v. sep′ə rāt′; adj., n. sep′ər it), v., -rat·ed, -rat·ing, adj., n. —v.t. 1. to keep apart or divide, as by an intervening barrier or space: *to separate two fields by a fence.* 2. to put, bring, or force apart; part: *to separate two fighting boys.* 3. to set apart; disconnect; dissociate: *to separate church and state.* 4. to remove or sever from association, service, etc., esp. legally or formally: *He was separated from the army right after V-E Day.* 5. to sort, part, divide, or disperse (an assemblage, mass, compound, etc.), as into individual units, components, or elements. 6. to take by parting or dividing; extract (usually fol. by *from* or *out*): *to separate metal from ore.* 7. *Math.* to write (the variables of a differential equation) in a form in which the differentials of the independent and dependent variables are, respectively, functions of these variables alone: *We can separate the variables to solve the equation.* Cf. **separation of variables.** —v.i. 8. to part company; withdraw from personal association (often fol. by *from*): *to separate from a church.* 9. (of a married pair) to stop living together but without getting a divorce. 10. to draw or come apart; become divided, disconnected, or detached. 11. to become parted from a mass or compound: *Cream separates from milk.* 12. to take or go in different directions: *We have to separate at the crossroad.* —adj. 13. detached, disconnected, or disjoined. 14. unconnected; distinct; unique: *two separate questions.* 15. being or standing apart; distant or dispersed: *two separate houses; The desert has widely separate oases.* 16. existing or maintained independently: *separate organizations.* 17. individual or particular: *each separate item.* 18. not shared; individual or private: *separate checks; separate rooms.* 19. (sometimes *cap.*) noting or pertaining to a church or other organization no longer associated with the original or parent organization. —n. 20. Usually, **separates.** women's outer garments that may be worn in combination with a variety of others to make different ensembles, as matching and contrasting blouses, skirts, and sweaters. 21. offprint (def. 1). 22. a bibliographical unit, as an article, chapter, or other portion of a larger work, printed from the same type but issued separately, sometimes with additional pages. [1400-50; late ME (n. and adj.) < L *sēparātus* (ptp. of *sēparāre*), equiv. to *sē-* SE- + *par(āre)* to furnish, produce, obtain, PREPARE + *-ātus* -ATE¹] —**sep′a·rate·ly,** adv. —**sep′a·rate·ness,** n.
—Syn. 1, 2. sever, sunder, split. SEPARATE, DIVIDE imply a putting apart or keeping apart of things from each other. To SEPARATE is to remove from each other things previously associated: *to separate a mother from her children.* To DIVIDE is to split or break up carefully according to measurement, rule, or plan: *to divide a cake into equal parts.* 3. disjoin, disengage. 13. unattached, severed, discrete. 15. secluded, isolated. 16. independent. —Ant. 1-3. unite, connect.

**sep′arate but e′qual,** pertaining to a racial policy by which blacks may be segregated if granted equal opportunities and facilities, as for education, transportation, or jobs.

**sep·a·ra·tion** (sep′ə rā′shən), n. 1. an act or instance of separating or the state of being separated. 2. a place, line, or point of parting. 3. a gap, hole, rent, or the like. 4. something that separates or divides. 5. *Law.* **a.** cessation of conjugal cohabitation, as by mutual consent. **b.** See **judicial separation.** 6. *Aerospace.* the time or act of releasing a burned-out stage of a rocket or missile from the remainder. 7. *Photog.* See **separation negative.** [1375-1425; late ME < L *sēparātiōn-* (s. of *sēparātiō*), equiv. to *sēparāt(us)* SEPARATE + *-iōn-* -ION]

**separa′tion anxi′ety,** 1. the normal fear and apprehension expressed by infants when removed from their mothers or approached by strangers. 2. any similar reaction in later life caused by separation from familiar surroundings or close friends or family.

**separa′tion cen′ter,** a place at which military personnel are processed for release from active service.

**separa′tion en′ergy,** *Physics.* See **binding energy** (def. 1).

**sep·a·ra·tion·ist** (sep′ə rā′shə nist), n., adj. separatist. [1880-85; SEPARATION + -IST]

**separa′tion lay′er,** *Bot.* See **abscission layer.**

**separa′tion neg′ative,** *Photog.* a black-and-white negative of one of the additive primary colors used to form a color image. Also called **separation.**

**separa′tion of pow′ers,** the principle or system of vesting in separate branches the executive, legislative, and judicial powers of a government.

**separa′tion of var′iables,** *Math.* 1. a grouping of the terms of an ordinary differential equation so that associated with each differential is a factor consisting entirely of functions of the independent variable appearing in the differential. 2. a process of finding a particular solution of a partial differential equation in the form of a product of factors that each involve only one of the variables.

**sep·a·ra·tist** (sep′ər ə tist, -ə rā′-), n. 1. a person who separates, withdraws, or secedes, as from an established church. 2. an advocate of separation, esp. ecclesiastical or political separation. —adj. 3. of, pertaining to, or designating separatism or separatists: *separatist forces; separatist tendencies.* [1600-10; SEPARATE (adj.) + -IST] —**sep′a·ra·tism,** n.

**sep·a·ra·tive** (sep′ər ə tiv, -ə rā′-), adj. 1. tending to separate. 2. causing separation. [1585-95; < LL *sēparātīvus,* equiv. to L *sēparāt(us)* SEPARATE + *-īvus* -IVE] —**sep′a·ra′tive·ly,** adv. —**sep′a·ra′tive·ness,** n.

**sep·a·ra·tor** (sep′ə rā′tor), n. 1. a person or thing that separates. 2. any of various apparatus for separating one thing from another, as cream from milk, steam from water, or wheat from chaff. 3. *Elect.* a device that prevents metal contact between plates of opposite charge in a storage battery. 4. *Mach.* retainer¹ (def. 3). [1600-10; < LL *sēparātor,* equiv. to L *sēparā(re)* to SEPARATE + *-tor* -TOR]

**sep·a·ra·to·ry** (sep′ər ə tôr′ē, -tōr′ē), adj. serving to separate. [1650-60; < NL *sēparātōrius,* equiv. to L *sēparā(re)* to SEPARATE + *-tōrius* -TORY¹]

**sep·a·ra·trix** (sep′ə rā′triks, sep′ə rā′-), n., pl. **sep·a·ra·tri·ces** (sep′ə rā′tri sēz′, -ər ə trī′sēz), **sep·a·ra·trix·es.** 1. something that divides or separates, as the line between light and dark areas on a partially illuminated surface. 2. virgule. 3. *Math.* one of several symbols for separating components of a number, as a decimal point or comma. [1650-60; < NL *sēparātrix,* LL; see SEPARATOR, -TRIX]

**Seph.,** Sephardic.

**Se·phar·dim** (sə fär′dim, -fär dēm′), n.pl., sing. (-dē, -dā). Jews of Spain and Portugal or their descendants, distinguished from the Ashkenazim and other Jewish communities chiefly by their liturgy, religious customs, and pronunciation of Hebrew: after expulsion from Spain and Portugal in 1492, established communities in North Africa, the Balkans, Western Europe, and elsewhere. [1850-55; < ModHeb *Sephāraddim,* pl. of *Sephāraddi,* equiv. to < Heb *Sephāradh* (region mentioned in Bible (Obadiah 20) and assumed to be Spain) + -*i* suffix of appurtenance] —**Se·phar′dic,** adj.

**Se·phar·vites** (sef′är vīts′, si fär′-), n.pl. people believed to be of the ancient Babylonian city of Sippara, some of whom later settled in Samaria.

**Se′pher To′rah** (Seph. se′fer tô rä′; Ashk. sä′fər tô′rə, toi′rə; *Eng.* sā′fər tôr′ə, tōr′ə), pl. **Si·phrei To·rah** (Seph. sē fnā′ tô rä′; Ashk. si′frā tô′rə, toi′rə; *Eng.* **Se′pher Torahs.** *Hebrew.* a scroll of the Torah, typically of parchment, from which the designated Parashah is chanted or read on the prescribed days. Also, **Sefer Torah.** [sepher tōräh lit., book of law]

**Se·phor·a** (si fôr′ə, -fōr′ə), n. Douay Bible. Zipporah.

**se·pi·a** (sē′pē ə), n. 1. a brown pigment obtained from the inklike secretion of various cuttlefish and used with brush or pen in drawing. 2. a drawing made with this pigment. 3. a dark brown. 4. *Photog.* a print or photograph made in this color. 5. any of several cuttlefish of the genus *Sepia,* producing a dark fluid used naturally for defense and, by humans, in ink. —adj. 6. of a brown, grayish brown, or olive brown similar to that of sepia ink. [1560-70; < L *sēpia* cuttlefish, its secretion < Gk *sēpía;* akin to *sēpsis* SEPSIS] —**se′pi·a·like′,** adj. —**se·pic** (sē′pik, sep′ik), adj.

**se·pi·o·lite** (sē′pē ə līt′), n. *Mineral.* meerschaum (def. 1). [1850-55; < G *Sepiolit* < Gk *sēpío(n)* cuttlebone, pounce (deriv. of *sēpía* SEPIA) + G -*lit* -LITE]

**sopn.,** separation.

**se·poy** (sē′poi), n. (formerly, in India) a native soldier, usually an infantryman, in the service of Europeans, esp. of the British. [1675-85, in sense "horseman"; 1710-20 for current sense; var. of *sipahi* < Urdu < Pers *sipāhī* horseman, soldier, deriv. of *sipāh* army; cf. SPAHI]

**Se′poy Rebel′lion,** a revolt of the sepoy troops in British India (1857-59), resulting in the transfer of the administration of India from the East India Company to the crown. Also called **Se′poy Mu′tiny, Indian Mutiny.**

**sep·pu·ku** (se po͞o′ko͞o), n. hara-kiri (def. 1). [1900-05; < Japn, earlier s(y)*et-puku* < MChin, equiv. to *Chin qiè* cut + *fù* belly]

**sep·sis** (sep′sis), n. *Pathol.* local or generalized invasion of the body by pathogenic microorganisms or their toxins: *dental sepsis; wound sepsis.* [1855-60; < Gk *sēpsis* decay; cf. *sēpein* to make rotten]

**sept** (sept), n. 1. (in Scotland) a branch of a clan. 2. *Anthropol.* a group believing itself derived from a common ancestor. 3. *Archaic.* a clan. [1510-20; perh. < L *septum* paddock, enclosure, fold (in figurative use, e.g. *Sept of Christ*)]

**sept** (set), n. French. the number seven.

**Sept.,** 1. September. 2. Septuagint.

**sep·ta** (sep′tə), n. pl. of **septum.**

**sep·tal** (sep′tl), adj. *Biol.* of or pertaining to a septum. [1830-40; SEPT(UM) + -AL¹]

**sep·tar·i·um** (sep târ′ē əm), n., pl. **-tar·i·a** (-târ′ē ə). *Geol.* a concretionary nodule or mass, usually of calcium carbonate or of argillaceous carbonate of iron, traversed within by a network of cracks filled with calcite and other minerals. [1775-85; < NL *sēptārium,* equiv. to L *sēpt(um)* enclosure (see SEPTUM) + -*ārium* -ARIUM] —**sep·tar′i·an,** adj. —**sep·tar·i·ate** (sep târ′ē it), adj.

**sep·tate** (sep′tāt), adj. *Biol.* divided by a septum or septa. [1840-50; SEPT(UM) + -ATE¹]

**sep·ta·va·lent** (sep′tə vā′lənt), adj. *Chem.* septivalent.

**sep·tec·to·my** (sep tek′tə mē), n., pl. **-mies.** *Surg.* excision of part or all of a septum, esp. the nasal septum. [SEPT(UM) + -ECTOMY]

**Sep·tem·ber** (sep tem′bər), n. the ninth month of the year, containing 30 days. *Abbr.:* Sopt., Sep. [bef. 1050; ME *Septembre,* OE < L *September* seventh month in the early Roman calendar; for formation see DECEMBER] —**Sep·tem·bral** (sep tem′brəl), adj.

**Septem′ber Mas′sacre,** (in the French Revolution) the massacre of royalists and other inmates of the prisons of Paris, September 2-6, 1792.

**Sep·tem·brist** (sep tem′brist), n. a person who instigated or took part in the September Massacre. [1830-40; SEPTEMBER + -IST, modeled on Pg *setembrista* (with reference to the revolution of September 1836 in Portugal); r. earlier *septembrizer* < F *septembriseur*]

**sep·tem·par·tite** (sep′tem pär′tīt), adj. separated into seven sections. [< L *septem* SEVEN + PARTITE]

**sep·tem·vir** (sep tem′vər), n., pl. **-virs, -vi·ri** (-və rī′). a member of a seven-man ruling body in ancient Rome. [1750-60; sing. of L *septemviri,* equiv. to *septem* SEVEN + *viri,* pl. of *vir* man]

**sep·tem·vi·ral** (sep tem′vər əl), adj. of or pertaining to septemvirs or a septemvirate. [1635-45; < L *septemvirālis.* See SEPTEMVIR, -AL¹]

**sep·tem·vi·rate** (sep tem′vər it, -və rāt′), n. (in ancient Rome) 1. the ruling body of septemvirs. 2. the office or rule of this body. [1630-40; < L *septemvirātus.* See SEPTEMVIR, -ATE³]

**sep·te·nar·i·us** (sep′tə nâr′ē əs), n., pl. **-nar·i·i** (-ē ī′). *Pros.* a verse consisting of seven feet, usually printed in two lines in the manner of other poems. [1810-20 < L *septēnārius.*]

**sep·te·nar·y** (sep′tə ner′ē), adj. 1. of or pertaining to the number seven or forming a group of seven; n. (in series or form)

R. APP. 0028

**sloe′ gin′,** a cordial or liqueur made from gin flavored with sloes. [1890–95]

**slog** (slog), *v.,* **slogged, slog·ging,** *n.* —*v.t.* **1.** to hit hard, as in boxing or cricket; slug. **2.** to drive with blows. —*v.i.* **3.** to deal heavy blows. **4.** to walk or plod heavily. **5.** to toil. —*n.* **6.** a long, tiring walk or march. **7.** long, laborious work. **8.** a heavy blow. [1850–55; var. of SLUG[1]] —**slog′ger,** *n.*

**slo·gan** (slō′gən), *n.* **1.** a distinctive cry, phrase, or motto of any party, group, manufacturer, or person; catchword or catch phrase. **2.** a war cry or gathering cry, as formerly used among the Scottish clans. [1505–15; < ScotGael *sluagh-ghairm,* equiv. to *sluagh* army, host (cf. SLEW[3]) + *gairm* cry]

**slo·gan·eer** (slō′gə nēr′), *n.* **1.** a person who creates and uses slogans frequently. —*v.i.* **2.** to create or use slogans, esp. in an effort to change public opinion. [1920–25; SLOGAN + -EER]

**slo·gan·ize** (slō′gə nīz′), *v.,* **-ized, -iz·ing.** —*v.t.* **1.** to make a slogan of; express as a slogan: *to sloganize one's opinions.* —*v.i.* **2.** to utter slogans; sloganeer. Also, *esp. Brit.,* **slo′gan·ise′.** [1925–30; SLOGAN + -IZE]

**sloid** (sloid), *n.* sloyd. Also, **slojd.**

**sloke** (slōk), *n.* **1.** algae or seaweed. **2.** scum or slime, esp. on a body of water. [1425–75; earlier *slawk,* late ME *slauk,* of uncert. orig.]

**slo-mo** (slō′mō′), *n. Informal.* See **slow motion.**

**sloop** (slo̅o̅p), *n.* a single-masted, fore-and-aft-rigged sailing vessel, with or without a bowsprit, having a jib-headed or gaff mainsail, the latter sometimes with a gaff topsail, and one or more headsails. Cf. **cutter** (def. 3), **knockabout** (def. 1). [1620–30; < D *sloep;* akin to OE *slūpan* to glide]

**sloop′ of war′,** (formerly) a sailing or steam naval vessel having cannons on only one deck. [1695–1705]

**sloop′ rig′.** See **gaff-topsail catfish.** [1890–95]

**sloop-rigged** (slo̅o̅p′rigd′), *adj.* (of a sailboat) fore-and-aft rigged with a mainsail and a jib. [1760–70]

**slop[1]** (slop), *v.,* **slopped, slop·ping,** *n.* —*v.t.* **1.** to spill or splash (liquid). **2.** to spill liquid upon. **3.** to feed slop to (pigs or other livestock). —*v.i.* **4.** to spill or splash liquid (sometimes fol. by *about*): *The children happily slopped about in the puddles.* **5.** (of liquid) to spill or splash out of a container (usually fol. by *over*): *The milk slopped over the rim of the glass.* **6.** to walk or go through mud, slush, or water. **7.** *Informal.* to be unduly effusive or sentimental; gush (usually fol. by *over*). **8.** to move in an idle, lazy, casual, or slovenly manner (usually fol. by *around* or *about*): *to spend the weekend slopping around the house.* **9.** a quantity of liquid carelessly spilled or splashed about. **10.** badly cooked or unappetizing food or drink. **11.** bran from bolted cornmeal mixed with an equal part of water and used as a feed for swine and other livestock. **12.** any similar, watery feed; swill. **13.** Often, **slops. a.** the dirty water, liquid refuse, etc., of a household or the like. **b.** tasteless or unappetizing soup, stew, or drink. **14.** kitchen refuse; swill. **15.** liquid mud. **16. slops,** *Distilling.* the mash remaining after distilling. [1350–1400; ME *sloppe* (n.), OE *-sloppe* (in *cūsloppe* COWSLIP, lit., cow slime); akin to SLIP[3]] —**Syn. 2.** splash, slosh, spatter.

**slop[2]** (slop), *n.* **1. slops. a.** clothing, bedding, etc., supplied to sailors from the ship's stores. **b.** cheap, ready-made clothing in general. **c.** short, baggy trousers, worn by men, esp. sailors, in the 16th and 17th centuries. **2.** a loose-fitting overgarment, as a tunic or smock. [bef. 1000; ME *slop,* OE *-slop* (in *oferslop* overgarment); cf. MD *overslop,* ON *yfirsloppr*]

**slop′ ba′sin,** *Brit.* a basin or bowl into which the dregs, leaves, and grounds of teacups and coffee cups are emptied at the table. Also called **slop′ bowl′.** [1725–35]

**slop′ buck′et.** See **slop pail.** [1855–60]

**slop′ chest′, 1.** a supply of clothing, boots, tobacco, and other personal goods for sale to the crew of a ship during a voyage. **2.** (formerly) a chest containing this supply. [1830–40]

**slope** (slōp), *v.,* **sloped, slop·ing,** *n.* —*v.i.* **1.** to have or take an inclined or oblique direction or angle considered with reference to a vertical or horizontal plane; slant. **2.** to move at an inclination or obliquely: *They sloped gradually westward.* —*v.t.* **3.** to direct at a slant or inclination; incline from the horizontal or vertical: *The sun sloped its beams.* **4.** to form with a slope or slant: *to slope an embankment.* **5. slope off,** *Chiefly Brit. Slang.* to make one's way out slowly or furtively. —*n.* **6.** ground that has a natural incline, as the side of a hill. **7.** inclination or slant, esp. downward or upward. **8.** deviation from the horizontal or vertical. **9.** an inclined surface. **10.** Usually, **slopes.** hills, esp. foothills or bluffs: *the slopes of Mt. Kilimanjaro.* **11.** *Math.* **a.** the tangent of the angle between a given straight line and the x-axis of a system of Cartesian coordinates. **b.** the derivative of the function whose graph is a given curve evaluated at a designated point. **12.** *Slang* (*disparaging and offensive*). an Asian, esp. a Vietnamese. [1495–1505; aphetic var. of ASLOPE; akin to SLIP[1]] —**slop′ing·ly,** *adv.* —**slop′ing·ness,** *n.*

—**Syn. 1.** SLOPE, SLANT mean to incline away from a relatively straight surface or line used as a reference. To SLOPE is to incline vertically in an oblique direction: *The ground slopes (upward or downward) sharply here.* To SLANT is to fall to one side, to lie obliquely to some line whether horizontal or perpendicular: *The road slants off to the right.*

**slop·er** (slō′pər), *n.* **1.** a person or thing that slopes. **2.** *Tailoring.* a basic pattern developed on paper by drafting or in cloth by draping, but with seam allowances omitted, used as a tool to create other patterns. [SLOPE + -ER[1]]

**slop′ jar′,** a large jar or pail for collecting household slop for disposal. [1850–55]

**slop-o·ver** (slop′ō′vər), *n.* **1.** an act or instance of spilling or slopping over. **2.** an amount spilled; spillover; overflow. [1905–10, *Amer.;* n. use of v. phrase *slop over*]

**slop′ pail′, 1.** a pail for conveying slop in feeding livestock, esp. pigs. **2.** a pail into which household slop is collected for disposal. Also called **slop bucket.** [1860–65]

**slop·py** (slop′ē), *adj.,* **-pi·er, -pi·est. 1.** muddy, slushy, or very wet: *The field was a sloppy mess after the rain.* **2.** splashed or soiled with liquid. **3.** careless; loose: *sloppy writing.* **4.** untidy; slovenly: *sloppy clothes; a sloppy eater.* **5.** overly emotional; gushy: *sloppy sentimentality.* **6.** (of food or drink) prepared or served in an unappetizing way. **7.** (of clothes) loose-fitting; baggy: *a big, sloppy sweater.* **8.** (of the surface of a racetrack) wet from a recent or continuing heavy rain and containing puddles and mud still too thin and watery to be sticky. [1700–10; SLOP[1] + -Y[1]] —**slop′pi·ly,** *adv.* —**slop′pi·ness,** *n.*

—**Syn. 2, 4.** messy. **3.** slipshod. **4.** slatternly.

**Slop′py Joe′, 1.** a sandwich of ground beef cooked in a spicy tomato or barbecue sauce and usually served on a bun. **2.** a baggy, oversized sweater originally worn by girls and young women in the 1940's. **3.** a man or youth whose appearance is habitually slovenly. Also, **slop′py Joe′,** (for defs. 1, 2). [1935–40]

**Slop′py Joe′s′,** *Slang.* See **greasy spoon.**

**slop·shop** (slop′shop′), *n.* a store at which cheap, ready-made clothing may be purchased. [1715–25; SLOP[2] + SHOP]

**slop′ sink′,** a deep sink for emptying slop pails and the like. [1880–85]

**slop·work** (slop′wûrk′), *n.* **1.** the manufacture of cheap clothing. **2.** clothing of this kind. **3.** work that is carelessly or poorly done. [1840–50; SLOP[2] + WORK] —**slop′work′er,** *n.*

**slosh** (slosh), *v.i.* **1.** to splash or move through water, mud, or slush. **2.** (of a liquid) to move about actively within a container. **3.** to stir or splash (something) around in a fluid: *to slosh the mop in the pail.* **4.** to splash (liquid) clumsily or haphazardly: *She sloshed tea all over her new suit. They sloshed the paint over the wall.* —*n.* **5.** watery mire or partly melted snow; slush. **6.** the lap or splash of liquid: *the slosh of waves against the shore.* **7.** a small quantity of liquid: *a slosh of milk in the pail.* **8.** a watery or weak drink. [1805–15; perh. b. SLOP[1] and SLUSH]

**sloshed** (shosht), *adj. Slang.* drunk. [1945–50; SLOSH + -ED[2]]

**slosh·y** (slosh′ē), *adj.,* **slosh·i·er, slosh·i·est.** of or pertaining to slosh; slushy. [1790–1800; SLOSH + -Y[1]] —**slosh′i·ly,** *adv.* —**slosh′i·ness,** *n.*

**slot[1]** (slot), *n., v.,* **slot·ted, slot·ting.** —*n.* **1.** a narrow, elongated depression, groove, notch, slit, or aperture, esp. a narrow opening for receiving or admitting something, as a coin or a letter. **2.** a place or position, as in a sequence or series: *The program received a new time slot on the broadcasting schedule.* **3.** *Ling.* (esp. in tagmemics) a position having a specific grammatical function within a construction into which any one of a set of morphemes or morpheme sequences can be fit. Cf. **filler** (def. 9). **4.** an assignment or job opening; position: *I applied for the slot in management training.* **5.** *Journalism.* **a.** the interior opening in a copy desk, occupied by the chief copy editor. **b.** the job or position of chief copy editor: *He had the slot at the Gazette for 20 years.* Cf. **rim** (def. 7). **6.** an allocated, scheduled time and place for an aircraft to take off or land, as authorized by an airport or air-traffic authority: *40 more slots for the new airline at U.S. airports.* **7.** *Informal.* See **slot machine** (def. 1). **8.** *Aeron.* See under **slat[1]** (def. 2). **9.** *Ornith.* a narrow notch or other similar opening between the tips of the primaries of certain birds, which during flight helps to maintain a smooth flow of air over the wings. **10.** *Ice Hockey.* an unmarked area near the front of an opponent's goal that affords a vantage for an attacking player. —*v.t.* **11.** to provide with a slot or slots; make a slot in. **12.** to place or fit into a slot: *We've slotted his appointment for four o'clock.* —*v.i.* **13.** to fit or be placed in a slot. [1300–50; ME: the hollow of the breastbone < MF *esclot* < ?]

**slot[2]** (slot), *n.* **1.** the track or trail of a deer or other animal, as shown by the marks of the feet. **2.** a track, trace, or trail of something. [1565–75; < AF, MF *esclot* the hoofprint of a horse, perh. < ON *slōth* track, trail; see SLEUTHHOUND]

**slot·back** (slot′bak′), *n. Football.* **1.** an offensive back who lines up about one yard behind the gap in the line between a tackle and an end stationed a distance outside of the tackle. **2.** the position played by this back. [1960–65; SLOT[1] + BACK]

**slot′ car′,** a miniature, electrically-operated toy racing car that runs on a slotted track and is controlled by an operator with a hand-held rheostat. Also called **slot racer.** [1965–70, *Amer.*]



two-toed sloth,
*Choloepus hoffmanni,*
length 2 ft. (0.6 m)

**sloth** (slôth *or, esp. for 2,* slōth), *n.* **1.** habitual disinclination to exertion; indolence; laziness. **2.** any of several slow-moving, arboreal, tropical American edentates of the family Bradypodidae, having a long, coarse, grayish-brown coat often of a greenish cast caused by algae, long, hooklike claws used in gripping tree branches while hanging or moving along in a habitual upside-down position. **3.** a pack or group of bears. [1125; ME *slowth* (see SLOW, -TH[1]); r. OE *slǣwth,* deriv. of *slǣw* slow]

—**Syn. 1.** shiftlessness, idleness, slackness.

**sloth′ bear′,** a coarse-haired, long-snouted bear, *Ursus ursinus,* of India and Indochina; now rare. [1825–35]



sloth bear,
*Ursus ursinus,*
2½ ft. (0.8 m)
high at shoulder;
length 5½ ft. (1.7 m)

**sloth·ful** (slôth′fəl, slōth′-), *adj.* sluggardly; indolent; lazy. [1350–1400; ME; see SLOTH, -FUL] —**sloth′ful·ly,** *adv.* —**sloth′ful·ness,** *n.*

—**Syn.** sluggish; inactive, torpid, slack. See **idle.**

**slot′ machine′, 1.** a gambling machine operated by inserting coins into a slot and pulling a handle that activates a set of spinning symbols on wheels, the alignment of which determines the payoff that is released into a receptacle at the bottom. **2.** any machine operated by inserting coins into a slot, as a vending machine. [1890–95]

**slot′ man′,** copyeditor (def. 3). Cf. **copyreader.**

**slot′ rac′er.** See **slot car.** [1965–70]

**slot′ rac′ing,** the activity of racing slot cars. [1965–70]

**slot′ted spoon′,** a large spoon whose bowl has several slots or holes for draining liquid from food being ladled. [SLOT[1] + -ED[3]]

**slot·ter** (slot′ər), *n.* **1.** a person or thing that slots. **2.** a machine tool for shaping vertical surfaces with a cutting tool held in a vertically reciprocating ram. [1885; SLOT[1] + -ER[1]]

**slouch** (slouch), *v.i.* **1.** to sit or stand with an awkward, drooping posture. **2.** to move or walk with loose, drooping body and careless gait. **3.** to have a droopy downward bend, as a hat. —*v.t.* **4.** to cause to droop; bend down, as the shoulders or a hat. —*n.* **5.** a stoop or bending forward of the head and shoulders; an awkward, drooping posture or carriage. **6.** an awkward, clumsy, or slovenly person. **7.** See **slouch hat.** **8.** a lazy, inept, or inefficient person. [1505–15; orig. uncert.] —**slouch′er,** *n.* —**slouch′ing·ly,** *adv.*

—**Syn. 8.** laggard, loafer, sluggard.

**slouch′ hat′,** a soft hat often made of felt and having a supple, usually broad brim. [1830–40]

**slouch·y** (slou′chē), *adj.,* **slouch·i·er, slouch·i·est.** of or pertaining to a slouch or to a slouching manner, posture, etc. [1685–95; SLOUCH + -Y[1]] —**slouch′i·ly,** *adv.* —**slouch′i·ness,** *n.*

**slough[1]** (slou *for 1, 2, 4;* slo̅o̅ *for 3*), *n.* **1.** an area of soft, muddy ground; swamp or swamplike region. **2.** a hole full of mire, as in a road. **3.** Also, **slew, slue.** *Northern U.S. and Canadian.* a marshy or reedy pool, pond, inlet, backwater, or the like. **4.** a condition of degradation, despair, or helplessness. [bef. 900; ME *slōh;* c. MLG *slōch,* MHG *sluoche* ditch]

**slough[2]** (sluf), *n.* **1.** the outer layer of the skin of a snake, which is cast off periodically. **2.** *Pathol.* a mass or layer of dead tissue separated from the surrounding or underlying tissue. **3.** anything that is shed or cast off. **4.** *Cards.* a discard. —*v.i.* **5.** to be or become shed or cast off, as the slough of a snake. **6.** to cast off a slough. **7.** *Pathol.* to separate from the sound flesh, as a slough. **8.** *Cards.* to discard a card or cards. —*v.t.* **9.** to dispose of or get rid of; cast (often fol. by *off*): *to slough off a habit.* **10.** to shed or like a slough. **11.** *Cards.* to discard (cards). **12. slough over,** to treat as slight or trivial: *to slough over a friend's mistake.* Also, **sluff.** [1250–1300; ME *slughe, slouh* skin of a snake; c. G *Schlauch* skin, bag] —**slough′i·ness,** *n.* —**slough′y,** *adj.*

**Slo·vak** (slō′väk, -vak), *n.* **1.** one of a Slavic people dwelling in Slovakia. **2.** the language of Slovakia, a Slavic language closely related to Czech. —*adj.* **3.** of or pertaining to the Slovaks or Slovak. [1820–30; < Slovak *slovák,* ult. deriv. of Slavic *\*slověninŭ* SLAV]

**Slo·va·ki·a** (slō vä′kē ə, -vak′ē ə), *n.* a republic in central Europe; formerly a part of Czechoslovakia; under German protection 1939–45; independent since 1993. 5,296,768; 18,931 sq. mi. (49,035 sq. km). *Cap.:* Bratislava. Also called **Slo′vak Repub′lic. Slo·va′ki·an,** *adj., n.* (slō′văk skō) —**Slo·va′ki·an,** *adj., n.*

**slov·en** (sluv′ən), *n.* **1.** a person who is habitually negligent of neatness or cleanliness in dress, appearance, etc. **2.** a person who works, acts, speaks, etc., in a negligent, slipshod manner. [1400–50; late ME *sloveyn,* < MD *slof* careless (D *slof* careless, *sloven* to toil) + *-ine* fem. n. suffix]

**Slo·ve·ne** (slō vēn′, slō′vēn), *n.* **1.** one of a South Slavic people dwelling in Slovenia. **2.** the South Slavic language spoken in Slovenia. —*adj.* **3.** of or pertaining to the Slovenes or Slovene. Also, **Slo·ve′ni·an.** [1880–85; < Slovene *Slovēnec* (n.), *slovēnski* (adj.) deriv. of Common Slavic *\*slověninŭ* SLAV]

**Slo·ve·ni·a** (slō vē′nē ə, -vēn′yə), *n.* a republic in S Europe; formerly part of Yugoslavia. 1,930,000; 7,819 mi. (20,250 sq. km). *Cap.:* Ljubljana.

**slov·en·ly** (sluv′ən lē), *adj.,* **-li·er, -li·est,** *adv.* —*adj.* **1.** untidy or unclean in appearance or habits. **2.** characteristic of a sloven.

Case 2:14-cv-00045-DB-DBP   Document 188-2   Filed 12/08/14   Page 12 of 13

**su·pre·mo** (sə prē′mō, -soo-), n., pl. **-mos.** Chiefly Brit. Informal. **1.** the person in charge; chief. **2.** a person of supreme or complete power, authority, ability, etc.: *His victory makes him the new chess supremo.* [1935–40; < Sp or It *supremo*, both < L *suprēmus* SUPREME¹; E sense perh. esp. < Sp *El Supremo* as the title of Latin-American dictators, e.g., J. G. Rodríguez Francia (1766–1840), Paraguayan dictator]

**su·pre·mum** (sə prē′məm, -soo-), n. Math. See *least upper bound.* Also called **sup.** [< NL *suprēmum*, n. use of neut. of L *suprēmus* SUPREME¹]

**Supt.,** superintendent. Also, **supt.**

**supvr.,** supervisor.

**suq** (soŏk, shoŏk), n. suk.

**Su·qua·mish** (sə kwom′ish, -kwô′mish), n., pl. **-mish·es,** (esp. collectively) **-mish.** a member of a Salishan-speaking North American Indian people of Washington, near Puget Sound.

**sur** (sûr), prep. Law. upon; on the basis of: *sur mortgage.* [< F < L *super* SUPER-]

**Sur** (soŏr), n. a town in S Lebanon, on the Mediterranean Sea: site of ancient port of Tyre.

**sur-¹,** a prefix meaning "over, above," "in addition," occurring mainly in loanwords from French and partial calques of French words: *surcharge; surname; surrender; survive.* Cf. **super-.** [ME < OF < L *super-* SUPER-]

**sur-²,** var. of **sub-** before *r: surrogate.*

**su·ra** (soŏr′ə), n. Islam. any of the 114 chapters of the Koran. Also, **surah.** [1655–65; < Ar *sūrah* lit., row, step, rung]

**Su·ra·ba·ya** (soŏr′ə bä′yə), n. a seaport on NE Java: second largest city in Indonesia; naval base. 1,556,255. Also, **Su′ra·ba′ja.** Dutch, **Soerabaja.**

**su·rah¹** (soŏr′ə), n. a soft, twilled silk or rayon fabric. [1880–85; appar. var. of SURAT]

**su·rah²** (soŏr′ə), n. Islam. sura.

**Su·ra·jah Dow·lah** (sə rä′jə dou′lə), Siraj-ud-daula.

**Su·ra·kar·ta** (soŏr′ə kär′tə), n. a city on central Java, in central Indonesia. 414,285. Formerly, **Solo.**

**su·ral** (soŏr′əl), adj. Anat. of or pertaining to the calf of the leg. [1605–15; < ML *sūrālis,* equiv. to L *sūr(a)* calf of the leg + *-ālis* -AL¹]

**Su·rat** (soŏ rat′, soŏr′ət), n. a seaport in S Gujarat, in W India: first British settlement in India 1612. 471,815.

**sur·base** (sûr′bās′), n. Archit. a molding above a base, as that immediately above a baseboard, the crowning molding of a pedestal, etc. [1670–80; SUR-¹ + BASE¹]

**sur·based** (sûr′bāst′), adj. Archit. **1.** having a surbase. **2.** depressed; flattened. **3.** (of an arch) having a rise of less than half the span. [1755–65; SUR-¹ + (A)BASED lowered; modeled on F *surbaissé,* equiv. to *sur-* (intensive) + *baissé* lowered]

**sur′based arch′.** See *drop arch* (def. 2). [1755–65]

**sur·cease** (sûr sēs′), v., **-ceased, -ceas·ing.** n. —v.i. **1.** to cease from some action; desist. **2.** to come to an end. —v.t. **3.** Archaic to cease from; leave off. —n. **4.** cessation; end. [1400–50; SUR-¹ + CEASE; r. late ME *sursease* (v.) < MF *sursis* (ptp. of *surseoir*) < L *supersessus* (ptp. of *supersedēre* to forbear; see SUPERSEDE), equiv. to *super-* SUPER- + *sed(ēre)* SIT¹ + *-tus* ptp. suffix, with *dt* > *ss*]

**sur·charge** (n. sûr′chärj′; v. sûr chärj′, sûr′chärj′), n., v., **-charged, -charg·ing.** —n. **1.** an additional charge, tax, or cost. **2.** an excessive sum or price charged. **3.** an additional or excessive load or burden. **4.** *Philately.* **a.** an overprint that alters or restates the face value or denomination of a stamp to which it has been applied. **b.** a stamp bearing such an overprint. **5.** act of surcharging. —v.t. **6.** to subject to an additional or extra charge, tax, cost, etc. (for payment). **7.** to overcharge for goods. **8.** to show an omission in (an account) of something that operates as a charge against the accounting party; to omit a credit toward (an account). **9.** *Philately.* to print a surcharge on (a stamp). **10.** to put an additional or excessive burden upon. [1400–50; late ME *surchargen* (v.) < OF *surcharger.* See SUR-¹, CHARGE] —**sur·charg′er,** n.

**sur·cin·gle** (sûr′sing′gəl), n. **1.** a belt or girth that passes around the belly of a horse and over the blanket, pack, saddle, etc., and is buckled on the horse's back. **2.** a beltlike fastening for a garment, esp. a cassock. [1350–1400; ME *surcengle* < MF, equiv. to *sur-* SUR-¹ + *cengle* belt < L *cingulum;* see CINGULUM]

**sur·coat** (sûr′kōt′), n. **1.** a garment worn over medieval armor, often embroidered with heraldic arms. **2.** an outer coat or other outer garment. [1300–50; ME *surcote* < MF. See SUR-¹, COAT]



surcoat (def. 1) (13th century)

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b., blend of; blended; c., cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r., replacing; s., stem; sp., spelling, spelled; resp., respelling, respelled; trans., translation; ?, origin unknown; *, unattested; ‡, probably earlier than. See the full key inside the front cover.

**sur·cu·lose** (sûr′kyə lōs′), adj. Bot. producing suckers. [1835–45; < L *surculōsus* twiggy, equiv. to *surculus)* shoot, twig + *-ōsus* -OSE¹]

**surd** (sûrd), adj. **1.** Phonet. voiceless (opposed to *sonant*). **2.** Math. (of a quantity) not capable of being expressed in rational numbers; irrational. —n. **3.** Phonet. a voiceless consonant (opposed to *sonant*). **4.** Math. a surd quantity. [1545–55; < L *surdus* dull-sounding, mute, deaf]

**sure** (shoŏr, shûr), adj., **sur·er, sur·est,** adv. —adj. **1.** free from doubt as to the reliability, character, action, etc., of something: *to be sure of one's data.* **2.** confident, as of something expected: *sure of success.* **3.** convinced, fully persuaded, or positive: *to be sure of a person's guilt.* **4.** assured or certain beyond question: *a sure victory.* **5.** worthy of confidence; reliable; stable: *a sure messenger.* **6.** unfailing; never disappointing expectations: *a sure cure.* **7.** unerring; never missing, slipping, etc.: *a sure aim.* **8.** admitting of no doubt or question: *sure proof.* **9.** destined; bound inevitably; certain: *sure death.* **10.** *Obs.* secure; safe. **11. be sure,** to take care (to be or do as specified); be certain: *Be sure to close the windows.* **12. for sure,** as a certainty; surely: *It's going to be a good day, for sure.* **13. make sure,** to be or become absolutely certain: *I'm calling to make sure that you remember to come.* **14. sure enough,** *Informal.* as might have been supposed; actually; certainly: *Sure enough, the picnic was rained out.* **15. to be sure, a.** without doubt; surely; certainly. **b.** admittedly: *She sings well, to be sure, but she can't act.* —adv. **16.** *Informal.* certainly; surely: *It sure is cold out.* Sure, I'll come. [1300–50; ME *sur(e)* < MF *sur,* OF *seur* < L *sēcūrus* SECURE] —**sure′ness,** n.

—Syn. **1.** SURE, CERTAIN, CONFIDENT, POSITIVE indicate full belief and trust that something is true. SURE, CERTAIN, and POSITIVE are often used interchangeably. SURE, the simplest and most general, expresses mere absence of doubt. CERTAIN suggests that there are definite reasons that have freed one from doubt. CONFIDENT emphasizes the strength of the belief or the certainty of expectation felt. POSITIVE implies emphatic certainty, which may even become overconfidence or dogmatism.

—Usage. Both SURE and SURELY are used as intensifying adverbs with the sense "undoubtedly, certainly." In this use, SURE is generally informal and occurs mainly in speech and written representations of speech: *She sure dazzled the audience with her acceptance speech. It was sure hot enough in the auditorium.* SURELY is used in this sense in all varieties of speech and writing, even the most formal: *The court ruled that the law was surely meant to apply to both profit-making and nonprofit organizations.* See also **quick, slow.**

**sure-e·nough** (shoŏr′i nuf′, shûr′-), adj. Older Use. real; genuine. [1535–45]

**sure·fire** (shoŏr′fiər′, shûr′-), adj. sure to work; foolproof: *a surefire moneymaking scheme.* [1915–20; SURE + FIRE]

**sure·foot·ed** (shoŏr′foŏt′id, shûr′-), adj. **1.** not likely to stumble, slip, or fall. **2.** proceeding surely; unerring: *his surefooted pursuit of success.* [1625–35; SURE + FOOT + -ED²] —**sure′foot′ed·ly,** adv. —**sure′foot′ed·ness,** n.

**sure-hand·ed** (shoŏr′han′did, shûr′-), adj. **1.** using the hands with skill and confidence; dexterous. **2.** done with skill and proficiency: *a sure-handed sketch of a proposed building.* **3.** displaying the skill and experience of an expert: *a sure-handed politician.* [1945–50] —**sure′-hand′ed·ly,** adv. —**sure′-hand′ed·ness,** n.

**sure·ly** (shoŏr′lē, shûr′-), adv. **1.** firmly; unerringly; without missing, slipping, etc. **2.** undoubtedly, assuredly, or certainly: *The results are surely encouraging.* **3.** (in emphatic utterances that are not necessarily sustained by fact) assuredly: *Surely you are mistaken.* **4.** inevitably or without fail: *Slowly but surely the end approached.* **5.** yes, indeed: *Surely, I'll go with you!* [1300–50; ME *surliche.* See SURE, -LY]

—Usage. **2.** See *sure.*

**Sûre·té** (syR tā′), n. **la** (lä), the criminal investigation department of the French government.

**sure′ thing′, 1.** something that is or is supposed to be a certain success, as a bet or a business venture: *He thinks that real estate is a sure thing.* **2.** something assured; certainty: *It's a sure thing that he'll refuse to cooperate.* **3.** surely; for sure; O.K.; roger (often used as an interjection). [1830–40; Amer.]

**sure·ty** (shoŏr′i tē, shoŏr′tē, shûr′i tē, shûr′tē), n., pl. **-ties. 1.** security against loss or damage or for the fulfillment of an obligation, the payment of a debt, etc.; a pledge, guaranty, or bond. **2.** a person who has made himself or herself responsible for another, as a sponsor, godparent, or bondsman. **3.** the state or quality of being sure. **4.** certainty. **5.** something that makes sure; ground of confidence or safety. **6.** a person who is legally responsible for the debt, default, or delinquency of another. **7.** assurance, esp. self-assurance. [1300–50; ME *surte* < MF; OF *seurte* < L *sēcūritāt-,* s. of *sēcūritās* SECURITY]

**sure·ty·ship** (shoŏr′i tē ship′, shoŏr′tē-, shûr′i tē-, shûr′tē-), n. Law. the relationship between the surety, the principal debtor, and the creditor. [1525–35; SURETY + -SHIP]

**surf** (sûrf), n. **1.** the swell of the sea that breaks upon a shore or upon shoals. **2.** the mass or line of foamy water caused by the breaking of the sea upon a shore, esp. a shallow or sloping shore. —v.i. **3.** to ride a surfboard. **4.** to float on the crest of a wave toward shore. **5.** to swim, play, or bathe in the surf. —v.t. **6.** to ride a surfboard on: *We surfed every big wave in sight.* [1675–85; earlier *suff;* of uncert. orig.] —**surf′a·ble,** adj. —**surf′er,** n. —**surf′like′,** adj.

—Syn. **1.** See *wave.*

**sur·face** (sûr′fis), n., adj., v., **-faced, -fac·ing.** —n. **1.** the outer face, outside, or exterior boundary of a thing; outermost or uppermost layer or area. **2.** any face of a body or thing: *the six surfaces of a cube.* **3.** extent of area of outer face; superficial area. **4.** the outward appearance, esp. as distinguished from the inner nature: *to look below the surface of a matter.* **5.** Geom. any figure having only two dimensions; part or all of the boundary of a solid. **6.** land or sea transportation, as opposed to underground, or undersea transportation, rather than airfoil. —adj. **8.** of, on, or pertaining to the surface. **7.** Aero-nautical. **9.** apparent rather than real; superficial: *guilty of surface judgments.* **10.** of, pertaining to, or on land or sea: *surface mail.* **11.** Ling. belonging to or a stage in the transformational derivation of a sentence, belonging to the surface structure. —v.t. **12.** to finish the surface of; give a particular kind of surface to; make even or smooth. **13.** to bring to the surface; cause to appear openly: *Depth charges surfaced the sub.* **5.** *we've surfaced no applicants.* —v.i. **14.** to rise to the surface: *The submarine surfaced after four days.* **15.** to work on or at the surface. [1605–15; < F, equiv. to SUR-¹ + *face* FACE, appar. modeled on L *superficies* PERFICIES] —**sur′fac·er,** n. —**sur′face·less,** adj.

**sur′face-ac′tive a′gent** (sûr′fis ak′tiv), any substance that when dissolved in water or an aqueous solution reduces its surface tension or the interfacial tension between it and another liquid. Also called *surfactant.*

**sur′face bound′ary lay′er,** *Meteorol.* the layer of air adjacent to the earth's surface, usually considered to be less than 300 ft. (91 m) high. Also called *sur′face lay′er, atmospheric boundary layer, friction layer, ground layer.*

**sur′face con·dens′er,** a device condensing steam vapor by passing it over a cool surface. [1860–65]

**sur′face den′sity,** *Physics.* quantity, as of electric charge, per unit surface area.

**sur′face effect′ ship′,** a large, ship-size air cushion vehicle operated over water. [1940–45]

**sur′face effect′ ve′hicle.** See *ACV* (def. 2).

**sur′face in′tegral,** *Math.* the limit, as the norm of the partition of a given surface into sections of area approaches zero, of the sum of the product of the area times the value of a given function of three variables at some point on each section. [1870–75]

**sur′face noise′,** *Audio.* extraneous noise caused by physical wear or a physical flaw on a phonograph record or in a pickup system, rather than by a flaw in the equipment. [1930–35]

**sur′face of light′ and shade′,** (in architecture) shades and shadows) a surface in a plane tangent to parallel rays from the theoretical light source, treated as a shade surface. Also called *light and shade surface.*

**sur′face of pro·jec′tion,** the surface upon which an image or a set of points is projected.

**sur′face of rev·o·lu′tion,** *Math.* a surface formed by revolving a plane curve about a given line. [1835]

**sur′face plate′,** *Mach.* a flat plate used by machinists for testing surfaces that are to be made perfectly flat. Also called *planometer.* [1840–50]

**sur′face-print′ing** (sûr′fis prin′ting), n. planography. [1830–40]

**sur′face-rip′ened** (sûr′fis ri′pənd), adj. (of cheese) ripened on the surface by molds or other microorganisms. [1940–45]

**sur′face road′,** a road or street level with its surroundings: *surface roads and elevated highways.* [1905, Amer.]

**sur′face struc′ture,** *Ling.* (in transformational-generative grammar) **1.** a structural representation of the final syntactic form of a sentence, as it is after the transformational component has modified deep structure. Cf. *deep structure.* **2.** the string of words that is actually produced. [1960–65]

**sur′face ten′sion,** *Physics.* the elasticlike force existing in the surface of a body, esp. a liquid, tending to minimize the area of the surface, caused by asymmetries in the intermolecular forces between surface molecules. [1875–80]

**sur′face-to-air′** (sûr′fis toō âr′), adj. **1.** (of a missile, message, etc.) capable of traveling from the surface of the earth to a target in the atmosphere. —adv. **2.** from the surface of the earth to a target in the atmosphere: *antimissile missile fired surface-to-air.* [1945–50]

**sur′face-to-sur′face** (sûr′fis tə sûr′fis), adj. **1.** (of a missile, message, etc.) capable of traveling from a base on the surface of the earth to a target also on the surface of the earth. —adv. **2.** from a base on the surface of the earth to a target on the surface.

**sur′face-to-un′der·wa′ter** (sûr′fis toō un′dər wô′tər, -wot′ər), adj. **1.** (of a missile, message, etc.) traveling from the surface of the earth to a target underwater. —adv. **2.** from the surface of the earth to a target underwater.

**sur′face wave′,** *Geol.* a seismic wave that travels along or parallel to the earth's surface (distinguished from *body wave*).

**sur′face yeast′.** See *top yeast.*

**sur·fac·ing** (sûr′fə sing), n. **1.** the action or process of giving a finished surface to something. **2.** the material with which something is surfaced. **3.** the act or instance of rising to the surface of a body of water. [1855–60; SURFACE + -ING¹]

**sur·fac·tant** (sər fak′tənt), n. Chem. See *surface-active agent.* [1945–50; shortening of *surf(ace)-a(ctive) a(ge)nt*]

**surf′ and turf′,** a steak served with seafood, esp. filet mignon and lobster. Also, **surf-'n'-turf.**

**surf·bird** (sûrf′bûrd′), n. a sandpiperlike shorebird, *Aphriza virgata,* of the Pacific coast, breeding in Alaska and wintering in South America. [1830–40, Amer.; SURF + BIRD]

**surf·board** (sûrf′bôrd′, -bōrd′), n. **1.** a long, narrow board on which a person stands or lies prone while boarding. —v.i. **2.** to ride on such a board. —**surf′board′**

R. APP. 0030

**Tra·verse Cit′y** (trav′ərs), a city in NW Michigan. 15,516.

**trav′erse ju′ry.** See **petty jury**. [1815–25]

**trav′erse rod′,** a horizontal rod upon which drapes slide to open or close when pulled by cords.

**trav·er·tine** (trav′ər tēn′, -tin), n. a form of limestone deposited by springs, esp. hot springs, used in Italy for building. Also, **trav·er·tin** (trav′ər tin). [1545–55; < It *travertino*, equiv. to *tra-* across (< L *trans-* TRANS-) + *tivertino* < L *Tīburtīnus*, equiv. to *Tīburt-* (s. of *Tīburs*) the territory of Tibur (see TIVOLI) + *-īnus* -INE¹]

**trav·es·ty** (trav′ə stē), n., pl. **-ties,** v., **-tied, -ty·ing.** —n. 1. a literary or artistic burlesque of a serious work or subject, characterized by grotesque or ludicrous incongruity of style, treatment, or subject matter. 2. a literary or artistic composition so inferior in quality as to be merely a grotesque imitation of its model. 3. any grotesque or debased likeness or imitation: *a travesty of justice.* —v.t. 4. to make a travesty on; turn (a serious work or subject) into ridicule by burlesquing. 5. to imitate grotesquely or absurdly. [1655–65; < F *travesti*, ptp. of *travestir* to disguise < It *travestire,* equiv. to *tra-* (< L *trāns-* TRANS-) + *vestire* to clothe < L *vestire;* see VEST] —Syn. 1. See **burlesque.** 3. mockery, perversion, sham, distortion.

**Trav·is** (trav′is), n. 1. **William Barret,** 1809–36, U.S. soldier: commander during the battle of the Alamo. 2. a male given name.

**tra·vois** (trə voi′), n., pl. **-vois** (-voiz′). a transport device, formerly used by the Plains Indians, consisting of two poles joined by a frame and drawn by an animal. [1840–50; Amer.; pseudo-F sp. of earlier *travoy* < North American F; cf. CanF *travail* shaft of a cart to which the horse is hitched, F: frame in which unruly horses are held while they are shod (prob. < LL *trepālium;* see TRAVAIL)]

**trawl** (trôl), n. 1. Also called **trawl′ net′.** a strong fishing net for dragging along the sea bottom. 2. Also called **trawl′ line′.** a buoyed line used in sea fishing, having numerous short lines with baited hooks attached at intervals. —v.i. 3. to fish with a net that drags along the sea bottom to catch the fish living there. 4. to fish with a trawl line. 5. to troll. —v.t. 6. to catch with a trawl net or a trawl line. 7. to drag (a trawl net). 8. to troll. [1475–85; < MD *tragel* (n.), *tragelen* (v.); c. TRAIL] —**trawl′a·ble,** adj. —**trawl′a·bil′i·ty,** n.

**trawl·er** (trô′lər), n. 1. a person who trawls. 2. any of various types of vessels used in fishing with a trawl net. [1590–1600; TRAWL + -ER¹]

**tray¹** (trā), n. 1. a flat, shallow container or receptacle made of wood, metal, etc., usually with slightly raised edges, used for carrying, holding, or displaying articles of food, glass, china, etc. 2. a removable receptacle of this shape in a cabinet, box, trunk, or the like, sometimes forming a drawer. 3. a tray and its contents: *to order a breakfast tray from room service.* [bef. 1050; ME; OE *trēg, trig;* c. OSw *trö* corn measure; akin to TREE]

**tray²** (trā), n. *Australian Slang.* a coin worth three-pence. Also called **tray′ bit′.** [1895–1900; cf. earlier *argot trey,* tray three, a set of three, prob. ult. < It *tre* (< L *trēs* THREE); cf. TREY]

**tray′ ag′riculture,** hydroponics.

**tray′ ta′ble,** a folding stand for supporting a tray.

**tra·zo·done** (trā′zə dōn′), n. *Pharm.* a white crystalline powder, C₁₉H₂₂ClN₅O, used in the treatment of major depression disorders. [TR(I)- + AZO- + (PYRI)D(INE) + -ONE]

**treach·er·ous** (trech′ər əs), adj. 1. characterized by faithlessness or readiness to betray trust; traitorous. 2. deceptive, untrustworthy, or unreliable. 3. unstable or insecure, as footing. 4. dangerous; hazardous: *a treacherous climb.* [1300–50; ME *trecherous* < AF, equiv. to *trecher* deceiver (*trech(ier)* to deceive + *-er* -ER²) + *-ous* -OUS. Cf. F *tricheur* trickster] —**treach′er·ous·ly,** adv. —**treach′er·ous·ness,** n. —Syn. 1. unfaithful, faithless, treasonous. 2. deceitful. —Ant. 1. loyal. 2. reliable.

**treach·er·y** (trech′ə rē), n., pl. **-er·ies.** 1. violation of faith; betrayal of trust; treason. 2. an act of perfidy, faithlessness, or treason. [1175–1225; ME *trecherie* < MF, OF, equiv. to *trech(ier)* to deceive + *-erie* -ERY] —Syn. 1. See **disloyalty.** —Ant. 1. loyalty.

**trea·cle** (trē′kəl), n. 1. contrived or unrestrained sentimentality: *a movie plot of the most shameless treacle.* 2. *Brit.* a. molasses, esp. that which is drained from the vats used in sugar refining. b. Also called **golden syrup.** a mild mixture of molasses, corn syrup, etc., used in cooking or as a table syrup. 3. *Pharm. Obs.* any of various medicinal compounds, formerly used as antidotes for poison. [1275–1325; ME, var. of *triacle* antidote < MF < L *thēriaca* < Gk *thēriakḗ,* n. use of fem. of *thēriakós* concerning wild beasts, equiv. to *thēri(on)* wild beast (*thḗr* wild beast + *-ion* dim. suffix) + *-akos* -AC] —**trea·cly** (trē′klē), adj.

**tread** (tred), v., **trod, trod·den** or **trod, tread·ing,** n. —v.i. 1. to set down the foot or feet in walking; step; walk. 2. to step, walk, or trample so as to press, crush, or injure something (usually fol. by *on* or *upon*): *to tread on a person's foot.* 3. (of a male bird) to copulate. —v.t. 4. to step or walk on, about, in, or along. 5. to trample or crush underfoot. 6. to form by the action of walking or trampling: *to tread a path.* 7. to treat with disdainful trampling: *to tread a measure.* 9. (of a male bird) to copulate with (a female bird). 10. **tread on someone's toes** or **corns,** to offend or irritate someone. 11. **tread the boards,** to act on the stage, esp. professionally: *He recalled the days when he had trod the boards.* 12. **tread water,** a. *Swimming.* to maintain the body erect in the water with the head above the surface, usually by a pumping up-and-down movement of the legs and sometimes the arms. b. *Slang.* to make efforts that maintain but do not further one's status, progress, or performance: *He's just treading water here*

until he can find another job. —n. 13. the action of treading, stepping, or walking. 14. the sound of footsteps. 15. manner of treading or walking. 16. a single step as in walking. 17. any of various things or parts on which a person or thing treads, stands, or moves. 18. the part of the under surface of the foot or of a shoe that touches the ground. 19. the horizontal upper surface of a step in a stair, on which the foot is placed. 20. the part of a wheel, tire, or runner that bears on the road, rail, etc. See diag. under **tire².** 21. the pattern raised on or cut into the face of a rubber tire. 22. See **caterpillar tread.** 23. *Railroads.* that part of a rail in contact with the treads of wheels. [bef. 900; (v.) ME *treden,* OE *tredan;* c. OFris *treda,* OS *tredan,* D *treden,* G *treten;* akin to ON *trotha,* Goth *trudan;* (n.) ME *tred* footprint, deriv. of the v.] —**tread′er,** n.

**trea·dle** (tred′l), n., v., **-dled, -dling.** —n. 1. a lever or the like worked by continual action of the foot to impart motion to a machine. 2. a platform, as on a bus or trolleycar, for opening an exit door. —v.i. 3. to work a treadle. [bef. 1000; ME *tredel* stairstep, OE. See TREAD, -LE] —**tread′ler** (tred′lər), n.

**trea′dle loom′.** See **floor loom.**

**tread·mill** (tred′mil′), n. 1. an apparatus for producing rotary motion by the weight of people or animals, treading on a succession of moving steps or a belt that forms a kind of continuous path, as around the periphery of a pair of horizontal cylinders. 2. any monotonous, wearisome routine in which there is little or no satisfactory progress. [1815–25; TREAD + MILL¹]

**treas.,** 1. treasurer. 2. treasury. Also, **Treas.**

**trea·son** (trē′zən), n. 1. the offense of acting to overthrow one's government or to harm or kill its sovereign. 2. a violation of allegiance to one's sovereign or to one's state. 3. the betrayal of a trust or confidence; breach of faith; treachery. [1175–1225; ME *tre(i)so(u)n* < AF; OF *traison* < L *trāditiōn-* (s. of *trāditiō*) a handing over, betrayal. See TRADITION] —Syn. 1. TREASON, SEDITION mean disloyalty or treachery to one's country or its government. TREASON is any attempt to overthrow the government or impair the well-being of a state to which one owes allegiance; the crime of giving aid or comfort to the enemies of one's government. SEDITION is any act, writing, speech, etc., directed unlawfully against state authority, the government, or constitution, or calculated to bring it into contempt or to incite others to hostility, ill will or disaffection; it does not amount to treason and therefore is not a capital offense. 2. See **disloyalty.**

**trea·son·a·ble** (trē′zə nə bəl), adj. 1. of the nature of treason. 2. involving treason; traitorous. [1325–75; ME *tresonabill.* See TREASON, ABLE] —**trea′son·a·bly,** adv.

**trea·son·ous** (trē′zə nəs), adj. treasonable. [1585–95; TREASON + -OUS] —**trea′son·ous·ly,** adv.

**treasr.,** treasurer.

**treas·ure** (trezh′ər), n., v., **-ured, -ur·ing.** —n. 1. wealth or riches stored or accumulated, esp. in the form of precious metals, money, jewels, or plate. 2. wealth, rich materials, or valuable things. 3. any thing or person greatly valued or highly prized: *This book was his chief treasure.* —v.t. 4. to retain carefully or keep in store, as in the mind. 5. to regard or treat as precious; cherish. 6. to put away for security or future use, as money. [1125–75; (n.) ME *tresor* < OF < L *thēsaurus* storehouse, hoard (see THESAURUS); (v.) ME, deriv. of the n.] —**treas′ure·a·ble,** adj. —**treas′ure·less,** adj. —Syn. 1, 6. hoard. 5. value, esteem.

**treas′ure house′,** 1. a building, room, or chamber used as a storage place for valuables; treasury. 2. a place or source where things of value or worth may be found: *Books are the treasure house of ideas.* Also, **treas′ure-house′.** [1425–75; late ME]

**treas′ure hunt′,** a game in which each person or team attempts to be first in finding something that has been hidden, using written directions or clues.

**Treas′ure Is′land,** 1. (*italics*) a novel (1883) by R. L. Stevenson. 2. an artificial island in San Francisco Bay, in W California; naval base.

**treas·ur·er** (trezh′ər ər), n. 1. a person in charge of treasure or a treasury. 2. an officer of a government, corporation, association, or the like, in charge of the receipt, care, and disbursement of money. [1250–1300; ME *tresorer* < AF < LL *thēsaurārius.* See TREASURE, -ER²] —**treas′ur·er·ship′,** n.

**Treas′urer of the Unit′ed States′,** the official in the Department of the Treasury charged with the responsibility of issuing and redeeming paper currency as well as for the receipt, safekeeping, and disbursement of the federal government's money.

**Treas′ure State′,** Montana (used as a nickname).

**treas·ure-trove** (trezh′ər trōv′), n. 1. anything of the nature of treasure or a treasury that one finds: *Mother's attic was a treasure-trove of memorabilia.* 2. *Law.* any money, bullion, or the like, of unknown ownership, found hidden in the earth or any other place: in the absence of statutory provisions to the contrary it may be kept by the finder. [1300–50; ME < AF *tresor trové* found treasure. See TREASURE, TROVER]

**treas·ur·y** (trezh′ə rē), n., pl. **-ur·ies.** 1. a place where the funds of the government, of a corporation, or the like are deposited, kept, and disbursed. 2. funds or revenue of a government, public or private corporation, etc. 3. (*cap.*) the department of government that has control over the collection, management, and disbursement of the public revenue. 4. a building, room, chest, or other place for the preservation of treasure or valuable objects. 5. a collection or supply of excellent or highly prized writings, works of art, etc.: *a treasury of American poetry.* 6. **Treasuries,** *Informal.* Treasury bills, bonds, and notes. [1250–1300; ME *tresorie* < OF. See TREASURE, -Y³]

**Treas′ury bill′,** an obligation of the U.S. government represented by promissory notes in denominations ranging from $1000 to $1,000,000 and maturing in about 90 days but bearing no interest, and sold periodically at a

discount on the market. Also, **treas′ury bill′.** [1790–1800]

**Treas′ury bond′,** any of various interest-bearing bonds issued by the U.S. Treasury Department, usually maturing over a long period of time. Also, **treas′ury bond′.** [1855–60]

**Treas′ury certif′icate,** an obligation of the U.S. government represented by certificates in denominations ranging from $1000 to $1,000,000, maturing in one year or less with interest periodically payable by the redemption of coupons. Also, **treas′ury certif′icate.** [1785–95]

**Treas′ury note′,** a note or bill issued by the U.S. Department of the Treasury, receivable as legal tender for all debts except as otherwise expressly provided. Also, **treas′ury note′.** [1750–60]

**treas′ury of mer′its,** *Rom. Cath. Ch.* the superabundant store of merits and satisfactions, comprising those of Christ, the Virgin Mary, and the saints. Also called **treas′ury of the Church′.** [1920–25]

**treas′ury stock′,** outstanding shares of stock reacquired and held by the issuing corporation. [1900–05, *Amer.*]

**treat** (trēt), v.t. 1. to act or behave toward (a person) in some specified way: *to treat someone with respect.* 2. to consider or regard in a specified way, and deal with accordingly: *to treat a matter as unimportant.* 3. to deal with (a disease, patient, etc.) in order to relieve or cure. 4. to deal with in speech or writing; discuss. 5. to deal with, develop, or represent artistically, esp. in some specified manner or style: *to treat a theme realistically.* 6. to subject to some agent or action in order to bring about a particular result: *to treat a substance with an acid.* 7. to entertain; give hospitality to: *He treats diplomats in the lavish surroundings of his country estate.* 8. to provide food, entertainment, gifts, etc., at one's own expense: *Let me treat you to dinner.* —v.i. 9. to deal with a subject in speech or writing; discourse: *a work that treats of the caste system in India.* 10. to give, or bear the expense of, a treat: *Is it my turn to treat?* 11. to carry on negotiations with a view to a settlement; discuss terms of settlement; negotiate. —n. 12. entertainment, food, drink, etc., given by way of compliment or as an expression of friendly regard. 13. anything that affords particular pleasure or enjoyment. 14. the act of treating. 15. one's turn to treat. [1250–1300; ME *treten* (v.) < OF *tretier, traitier* < L *tractāre* to drag, handle, treat, freq. of *trahere* to drag. See TRACT¹] —**treat′er,** n.

**treat·a·ble** (trē′tə bəl), adj. able to be treated, esp. medically: *Some diseases are treatable but not curable.* [TREAT + -ABLE] —**treat′a·bil′i·ty,** n.

**trea·tise** (trē′tis), n. a formal and systematic exposition in writing of the principles of a subject, generally longer and more detailed than an essay. [1300–50; ME *tretis* < AF *tretiz,* akin to OF *traitier* to TREAT]

**treat·ment** (trēt′mənt), n. 1. an act or manner of treating. 2. action or behavior toward a person, animal, etc. 3. management in the application of medicines, surgery, etc. 4. literary or artistic handling, esp. with reference to style. 5. subjection to some agent or action. 6. *Motion Pictures, Television.* a preliminary outline of a film or teleplay laying out the key scenes, characters, and locales. [1550–60; TREAT + -MENT] —Syn. 1. handling, management, conduct, approach.

**trea·ty** (trē′tē), n., pl. **-ties.** 1. a formal agreement between two or more states in reference to peace, alliance, commerce, or other international relations. 2. the formal document embodying such an international agreement. 3. any agreement or compact. [1350–1400; ME *trete* < AF < L *tractātus* TRACTATE]

**trea′ty port′,** *Hist.* any of the ports in China, Japan, or Korea through which trade with foreign countries was permitted by special treaty. [1880–85]

**Treb·bia** (treb′byä), n. a river in N Italy, flowing N into the Po at Piacenza: Romans defeated by Hannibal near here 218 B.C. 70 mi. (113 km) long.

**Treb·i·zond** (treb′ə zond′), n. 1. a medieval empire in NE Asia Minor 1204–1461. 2. Official name, **Trabzon.** a seaport in NE Turkey, on the Black Sea: an ancient Greek colony; capital of the medieval empire of Trebizond. 80,795.

**tre·ble** (treb′əl), adj., n., v., **-bled, -bling.** —adj. 1. threefold; triple. 2. *Music.* a. of or pertaining to the highest part in harmonized music; soprano. b. of the highest pitch or range, as a voice part, voice, singer, or instrument. c. high in pitch; shrill. —n. 3. *Music.* a. the treble or soprano part. b. a treble voice, singer, or instrument. 4. a high or shrill voice or sound. 5. the highest-pitched peal of a bell. —v.t., v.i. 6. to make or become three times as much or as many; triple. [1275–1325; (adj. and n.) ME < MF < L *triplus* TRIPLE; (v.) ME *treblen,* deriv. of the adj.] —**tre·bly** (treb′lē), adv.

**tre′ble clef′,** *Music.* a sign that locates the G above middle C, placed on the second line of the staff, counting up; G clef. See illus. under **clef.** Also called **violin clef.** [1795–1805]

**tre′ble staff′,** *Music.* a staff, bearing a treble clef. [1900–05]

**Tre·blin·ka** (tre blēng′kä; *Eng.* trə bling′kə), n. a Nazi concentration camp in Poland, near Warsaw.

**treb·u·chet** (treb′yŏŏ shet′, treb′yŏŏ shet′), n. a medieval engine of war with a sling for hurling missiles. Also, **tre·buck·et** (trē′buk′it, treb′yŏŏ ket′). [1300–50; ME < MF, equiv. to *trebuch(er)* to overturn, fall (*tre(s)* across, over (< L *trāns-* TRANS-) + *buc* trunk of body < Gmc; cf. OE *būc* belly) + *-et* -ET]

**tre·cen·to** (trā chen′tō; *It.* tre chen′tō), n. (*often cap.*) the 14th century, with reference to Italy, and esp. to its

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, bŏŏk, bōōt; out; up, ûrge; child; sing; shoe; thin, that; zh as in *treasure.* ə = a as in alone, e as in system, i as in easily, o as in gallop, u as in circus; * as in fire (fī′r), hour (ou″r). l and n can serve as syllabic consonants, as in cradle (krād′l), button (but′n). See the full key inside the front cover.

R. APP. 0031