# EXHIBIT F

R. APP. 0048



## Special Offers and Product Promotions

- **Get a $150 Amazon.com Gift Card:** Get the Citi ThankYou® Preferred Card and earn a **$150.00** digital Amazon.com Gift Card* after $1,000 in card purchases within 3 months of account opening. Learn more.

## Product Description

The Champ 36 Grill uses the series' renowned technology for low-fat grilling to help you cook healthy and delicious food. With its double-contact grilling design, it can cook food in half the time as a traditional grill. This Champ grill has 36 sq inches of grilling space. It's a great choice for two people to use on a regular basis. Two hamburgers, boneless chicken breasts, eggplant slices or other food items can fit onto the irons with ease. This compact grill also comes with a temperature indicator light that glows when the plates are heated to cooking temperature. Its ergonomic handle makes it easy to use. Grease or excess water runs right off your food into the grill grates and down the slope to the drip trays for easy clean-up. To handle larger and thicker cuts of meat, the Champ 36 Grill has a floating hinge that adjusts the grates as needed. This handy kitchen appliance would make a great gift for someone just starting out.
The Champ 36 Grill:Cooks food in half the time as a traditional grillCompact grill big enough to cook for twoNonstick-coated cooking platesFloating hinge for larger cuts of meatThis Champ grill comes with drip trays to catch excess greaseThis compact grill would make a great gift for someone just starting outGreat for low-fat grilling of beef, chicken or vegetablesFeatures 36 sq inches of cooking spaceTemperature indicator light glows when the plates are heated to cooking temperature See all kitchen appliances on . Save money. Live better.

## Product Details

**Shipping Information:** View shipping rates and policies
**ASIN:** B00NGZZ3OY
**Average Customer Review:** Be the first to review this item

Would you like to give feedback on images or tell us about a lower price? .

**Product Ads from External Websites** (What's this?)     Sponsored Content

    

| Paragon 8020 Dog Hut Hot Dog Steamer and Merchandizer 120V, 1200W | NFL - Chicago Bears 3-Piece BBQ and Grill Tool Set | Lodge L90G3 10 1/2" Pre-Seasoned Cast Iron Griddle | Rome Industries Men's Rome Industries Campfire Pie Iron, Square... | Kentucky Wildcats Boelter Brands Long Neck Bottle Opener |
|---|---|---|---|---|
| (37) | (73) | (965) | (234) | $7.99 |
| $299.99 | $52.00 | $12.99 | $24.95 | + $4.99 Est. shipping |
| No Shipping Info | + $7.00 Est. shipping | No Shipping Info | + Free Shipping | Lids |
| WebstaurantStore accepts amazonpayments | TeamTailgateShop | WebstaurantStore accepts amazonpayments | L.L.Bean | |

See a problem with these advertisements? Let us know                                                              Advertise here

### Customers viewing this page may be interested in these sponsored links (What's this?)

- **Kitchen grill @ BHG**           Save Up to 60% w/Better Homes And Gardens® in **Kitchen** Cookware!
                                    www.BHG.com/Shop

- **Strobe or Rotating Lights**     Alarm and Warning **Lights** Industrial Signaling Applications
                                    www.SignalGuys.com

- **George Foreman Champ**          **George Foreman Champ**. Discover and Explore on Ask.com!
                                    Ask.com/George Foreman Champ

See a problem with these advertisements? Let us know

### Customer Questions & Answers

See questions and answers

### Customer Reviews

There are no customer reviews yet.

5 star             Share your thoughts with other customers
4 star
3 star             [ Write a customer review ]
2 star
1 star

Advertisement

| True Detective | Choose a product |
| --- | --- |
| $79.98 $29.99 | Blu-ray |
| | Add to Cart |

Advertisement

**Feedback**

▸ If you have a question or problem, visit our **Help pages**.

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

**Your Recently Viewed Items and Featured Recommendations**



Loading.

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Services on Amazon | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Sell Your Apps on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Amazon and Our Planet | Become an Affiliate | Shop with Points | Returns & Replacements |
| Amazon in the Community | Advertise Your Products | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Devices | Self-Publish with Us | Amazon Currency Converter | Help |
| | › See all | | |

**amazon**.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City |
| --- | --- | --- | --- | --- | --- | --- |
| AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home |
| ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates