# EXHIBIT G

R. APP. 0052

George Foreman Indoor Outdoor Grill Electric Heat Sloping Grate | eBay   http://www.ebay.com/itm/George-Foreman-Indoor-Outdoor-Grill-Elec...

| Hi! Sign in or register | Daily Deals | Gift Cards | Sell | Help & Contact | | My eBay |

**ebay**  Shop by category ▾    Search...    All Categories

◁ Back to home page | Listed in category: Home & Garden > Kitchen, Dining & Bar > Small Kitchen Appliances > Grills & Griddles

This listing has ended.

## Sponsored Links



| George Foreman 5-Serving Variable... | George Foreman Digital 6-Serving... | George Foreman GRP4 Next Grilleration... | George Foreman GR0036B 36-sq-in | George Foreman GR144 Family Size... |
|---|---|---|---|---|
| $129.99 Free Shipping Target | $79.99 Free Shipping Target | $74.68 $74.78 Free Shipping Walmart.com | $30.18 $39.99 Sears | $65.43 $85.06 Sears |

### George Foreman Indoor Outdoor Grill - Electric Heat - Sloping Grate



| Item condition: | New |
| Price: | US $139.99 or $24 for 6 months† |
| Shipping: | $39.64 Expedited Shipping | See details  item location: Unicoi, Tennessee, United States  Ships to: United States and many other countries | See details |
| Delivery: | Estimated within 3-6 business days |
| Payments: | PayPal  VISA  MasterCard  AMERICAN EXPRESS  DISCOVER  Credit Cards processed by PayPal  PayPal CREDIT  † No Payments + No Interest if paid in full in 6 months, a budget of $24/month  Apply Now | See Terms  See details |
| Returns: | Seller does not offer returns. You are covered by the eBay Money Back Guarantee if you received an item that is not as described in the listing. |
| Guarantee: | eBay MONEY BACK GUARANTEE | See details  Get the item you ordered or get your money back. Covers your purchase price and original shipping. |

**Seller information**
busyfellow2013 (72 ★)
100% Positive feedback

➕ Follow this seller
See other items

$ Have one to sell?  Sell now

### Description | Shipping and payments

Print | R

ebay item number 26128

Seller assumes all responsibility for this listing.
Last updated on  Jul 15, 2014 03:37:02 PDT  View all revisions

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Type: | Indoor Grill |
| Brand: | George Foreman | | |

- No-fuss grilling made easy, for use indoors or outside
- Grill can be used on pedestal (stands about -1/2 feet high) or on tabletop
- Uses electric heat, with adjustable range from low to high
- Sloping grate base draws fat away from food to collect in easy-to-empty tray
- Grill top measures 17 inches across for generous cooking capacity

## Product Details

Color: **Stainless Steel**

- **Product Dimensions:** 22.2 x 20.5 x 13 inches ; 21 pounds
- **Shipping Weight:** 22 pounds
- **Shipping** is within the continental 48 U.S. States ONLY.No international shipping. No shipping to APO/FPO/PO Boxes. I do not offercombined shipping. Shipping Tracking FREE.
  **SALES TAX**: Any applicable state sales tax will bedetermined after purchase and must be paid prior to shipping through paypal bythe buyer.

- ## Product Description

Color: **Stainless Steel**

Grilling really can't get much easier than this. After assembling the grill (which takes only a few minutes), simply plug it in and allow about 10 minutes to fully pre steaks, kebabs, or whatever's to be grilled. The electric heat has an adjustable range from low (for keeping food warm) to high (for searing steaks). The nonstick gri minimum of added fat, but it also makes cleanup a cinch. The surface has a subtle slope, with channels that draw accumulated fat or other liquids into a tray just bel vented lid helps create a circular flow of hot air to ensure even cooking--particularly important for a large roast or whole chicken.

The grill can be placed either directly on a tabletop or atop its pedestal. On its own, the grill surface stands about 6 inches high; with the pedestal, it stands about 2- lid. The pedestal is plenty sturdy for cooking, but the grill still seems a bit top-heavy, so pay special attention if grilling in a high-traffic area or near kids. Because o used outdoors or indoors--when using it indoors, though, be prepared for potential spattering, steam, or other side effects of cooking. *--Cynthia Nims*

### Product Description

Applica Indoor/Outdoor Bar-B-QueGeorge Foreman Indoor/Outdoor BBQ with Dome Cover...Designed for familiesand couples who want the ideal indoor/outdoor even whole birds - on a 240 square inch surface. Perfect for patio grilling in areas that propane or charcoalis not allowed. 240 square inch round grillingsurface for Immersibleremovable grill plate for easy clean up; Double non-stick coating is durable & eliminates need for oil; Electric Indoor/Outdoor single side grilling;Temp temperatures; Center channel drain to catch run off liquids for no-mess clean up; Use stand or grill on tabletop; Safe-touch handles for safe and easy to handle; Hig grilling.

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

See what other people are watching 1/4                                   Feedback on ou

                    

Cuisinart GR-4N Stainless Steel 5-in...
$69.99
Buy It Now
Free shipping
**Popular**

Toastmaster TSM2 Snackster Sandwich...
$19.95
Buy It Now

Hamilton Beach Breakfast Sandwich...
$26.55
Buy It Now
Free shipping

Zojirushi EB-CC15 Indoor Electric Grill
$85.74
Buy It Now
Free shipping

NEW Hamilton Beach 25490 Dual Breakfa...
$54.99
Buy It Now
Free shipping
**Almost gone**

Charcoal Companion Stainless Steel Grill...
$58.81
Buy It Now
Free shipping

NIB Ge GR10B
$17.9
Buy It N



Back to home page

Related buying guides :  How to Use the George Foreman Grill,  How to Use a George Foreman Grill,  Your Guide to Buying an Indoor Grill

More to explore :  George Foreman Indoor Outdoor Grill,  George Foreman Grill,  George Foreman Grill Bun Warmer,  George Foreman Jumbo Grill,  George Foreman Grill Large,  George Foreman Grill GR30

Community   About eBay   Announcements   Security Center   Resolution Center   Seller Information Center   Policies   Site Map   eBay official time   Preview new features   Contact us

Tell us what you think

**ebay** MONEY BACK GUARANTEE
Get the item you ordered or your money back on virtually all items   Learn more ▶

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.