# EXHIBIT H

R. APP. 0056

HOME GRATES FOR CHARCOAL GRILLS GRILL GRIDS ALL SIZE EGGS GRATES FOR GAS GRILLS BBQ GRILL ACCESSORIES

MY ACCOUNT MY WISHLIST MY CART CHECKOUT LOG IN

Search...

PAYMENTS BY PayPal

Email to a Friend

Be the first to review this product

Availability: In stock

**$35.90**

Qty: 1

**Quick Overview**

Powerpan Grate - Heavy Duty Cast Iron with extra large ridges, great for Steaks, Fish-filets and Vegetables

Double click on above image to view full picture

MORE VIEWS

**Product Description** Tags

Powerpan Grate - Heavy Duty Cast Iron with extra large ridges, great for Steaks, Fish-filets and Vegetables The ridges have the same size and heights as our cast iron grate inserts. With two large handles they are easy to move around. We added a slot on each side so you can use the cast iron lifting handle too. The pan measures 10.25"x10.25"x1.25" on the inside. They work on induction, gas, charcoal and in your oven.

Powerpan Grate

Site Map | Shipping & Returns | Privacy Notice | Conditions of Use | About Us | Blog | Contact Us

Copyright © 2011 Craycort Cast Iron Grates.

http://www.cast-iron-grate.com/grillpan.html[12/3/2014 10:43:22 AM]

R. APP. 0058