Stephen M. Lobbin (admitted *pro hac vice*)
**The Eclipse Group LLP**
2020 Main Street, Suite 600
Irvine, California  92614
Tel:  949.851.5000

Mark W. Ford (10659)
Rachel Jacques (13250)
**Maschoff Brennan**
1389 Center Drive, Suite 300
Park City, Utah  84098
Tel:  435.575.1387

*Attorneys for Plaintiff Petter Investments, Inc. d/b/a RIVEER*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **PETTER INVESTMENTS, INC.** d/b/a **RIVEER**, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.**, a Utah corporation, and **CALIFORNIA CLEANING SYSTEMS**, a California company,<br><br>Defendants. | **DECLARATION OF STEPHEN M. LOBBIN IN OPPOSITION TO DEFENDANTS' MOTIONS FOR CLAIM CONSTRUCTION AND FOR SUMMARY JUDGMENT**<br><br>**(Dkt. 176, 179, 181, and 184)**<br><br>Civil Case No. 2:14-CV-00045<br><br>Honorable District Judge Dee Benson |
| AND RELATED COUNTERCLAIMS | |

I, Stephen M. Lobbin, declare and state as follows:

1.  I am counsel of record for Plaintiff Petter Investments, Inc. d/b/a RIVEER ("Riveer") in this action. I have personal knowledge of the facts stated herein, and if called to testify as a witness, I could and would testify competently thereto.

2.  Attached hereto as Exhibit 1 is a true and correct copy of Deposition Exhibit 22 in this action (with relevant portions highlighted), which is a drawing and excerpt from a prior deposition of Hydro's Kerry Smith.

3.  Attached hereto as Exhibit 2 is a and correct copy of an excerpt from the Deposition of Alan McCormick (with relevant portions highlighted) taken in this action on April 24, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called to testify, I could and would competently do so.

Executed on this 5th day of January, 2015, at San Diego, California.

/s/ Stephen M. Lobbin

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document—**DECLARATION OF STEPHEN M. LOBBIN IN OPPOSITION TO DEFENDANTS' MOTIONS FOR CLAIM CONSTRUCTION AND FOR SUMMARY JUDGMENT**—to be filed via the Court's CM/ECF system and thereby served on the parties as follows:

> Brett L. Foster
> Mark A. Miller
> Christopher B. Hadley
> **Holland & Hart LLP**
> 222 S. Main Street, Suite 2200
> Salt Lake City, Utah 84101

Dated: January 5, 2015                          /s/ Stephen M. Lobbin