# EXHIBIT B



## Hydropad Set Up Instructions

Installing a Hydropad™ system with splash panels is a 2-man job.

**Tools and supplies Required:**   (1)   Electric drill with ¼" drill bit
(1)   ½" nut driver or socket wrench
(1)   Hammer and center punch
(2)   Crescent wrenches or socket set.
(1)   String or rope equal to length of connected Hydropads
        Wood shims as required for leveling Hydropads

**Step 1:**  Identify all components

**Hydropads – completely assembled**

**Splash Panel with top stiffener installed**

**Connector Caps**





**Side Gutter with connection kits and sump pump strainer basket**

**Submersible pump**

**Bolts and nuts**





**Drive up Ramps**



**Corner Connector**



**End Stiffener**



**Step 2:**  Determine where the Hydropad is going to be placed.  Place the Hydropad on the ground with the slope towards the Side Gutter.  (The Side Gutter is placed on the side of the Hydropad with the runoff flanges).   The Hydropads must slope a minimum of ¼" per foot (2" total slope in 8').  If no slope is present, use wood shims to shim under the Hydropad.  This will create a slope toward the Side Gutter.  Go ahead and set the Hydropad in place.

**Step 3:**  If you have multiple pads, once they are set side by side, on the gutter side pull your string from one end to the other, tightly.  Note any space between the string and the pad and shim under the pads to bring them level with the string.  This insures that when sides are installed, proper alignment occurs.

**Step 4:**  Set the Side Gutter into position.  Tilt the side gutter toward Hydropads and slide it up under flanges and flat into position.  The side gutters should sit flat on the ground.  If you have multiple pads, use side gutter connection kits and connect the side gutters.  Cover end holes if required with end covers.

**Step 5:**  Install the Connector Caps (if multiple pads are to be installed).  These are used to join the Hydropads together, and to prevent leakage.  Set the Connector Caps over the A channels of the Hydropads spanning the distance between two adjacent pads.  The Connector Caps are factory drilled, but the Hydropads are not drilled.  Use the Connector Caps as the template and using a ¼" drill bit drill through the guide holes in the Connector Caps and through the Hydropads.  The Connector Caps are bolted in place using the 5/16" self-taping bolts that are supplied.

**Step 6:**  Installing the Splash Panels. Lay the splash panels on the ground at the side of the Hydropad where they will be installed with flanges facing upward.  Along each flange (where two splash panels meet) apply a bead of silicone calk.  Insert ¼ x1" bolt (with washer) through each hole in splash panel flanges, add washer on opposite side and nut.  Finger-tighten loosely.  As 3-4 splash panels are connected raise and set into position on top of Hydropad.  This is best done starting where a corner (two splash panels meet) and continuing to the opposite end of the wall.  Use one corner connector to join two splash panels together at any 90 degree corner.  This will give the wall stiffness

until fully assembled.  When each full wall is completed, tighten all bolts between splash panels.  Align wall with outside edge of Hydropad drill and fasten down to Hydropad.

> **Note:** silicone calk should be applied between every joint to insure the splash panel system is watertight when fully assembled.

**Step 7**:  Install end stiffener at the end of each wall of splash panels.  First bolt end stiffener to splash panel on end (using nuts and bolts).  Plumb splash panel in a vertical position (using a level), using the pre-drilled holes in the end stiffener as a guide, drill through Hydropad and fasten with self-tapping screws.

**Step 8:**  Installing the sump pump and basket.  Choose a location in the side gutter at the lowest end, set the pump protection basket vertically with the full metal side facing the Hydropad.  Set the sump pump in the basket, run power and water lines as required.

> **Note:**  The Hydropad side gutter(s) is not self-cleaning: daily, weekly or monthly cleanout must be performed as required to insure proper pumping from side gutter.

