# EXHIBIT C

# Hydropad Containment System

## Guide to Walls, Gutters, and Ramps



865 West 2600 South, Salt Lake City, UT  84119
Phone 800-247-8424 or 801-972-1181  Fax 801-972-3265

HYDROBLASTERS - HYDROKLEEN - HYDROPAD        www.hydroblaster.com



These products covered by: US patents (6,799,591 B2) (7,258,749, B2)
with additional patents pending

HE
HYDRO
ENGINEERING

Typical rail wall section
P. 2

Inside corner bracket

Typical side wall section
P. 2

Seal plate w/1 1/2" or 2" fitting
60124 (1 1/2") or 340009 (2")

REAR VIEW

Side wall
8' panels only

Rail walls
6', 7', 8' or 10' Panels

Gutter wall
8' panels only

Pad Connection
Non-gutter side
P. 3

**FRONT VIEW**

Ramps
2JT057 (2 Ton, 14" W)
2KY364 (2 Ton, 24" W)
1VZ479 (12-16 Ton)
1WA480 (25-30 Ton)
2MQ807 (12-16 Ton, 4'x10')
2OO308 (25-30 Ton, 4'x10')
Ramp Bracket, end mount
1UW188
Ramp Bracket, rail mount
1UW187

Pad connection,
Gutter side
P. 3

Gutter
2DM423

Corner,
Rail & Gutter walls
P. 4, 5

Fork lift slots

Corner,
Rail & Non-gutter Walls
P. 4

### HYDROPADS

| HYDROPADS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-16 TON PADS = 10.25" HEIGHT | | | | | | 25-30 TON PADS = 12.25" HEIGHT | | | | | |
| 8' HYDROPAD - 1VQ386 | | 10' HYDROPAD - 1VP371 | | 12' HYDROPAD - 1VO364 | | 14' HYDROPAD - 1UZ214 | | 16' HYDROPAD - 2IS789 | | 20' HYDROPAD - 2AK627 | |
| TONNAGE | P/N | TONNAGE | P/N | TONNAGE | P/N | TONNAGE | P/N | TONNAGE | P/N | TONNAGE | P/N |
| 2 | N/A | 2 | N/A | 2 | N/A | 2 | 2JP011 | 2 | N/A | 2 | 2JP014 |
| 12 | 1VQ387 | 12 | 1VA224 | 12 | 1VP377 | 12 | 1UZ216 | 12 | 2IT790 | 12 | 2AM640 |
| 16 | 1VQ388 | 16 | 1VQ381 | 16 | 1VP378 | 16 | 1UZ217 | 16 | 2IT791 | 16 | 2AM641 |
| 25 | 1VQ389 | 25 | 1VQ382 | 25 | 1VP379 | 25 | 1UZ218 | 25 | 2IT792 | 25 | 2AM642 |
| 30 | 1VQ390 | 30 | 1VQ383 | 30 | 1VP380 | 30 | 1UZ219 | 30 | 2IT793 | 30 | 2AM643 |

X:\cad\Inventor\8x14 Hydropad\Sales book_R4.idw

1

These products covered by: US patents (6,799,591 B2) (7,258,749, B2)
with additional patents pending

**HE HYDRO ENGINEERING**

## TYPICAL WALL DETAIL

Wall end bracket (right)

| P/N | HEIGHT |
|--------|--------|
| 2MB658 | 4' |
| 2LV591 | 6' |
| 2MB655 | 8' |
| 2MB657 | 10' |

Compression bracket
2LV594

Top panel *

| P/N | LENGTH |
|--------|--------|
| 2NA906 | 6' |
| 2MC665 | 7' |
| 2LV590 | 8' |
| 2MU846 | 10' |

Middle panel *

| P/N | LENGTH |
|--------|--------|
| 2OU365 | 6' |
| 2MC664 | 7' |
| 2LU589 | 8' |
| 2MU849 | 10' |

Wall end bracket (left)

| P/N | HEIGHT |
|--------|--------|
| 2MB659 | 4' |
| 2LV592 | 6' |
| 2MB654 | 8' |
| 2MB656 | 10' |

| P/N | LENGTH |
|--------|--------|
| 2NA907 | 6' |
| 2MC663 | 7' |
| 2LU588 | 8' |
| 2MU847 | 10' |

Bottom panel *

Deflector

\* Gutter side and non-gutter side walls
   will always use 8' panel lengths.

   Railwall panel lengths can vary from
   6' to 10' lengths.

2



These products covered by: US patents (6,799,591 B2) (7,258,749, B2)
with additional patents pending

Gasket

Gutter
2DM423



**PAD CONNECTION - GUTTER SIDE**



Wall gusset bracket
2LZ630

**PAD CONNECTION - NON-GUTTER SIDE**

3



These products covered by: US patents (6,799,591 B2) (7,258,749, B2)
with additional patents pending

**HE**
**HYDRO**
**ENGINEERING**

Non-gutter/rail side deflector (90°)
2LV598

Rail wall middle gusset bracket
2MC661

Wall end bracket, right
2MB655

**CORNER, RAIL AND NON-GUTTER WALLS**

Flip Gutter

Gutter side deflector (45° bend)
2LV597

Gutter seal plate
2MA643
Gutter seal kit
1VF279

Rail wall gusset bracket
2MC660

**CORNER, GUTTER AND RAIL WALLS**

Wall end bracket, left
2MB654

Inside corner bracket

Rail wall gusset bracket
2MC660

Wall gusset bracket
2LZ630

4



These products covered by: US patents (6,799,591 B2) (7,258,749, B2) with additional patents pending

**HE HYDRO ENGINEERING**

**END-MOUNT CONFIGURATION**

SEE DETAIL "B"
Gusset bracket
2MC660

Ramp bracket, end mount
1UW188

Rail wall middle gusset bracket
2MC661

SEE DETAIL "A"
Gusset bracket
2MC660

Mount gusset bracket in existing channel holes

2x 1/2" carriage bolts,
placed from opp. side

Note direction of bends
Gusset bracket, 2MC660

DETAIL "A"

DETAIL "B"

5