**Brett L. Foster, 6089**
bfoster@hollandhart.com
**Mark A. Miller, 9563**
mmiller@hollandhart.com
**Christopher B. Hadley, 14055**
cbhadley@hollandhart.com
**HOLLAND & HART LLP**
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700

*Attorneys for Defendants*
*Hydro Engineering Inc. and CA Cleaning Systems, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PETTER INVESTMENTS, INC. d/b/a RIVEER**, a Michigan corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.,** a Utah corporation; and **CA CLEANING SYSTEMS, INC.,** a California company,<br><br>    Defendants. | **NOTICE OF CORRECTED PAGES FOR JOINT CLAIM CONSTRUCTION APPENDIX (Dkt. 178)**<br><br>Civil Case No. 2:14-CV-00045-DB<br><br>Judge Dee Benson |

      Defendants Hydro Engineering, Inc. and CA Cleaning Systems, Inc. (collectively "Hydro") hereby provide the Court with corrected versions of pages A1-A29 of the Joint Claim Construction Appendix filed December 8, 2014 (Dkt. 178). Hydro recently discovered that the process of adding appendix page numbers to Plaintiff's Final Infringement Contentions caused the red numbers and leader lines on appendix pages A10-A14, A20, A28-A29 to shift and skew. Hydro did not appreciate the fact that those lines and numbers were not permanently affixed to

the document at the time it placed the appendix page numbers. Accordingly, Hydro hereby provides the Court with corrected pages A1-A29 (attached) corresponding to Plaintiff's Final Infringement Contentions for replacement of the original A1-A29 pages in the Joint Claim Construction Appendix.

Dated this 24th day of February, 2015.

        HOLLAND & HART LLP

        /s/ Mark A. Miller
        Brett L. Foster
        Mark A. Miller
        Christopher B. Hadley

        *Attorneys for Defendants*
        *Hydro Engineering Inc. and*
        *CA Cleaning Systems, Inc.*

7567604_1