Stephen M. Lobbin (admitted *pro hac vice*)
**One LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California  92660
Tel:  949.502.2870

Mark W. Ford (10659)
Rachel Jacques (13250)
**Maschoff Brennan**
1389 Center Drive, Suite 300
Park City, Utah  84098
Tel:  435.575.1387

*Attorneys for Plaintiff Petter Investments, Inc. d/b/a RIVEER*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **PETTER INVESTMENTS, INC.** d/b/a **RIVEER**, a Michigan corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.**, a Utah corporation, and **CALIFORNIA CLEANING SYSTEMS**, a California company,<br><br>    Defendants. | NOTICE OF CONVENTIONAL FILING RE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT MEMORANDUM DECISION AND ORDER (Dkt. No. 216)<br><br>Civil Case No. 2:14-CV-00045<br><br>Honorable District Judge Dee Benson |
| AND RELATED COUNTERCLAIMS | |

**PLEASE TAKE NOTICE THAT** plaintiff Petter Investments, Inc. d/b/a Riveer ("Riveer") has conventionally filed the original and one copy of the following documents, paper or other material under seal:

1. Riveer's "Reply in Support of Plaintiff's Motion for Reconsideration of Summary Judgment Memorandum Decision and Order (Dkt. No. 216)" and accompanying Exhibits A and B. These documents have not been filed electronically because they contain attorneys' eyes only information. Riveer adopts and incorporates herein the Declaration of Mark W. Ford Regarding Filing Under Seal in support of filing these documents under seal.

Dated: March 6, 2015                                   Respectfully submitted,

                                                                **Maschoff Brennan**

                                                                /s/ *Mark W. Ford*
                                                                Mark W. Ford