Stephen M. Lobbin (admitted *pro hac vice*)
**One LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California  92660
Tel:  949.502.2870

Mark W. Ford (10659)
Rachel Jacques (13250)
**Maschoff Brennan**
1389 Center Drive, Suite 300
Park City, Utah  84098
Tel:  435.575.1387

*Attorneys for Plaintiff Petter Investments, Inc. d/b/a RIVEER*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **PETTER INVESTMENTS, INC.** d/b/a **RIVEER**, a Michigan corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.**, a Utah corporation, and **CALIFORNIA CLEANING SYSTEMS**, a California company,<br><br>    Defendants. | **DECLARATION OF MARK W. FORD REGARDING FILING UNDER SEAL**<br><br>Civil Case No. 2:14-CV-00045<br><br>Honorable District Judge Dee Benson |
| AND RELATED COUNTERCLAIMS | |

I, Mark W. Ford, hereby declare under penalty of perjury that the following is true and correct:

1. I am counsel for plaintiff Petter Investments, Inc. d/b/a Riveer ("Riveer") in the above-captioned matter.

2. I have personal knowledge of the statements forth herein and if called to testify, I would testify according to the statements set forth herein.

3. Riveer's "Reply in Support of Plaintiff's Motion for Reconsideration of Summary Judgment Memorandum Decision and Order (Dkt. No. 216)" ("Reply") and exhibits A and B should be filed under seal because they contain information designated as CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY under the Court's Standard Protective Order.

4. Exhibit A to the Reply is a true and correct copy of excerpts from the deposition of Alan McCormick, taken December 12, 2014, which was contains attorneys eyes only information that should be filed under seal.

5. Exhibit B to the Reply is a true and correct copy of excerpts from the deposition of Robert D. Felice, taken December 11, 2014, which was contains attorneys eyes only information that should be filed under seal.

6. Pursuant to DUCivR 5-2 (e)(1)(B), and to allow non-protected material to be accessible, a redacted version of the Reply will be filed within fourteen (14) days of filing the sealed version.

EXECUTED this 12th day of March, 2015 in Salt Lake City, Utah.

By: /s/ *Mark W. Ford*  
Mark W. Ford