Stephen M. Lobbin (admitted *pro hac vice*)
**One LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California  92660
Tel:  949.502.2870

Mark W. Ford (10659)
Rachel Jacques (13250)
**Maschoff Brennan**
1389 Center Drive, Suite 300
Park City, Utah  84098
Tel:  435.575.1387

*Attorneys for Plaintiff Petter Investments, Inc. d/b/a RIVEER*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **PETTER INVESTMENTS, INC.** d/b/a **RIVEER**, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.**, a Utah corporation, and **CALIFORNIA CLEANING SYSTEMS**, a California company,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFF RIVEER'S MOTION REQUESTING LEAVE TO SERVE ITS AMENDED FINAL INFRINGEMENT CONTENTIONS**<br><br>(LPR 3.4)<br><br>Civil Case No. 2:14-CV-00045<br><br>Judge Dee Benson |

1

WITH GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiff Riveer's Motion Requesting Leave to Serve Its Amended Final Infringement Contentions ("Motion") is hereby GRANTED.

Riveer promptly may serve its Amended Final Infringement Contentions submitted with the Motion.

Signed: _____, 2015          BY THE COURT:

                                                                                                                                              _____
Honorable Judge Dee Benson

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document—**[PRPOSED] ORDER GRANTING PLAINTIFF RIVEER'S MOTION REQUESTING LEAVE TO SERVE ITS AMENDED FINAL INFRINGEMENT CONTENTIONS**—to be filed via the Court's CM/ECF system and thereby served as follows:

    Brett L. Foster, 6089
    bfoster@hollandhart.com
    Mark A. Miller, 9563
    mmiller@hollandhart.com
    Christopher B. Hadley, 14055
    cbhadley@hollandhart.com
    **Holland & Hart LLP**
    222 S. Main Street, Suite 2200
    Salt Lake City, Utah 84101

Dated:  April 10, 2015              /s/ Stephen M. Lobbin