Brett L. Foster, 6089
bfoster@hollandhart.com
Mark A. Miller, 9563
mmiller@hollandhart.com
Christopher B. Hadley, 14055
cbhadley@hollandhart.com
**HOLLAND & HART LLP**
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700

*Attorneys for Defendants*
Hydro Engineering Inc. and
CA Cleaning Systems, Inc.

Stephen M. Lobbin (admitted *pro hac vice*)
**ONE LLP**
4000 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Tel: 949.502.2870

Mark W. Ford (10659)
Rachel Jacques (13250)
**MASCHOFF BRENNAN**
1389 Center Drive, Suite 300
Park City, Utah 84098
Tel: 435.575.1387

*Attorneys for Plaintiff* Petter
Investments, Inc. d/b/a RIVEER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PETTER INVESTMENTS, INC. d/b/a RIVEER**, a Michigan corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.,** a Utah corporation; and **CALIFORNIA CLEANING SYSTEMS, INC.,** a California company,<br><br>    Defendants. | **JOINT STIPULATED MOTION FOR ADJUDICATION OF PLAINITFF'S SECOND AND THIRD CLAIMS FOR RELIEF**<br><br>Civil Case No. 2:14-CV-00045-DB-DBP<br><br>Judge Dee Benson |

In view of the rulings made in the Court's March 27, 2015 Claim Construction Order (*see* Dkt. No. 235) and the pending summary judgment motions (*see* Dkt. Nos. 181, 184), but without waiving its right to appeal those rulings and any others in this action, Plaintiff Petter Investments, Inc. ("Riveer") moves hereby for an adjudication of non-infringement on its Second and Third Claims for Relief. See Dkt. No. 65 at 11-14 (Second Amended Complaint).

Specifically, Riveer's Second Claim for Relief asserted infringement by Defendants Hydro Engineering, Inc. and CA Cleaning Systems, Inc. ("Hydro") of U.S. Patent No. 8,499,774 ("the '774 patent"). Hydro filed a motion for summary adjudication that its accused infringing "Drag Conveyor" product does not infringe the '774 patent (*see* Dkt. No. 181), and in view of the Court's March 27, 2015 Claim Construction Order, Riveer agrees herby to an adjudication of non-infringement. Similarly, Riveer's Third Claim for Relief asserted infringement by Hydro of U.S. Patent No. 8,506,720 ("the '720 patent"). Hydro filed a motion for summary adjudication that its accused infringing "Drive-In Clean Out Tray" product does not infringe the '720 patent (*see* Dkt. No. 184), and in view of the Court's March 27, 2015 Claim Construction Order, Riveer agrees herby to an adjudication of non-infringement.

Hydro joins and stipulates to Riveer's requested adjudication, and expressly reserves the right to present any and all grounds set forth in its pleadings, including its summary judgment and claim construction briefing, in support of this requested judgment on appeal. Therefore, the parties jointly request that this Court adjudicate Riveer's Second and Third Claims for Relief as follows, in view of the Court's March 27, 2015 Claim Construction Order: Hydro's accused infringing "Drag Conveyor" product does not infringe the '774 patent, and Hydro's accused infringing "Drive-In Clean Out Tray" product does not infringe the '720 patent.

Dated this 24th day of April, 2015.

| | |
|---|---|
| /s/ Mark A. Miller | /s/ Stephen M. Lobbin |
| Brett L. Foster | Stephen M. Lobbin |
| Mark A. Miller | **ONE LLP** |
| Christopher B. Hadley | |
| **HOLLAND & HART, LLP** | *Attorneys for Plaintiff* |
| | |
| *Attorneys for Defendants* | |