# Motion for Summary Judgment Hearing

Petter Investments, Inc. v. Hydro Engineering, Inc.

April 29, 2015

2:14-CV-00045

1

# Topic 1 – "frame"

- Hydropad Frame Walls
    - Function, Way, Result of "the walls shown as Element 2"
        - Four identified walls *not* all weight bearing (side gutter)
        - Four identified walls do *not* form a basin with bottom surface
        - Four identified walls do *not* enclose an area filled by the top surface

11

# Topic 2 – "bottom surface"

- Hydropad Impervious Top Channels/Grooves
  - Function /Result
    - Direct water and debris across washing surface to side trough
    - Do *not* collect water and debris
    - Function is substantially different – Noninfringement
  - Way
    - Integral part of the corrugated washing surface
    - Resides *above* the frame walls
    - Does *not* combine with frame walls to define a basin below washing surface
    - Does *not* intersect the bottom portion of the frame walls
    - Way is substantially different – Noninfringement

18

# Topic 3 – "grate"

- Hydropad Impervious Top Surface
  - Function/Way
    - Supports vehicle to the *side* of collection trough
    - Does *not* support the vehicle "above" a basin
    - Function and way are substantially different – Noninfringement



25

# Topic 3 – "grate"

- Hydropad Impervious Top Surface
    - Function/Way
        - Directs water/debris *across* wash surface to a side trough
        - Does *not* allow water through into basin below vehicle
        - Function/way are substantially different – Noninfringement



26

# Topic 3 – "grate"

- Hydropad Impervious Top Surface
  - Result
    - Permits clean-out without moving vehicle/wash surface
    - Does *not* allow clean-out during washing process
    - Result is substantially different – Noninfringement



27