Brett L. Foster, 6089
bfoster@hollandhart.com
Mark A. Miller, 9563
mmiller@hollandhart.com
Christopher B. Hadley, 14055
cbhadley@hollandhart.com
**HOLLAND & HART LLP**
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700

*Attorneys for Defendants*
Hydro Engineering Inc. and
CA Cleaning Systems, Inc.

Stephen M. Lobbin (admitted *pro hac vice*)
**ONE LLP**
4000 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Tel: 949.502.2870

Mark W. Ford (10659)
Rachel Jacques (13250)
**MASCHOFF BRENNAN**
1389 Center Drive, Suite 300
Park City, Utah 84098
Tel: 435.575.1387

*Attorneys for Plaintiff* Petter
Investments, Inc. d/b/a RIVEER

FILED
U.S. DISTRICT COURT
2015 MAY 28  A 11: 45
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PETTER INVESTMENTS, INC. d/b/a RIVEER**, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**HYDRO ENGINEERING, INC.**, a Utah corporation; and **CALIFORNIA CLEANING SYSTEMS, INC.**, a California company,<br><br>Defendants. | [PROPOSED] **ORDER GRANTING JOINT STIPULATED MOTION FOR ADJUDICATION OF PLAINTIFF'S SECOND AND THIRD CLAIMS FOR RELIEF**<br><br>Civil Case No. 2:14-CV-00045-DB-DBP<br><br>Judge Dee Benson |

## ORDER

Pursuant to the parties' stipulated motion in view of this Court's March 27, 2015 Claim Construction Order (Dkt. No. 235), IT IS HEREBY ORDERED:

1. On Plaintiff Riveer's Second Claim for Relief, the Hydro Defendants' accused infringing "Drag Conveyor" product does not infringe the asserted U.S. Patent No. 8,499,774.

2. On Plaintiff Riveer's Third Claim for Relief, the Hydro Defendants' accused infringing "Drive-In Clean Out Tray" product does not infringe the asserted U.S. Patent No. 8,506,720.

In view of the foregoing and the Court's prior summary judgment orders, the Court hereby enters summary judgment in Hydro's favor on Plaintiff Riveer's Second and Third Claims for Relief.  IT IS SO ORDERED.

Signed: 22 May, 2015

BY THE COURT: Dee Benson