1                IN THE UNITED STATES DISTRICT COURT

2                        DISTRICT OF UTAH

3                        CENTRAL DIVISION

4

5    PETTER INVESTMENTS, a Michigan    )

6    corporation doing business as     )

7    Riveer,                           )

8              Plaintiff,              )

9    vs.                               )   CASE NO. 2:14-CV-45DB

10   HYDRO ENGINEERING, a Utah         )

11   corporation, et al.,               )

12             Defendants.             )

13   _____)

14

15             BEFORE THE HONORABLE DEE BENSON

16             -------------------------------

17                    February 12, 2015

18

19                    Tutorial Hearing

20

21

22

23

24

25

```
1                    A P P E A R A N C E S

2

3

     For Plaintiff:              STEPHEN M. LOBBIN
4                                2020 Main Street
                                 Suite 600
5                                Irvine, California

6                                MARK FORD
                                 1389 Center Drive
7                                Suite 300
                                 Park City, Utah

8

9

10

11   For Defendant:             MARK MILLER
                                 BRETT FOSTER
12                               222 South Main Street
                                 Suite 2200
13                               Salt Lake City, Utah

14

15

16

17

18

19

20

21

22   Court Reporter:            Ed Young
                                 351 South West Temple
23                               Room 3.302
                                 Salt Lake City, Utah 84101-2180
24                               801-328-3202

25
```

```
 1    February 12, 2015                              2:00 p.m.

 2                      P R O C E E D I N G S

 3

 4         THE COURT:  Good afternoon.

 5         We're here in Petter Investments, Inc. against

 6    Hydro Engineering, Inc.  The case number is 14-CV-45.  Brett

 7    Foster is here with Mark Miller and they represent the

 8    defendant, Hydro Engineering.

 9         Is it Mr. Lobbin?

10         MR. LOBBIN:  Yes, Your Honor.

11         THE COURT:  Mr. Stephen Lobbin.

12         Is this Mr. Ford?

13         MR. FORD:  Yes, Your Honor.

14         THE COURT:  Mr. Mark Ford is here also

15    representing the plaintiff, Petter Investments.

16         Let me hear who else is here and wants to make an

17    appearance.

18         MR. LOBBIN:  Sure, Your Honor.  For the plaintiff,

19    Riveer, we have Matt Petter, who is the president of the

20    company, and who was here last time in November, as well as

21    Jessica Garcia from Mr. Ford's firm to help us with some of

22    the technology if necessary.

23         THE COURT:  Okay.

24         MR. LOBBIN:  And then Dr. David Paulus, who is an

25    expert and who has submitted declarations on the claim
```

1    construction issues, is also here.  Depending on how formal

2    or informal Your Honor wishes to proceed, they can also

3    answer questions similar to the last time when you asked

4    Mr. Petter a question on some issues.

5            THE COURT:  All right.  Thank you, Mr. Lobbin.

6            Mr. Miller, who do you have with you?

7            MR. MILLER:  We have Jim and Alan McCormick from

8    Hydro Engineering.

9            THE COURT:  Nice to have you here.

10           We're here for a tutorial offered by the plaintiff

11   and I am happy to be educated.

12           Tell me how you plan to proceed, Mr. Lobbin.

13           MR. LOBBIN:  Thank you, Your Honor.

14           We are interested in educating the Court on this

15   industry and some of the background of the technology,

16   showing the Court what some of the products and systems are

17   that these companies make and sell and have innovated, and

18   introduce some of the terms that come into play when

19   discussing these patents.  I'm not sure how much of that

20   Your Honor wants, so we have prepared a presentation that

21   shows you some of the implementations of the various

22   products and systems that Riveer does, and we have also

23   prepared an animation to show sort of the history of the

24   products at issue in the case.

25           I will be pausing these videos to maybe elaborate

1    on some of the things that you are seeing and, of course, at

2    any point you can say, depending on your familiarity with

3    the case already, that you may have seen enough or don't

4    need more of it.

5             THE COURT:  Okay.  Ron, why isn't this screen up

6    here working, on the clerk's desk?  I'm just looking at the

7    one that is not working.

8             Can you lower that intermediate shade?  It is kind

9    of glaring.

10            MR. LOBBIN:  The idea would be that at the end of

11   the tutorial, Your Honor would have a good sense for kind of

12   what these companies are all about and what they do besides

13   the particular items that you see when you review these

14   patents.  In doing so, it will help elaborate on the

15   specifics that are in the patents.

16            (WHEREUPON, the tutorial was begun.)

17            UNIDENTIFIED SPEAKER:  How can we stop the

18   estimated 500 million tons of metals, solvents, sludge and

19   other waste that flow into municipal storm water systems or

20   groundwater every year by activities as simple as washing a

21   car?  By ensuing that the wash water is recovered, filtered

22   and treated before it can cause harm in a wash water

23   recovery system from the world's leader in environmental

24   solutions, Riveer.

25            UNIDENTIFIED SPEAKER:  Typically we're filtering

1    waste water from washing operations where we'll have a lot

2    of heavy solids, oils and greases and sometimes microbial.

3    The customers come to us with a washing problem.  They have

4    an object or objects that they want to either wash or treat

5    in some manner with water, so if we have a construction

6    equipment company, we are washing mud and grease off.  If we

7    have a company that is making parts, they might be just

8    washing welding slag off and machine oil, and we have

9    developed several systems for washing airplanes and aircraft

10   of different types, everything from B-52 bombers to Apache

11   and Black Hawk and helicopters, municipal salt truck washing

12   and municipal yards washing municipal trucks, street

13   sweepers, garbage trucks, that kind of equipment.  We are

14   helping our customers clean in an environmentally compliant

15   manner.

16            UNIDENTIFIED SPEAKER:  Riveer is the pioneer and

17   leader in engineered wash water recovery systems with more

18   than 1,000 wash water reclamation, filtration and treatment

19   systems around the world.  Each wash water recovery system

20   is designed, built and installed to meet specific

21   requirements, including type and volume of wash water,

22   affluent characteristics, level of filtration, type of

23   treatment and disposal, requirements that vary from state to

24   state, country to country.

25            UNIDENTIFIED SPEAKER:  The Riveer company has a

1   presence around the world.  We have distribution in the

2   Middle East and all through southeast Asia and Australia,

3   heavily concentrated in the United States.  We service all

4   of the equipment that we sell.  We have a worldwide service

5   presence and our customers are very confident when they buy

6   from us that they can reach us any time, 24 hours a day,

7   seven days a week, to get support for their equipment.

8          UNIDENTIFIED SPEAKER:  The Riveer manufacturing

9   process is I.S.O. 9001 certified with single source control

10  over system engineering, manufacturing and installation.

11          (WHEREUPON, the tutorial was paused.)

12          MR. LOBBIN:  Just quickly, Your Honor, this is a

13  picture for Riveer's actual facility.  Of course, they are a

14  Michigan company so it is out there in Michigan.

15          (WHEREUPON, the tutorial was begun.)

16          UNIDENTIFIED SPEAKER:  We cut, bend and weld

17  steel.  We pretreat all of our steel before we powder coat

18  it.  We have a U.L. certified control paneling building

19  capacity.  We have eight inventor auto C.A.D. seats with

20  engineers working not around the clock but certainly long

21  days.

22          UNIDENTIFIED SPEAKER:  We build our equipment out

23  of building blocks that are fairly fundamental, and we do

24  them in different arrangements so that we make sure that it

25  is a supportable product, but we can do very large wash

1    areas, very large rinse areas, so we can move 3,000 gallons

2    a minute or we can go down to something that is small and

3    fairly portable like our total aircraft wash system.  We are

4    the only company that has gone out and studied the clear

5    water rinse need, and what we have found is that there was a

6    need to go out and create a standard, study what works, and

7    then create a solution based upon what is preferred now.

8            UNIDENTIFIED SPEAKER:  We build really interesting

9    equipment.  We are always trying to find a way to filter

10   something better, easier, quicker, and we're finding ways to

11   make better wash racks that do more for the customer, that

12   are more automated so when you look at that, you go this

13   really does a great job.

14           UNIDENTIFIED SPEAKER:  Keep your organization in

15   compliance.  Find out more about the many engineered wash

16   water recovery systems from Riveer.

17           (WHEREUPON, the tutorial was paused.)

18           MR. LOBBIN:  Your Honor, the purpose of the

19   tutorial is not to argue about the claims and all that

20   stuff, but to introduce the area of technology, and although

21   it is a bit of a marketing piece, I think it paints a fair

22   representation of what the company does.  Perhaps you're

23   familiar with what a wash rack looks like, but you could see

24   in that video some wash racks that are used in various

25   applications to wash things from, you know, a small piece of

1    equipment all the way up to a big helicopter, a military

2    helicopter that is washed on a pad that is installed on a

3    runway perhaps on a military base.

4           Now we're going to get into some of the specifics

5    about wash racks.

6           This is obviously a dirty piece of equipment that

7    needs washing.

8           (WHEREUPON, the tutorial was begun.)

9           UNIDENTIFIED SPEAKER:  The Riveer Mud Master is a

10   deployable, closed loop washing system featuring six-foot

11   overspray walls and up to four 18 foot by 42 foot

12   drive-through wash pad lanes.  Mud Master's two

13   high-pressure water cannons and foam guns have 75 available

14   feet of hose.  The automatic undercarriage rinse and wheel

15   wash system features 30 high flow nozzles.  The water

16   filtration system begins when an automatic mud conveyor

17   dumps mud into the portable hopper for proper disposal.

18   Water then passes into a 450-gallon solid settling tank

19   where a skimmer removes any oil and grease.

20          (WHEREUPON, the tutorial was paused.)

21          MR. LOBBIN:  This is the filtration system that is

22   part of the closed loop that has the water go all the way

23   through and back.

24          (WHEREUPON, the tutorial was begun.)

25          UNIDENTIFIED SPEAKER:  The water is purified by a

1    nominal rated filtration system down to 30 microns.  The

2    water is further purified by an absolute filtration system.

3    The filtered water is separated into a 5500-gallon tank that

4    supplies the 3,600 P.S.I. four G.M.P. hot water pressure

5    washers.  These pressure washers deliver unmatched cleaning

6    power that allows Mud Master to wash a high volume of

7    vehicles in an efficient manner.  Contact Riveer for

8    additional information.

9              (WHEREUPON, the tutorial was paused.)

10             MR. LOBBIN:  That gives you an idea of the wash

11   rack system and how it is a closed loop, where the water

12   goes from the gun to the thing being washed, and it goes

13   down into these gutters and up the conveyor, and the mud

14   gets separated from the fluid, the fluid gets filtered, and

15   then back through so that there can be an environmentally

16   safe system in recovering the water.

17             Now, this one will go into more of how these

18   things are constructed.

19             (WHEREUPON, the tutorial was begun.)

20             UNIDENTIFIED SPEAKER:  The purpose of the system

21   is to wash and inspect equipment prior to bringing it back

22   to the United States.  The U.S.D.A. requires all equipment

23   to be washed to make sure there is no dirt on the equipment

24   that could bring harmful bacteria, microbes or even invasive

25   species coming back here and being a problem for U.S.

1    farmers.

2          The system consists of seven individual I.S.O.

3    containers, 20-foot containers that hold a large number of

4    racks and ramps.

5          UNIDENTIFIED SPEAKER:  The system is completely

6    deployable.  Everything fits in a 20-foot I.S.O. container,

7    all the wash racks, the pad, the ramps.  Everything will

8    fold up and fit within the 20-foot container so that you can

9    ship it anywhere you want.

10          UNIDENTIFIED SPEAKER:  The wash ramp will hold

11    160,000 pounds, which is what a typical Army tank weighs.

12    The ramps are organized in such a way that you can put all

13    military equipment up on there from the smallest Jeep to the

14    largest tank.

15          Riveer Company is the only company that really has

16    taken the mud issue to heart.  Most wash racks get

17    overwhelmed with mud very quickly.  Riveer Company is the

18    only company that is offering a water cannon with an above

19    ground wash rack.  We know that the users need to have a

20    good tool for cleaning their equipment, and getting mud out

21    of the undercarriage of a tank is not going to be easy to do

22    with a pressure washer.

23          There is a lot of water to maintain, and we know

24    how to do it.  There is a lot of mad to capture, and we know

25    how to do that too.  We still provide hot water pressure

1    washers for touch-up cleaning, but the main work is done

2    with the water tank.

3         The Riveer wash rack is the only wash rack that

4    comes with built in conveyors to automatically take the mud

5    and put it into hoppers.  Other wash racks that don't have

6    conveyors or some means of getting the mud off typically

7    fill up with mud rather quickly, and then the users have to

8    find something to do with the mud, find some way to remove

9    the mud, and frequently the systems just get shut down.

10         In addition to the racks, there is a complete

11   recycling system to capture and recycle the water.  It is

12   fully automatic.  It backwashes whenever it needs to

13   backwash.  It injects ozone 24-seven to kill bacteria.  They

14   are all Alan Bradley electrical components that are

15   supported worldwide.  It is all stainless steel so there is

16   no corrosion issues with our filtration system.  It has oil

17   skimmers to skim oil off.  It really can maintain itself

18   with just very minimal monitoring.

19         This deployable system is totally stand-alone.  It

20   comes with 4,000 gallons of water holding capacity, plus a

21   Cat diesel generator that runs on J-P-8 fuel at elevations

22   of up to 7,500 feet.  The statement of work requires that

23   the system be up and operating within six hours, and we have

24   found that we can do that in about half the time, so we can

25   have it up and running in about three hours.

1         MR. LOBBIN:  Here you see a crew installing a wash

2    rack system out of those I.S.O. containers, those big

3    containers that you see on trucks on the highway.  They

4    bring that modular mobile system to a location, and here

5    they are installing the wash rack and those walls, and they

6    are called overspray walls so that you can capture the water

7    that sprays off the item being washed and keep it inside

8    that closed system.

9         There they are joining the modular pieces of the

10   wash rack together so that you can make it any size that is

11   needed depending on the application you're using it for.

12        (WHEREUPON, the tutorial was paused.)

13        Finally, we have got an animation that we put

14   together to sort of talk --

15        MR. MILLER:  Your Honor, I have one objection to

16   make.

17        THE COURT:  Okay.

18        MR. MILLER:  We were e-mailed about a dozen of

19   these marketing videos yesterday, and they fall outside what

20   I consider a technology tutorial, and 80 percent of the

21   stuff they are showing has nothing to do with the patented

22   technology.  This animation here is something that we have

23   never seen before.  I don't know who made it.  It was

24   created to probably illustrate their infringement position.

25   It seems to go into the realm of argument and not a

```
 1    technology tutorial.

 2            I just wanted to make an objection for the record

 3    on that.

 4            THE COURT:  What does making an objection for the

 5    record mean?

 6            MR. MILLER:  Well, the rules about tutorials --

 7            THE COURT:  Do you have an objection or do you

 8    just make it for the record, some obscure record, whatever

 9    this record is.  I never understand what that means.  You

10    usually make something for the record if you have not liked

11    the ruling the Court has given you.

12            MR. MILLER:  The purpose of my objection is to

13    point out that it shouldn't be an argument point and that

14    this is not evidence, and it shouldn't be able to be used in

15    the summary judgment proceedings or claim construction

16    proceedings.  That is all.

17            THE COURT:  Okay.  Well it is not being used in

18    those proceedings now, so I'm not sure that I have anything

19    to rule on, but I have heard what you have said.

20            You did say earlier on that you didn't see this?

21    Have you not seen it until now?

22            MR. MILLER:  I saw it yesterday.

23            THE COURT:  Okay.  Well, let's watch it and if

24    later it occurs that it is being used in connection with a

25    legal argument that you think is inappropriate, then I could
```

1    hear you then.

2              Go ahead.

3              MR. LOBBIN:  Thank you, Your Honor.

4              It is sometimes hard to separate the two, and so

5    I'm doing my best to show -- let me preface the animation by

6    explaining that we made it, the Riveer Company made it using

7    a C.A.D. system, and it is intended to show the evolution

8    over time of these wash racks, you know, including the

9    accusing infringing wash rack.  While it is intended to show

10   some of the products at issue, and I am not arguing about

11   it, I am just showing our perspective on how this field has

12   evolved over time.

13             (WHEREUPON, the tutorial was begun.)

14             MR. LOBBIN:  So the first implementation you see

15   is -- maybe I should have backed it up a little -- you saw

16   the red surface drop down in between those four walls that

17   we would call a frame.  Frame, obviously, is one of the

18   terms used in the patent, but I'm not arguing about what a

19   frame is.  I'm just showing you an example of what could be

20   a frame.

21             The red plate that you saw drop down into that

22   frame would be a surface that catches the water and the

23   debris that falls in between that grading that you see now

24   and the green.  Water and debris would fall in between those

25   spaces in the grating and onto that plate that is below.  I

1   am not trying to say what is or isn't Hydro's, or what is or

2   is not Riveer's, but this is our understanding of the

3   technology as it existed in the 2000 time frame, so, many

4   years ago.

5           Obviously the red plate plus the grating are two

6   different pieces.  The pieces of metal would be the grating

7   and the separate piece below it is for the basin plate.

8           Now we're looking at water.

9           Now we're looking at the grating being tilted up

10  so that someone can go in there with a shovel or whatever to

11  pull out the solid debris.  Then you see at the lower right

12  there, there is a tube and a draining fitting to pull out

13  the liquid debris.  The wash water goes out the tube and the

14  solid debris gets taken out physically by lifting up the top

15  piece of the two-piece grate basin construction.  You can

16  see that here.

17          Now what we're seeing is that that first wall has

18  been pulled apart, not because that is what happened, but

19  just to show you what is happening behind it.  What is

20  happening behind it is that second piece, that basin plate

21  is being brought up to meet the grating.  So now you still

22  have a two-piece grate and basin plate, but instead of being

23  separated, they are actually two pieces that are welded

24  together and brought together to form basically a single

25  structure, made out of two pieces but a single structure

 1    that still has the grating and the spaces in between and has

 2    the plate immediately beneath it.

 3           How is that different?  Well, the difference is

 4    the water and the debris are not falling down into that

 5    space within that frame.  What they are doing is they are

 6    staying on top between those grate spaces on that basin

 7    plate.

 8           Now they need somewhere to go.  Well, where do

 9    they go?  A side trough is added.  A separate component is

10    brought in and added to the side of that grating, and the

11    water and debris now can flow with gravity into that side

12    trough.  How do they do that?  You put it on a slight slope

13    or you put in what is called a shim.  A shim is just a

14    kickstand or a piece of wood or something -- of course this

15    is heavy equipment, so it would be much heavier than that,

16    but it would be something to create a non-level surface.

17           That flow goes into the side trough.  The fitting

18    there that you see at the front of the picture, now the wash

19    water is drawn out of that side trough through that drainage

20    fitting.  Now we have two separate pieces to the structure,

21    the wash rack itself and the side trough.  We still have the

22    two separate pieces of the grate and the basin plate that

23    are welded together.  You see the draining going on there.

24           Now, that separate piece, that separate side

25    trough is taken out and now we have the next step in the

1    evolution of these products, and we're going to make a side

2    trough as an integral part of this wash rack.  Okay.  This

3    touches on the laches issue that Your Honor heard all about

4    last fall, and I know there has been a ruling on that, and

5    so we are not going to argue about that, but the context of

6    what I'm showing you here is apropos of those arguments that

7    you have already heard.

8              So now we have got a side trough that is integral

9    with the entire frame, the entire wash rack, and so instead

10   of having a separate piece, you have got the drainage

11   fitting there draining water out of the side trough that is

12   part of one of the exterior walls of the wash rack, and you

13   have got the same grating and basin plate welded together to

14   form the surface on which the wash fluid and debris are

15   directed toward that side trough.

16             Now, finally, what is happening here?  Well, you

17   recall so far we have had a basin plate with the grating

18   welded onto it as a two-piece design that has been put

19   together.  So now we're taking off those welded grating

20   pieces and we are replacing it with one piece of steel that

21   has been formed into a shape of peaks and valleys, if you

22   will.

23             If you look at it from the side, you have got

24   corrugation essentially, and you have got a surface, and at

25   the peaks, where the vehicle or whatever you are washing

```
 1    sits, then you have got interstices in between those peaks

 2    and valleys, if you will, that become the channels through

 3    which water and solids are directed toward that side trough.

 4              You can see that here.

 5              So once this design was on the market, that is

 6    when in terms of the 298 patent Riveer began believing that

 7    there was infringement of that patent.

 8              Thank you, Your Honor, for your indulgence.  I

 9    hope that was helpful, and certainly we can answer any

10    questions that you have about the presentation.

11              THE COURT:  I don't have any right now.

12              Do you have anything else to present or is that

13    it?

14              MR. LOBBIN:  Not us.

15              THE COURT:  Were you planning to present anything

16    today, Mr. Miller?

17              MR. MILLER:  I had a little bit, and I had some

18    charts for tutorial purposes, and I could present them if

19    the Court wants anymore tutorial.

20              THE COURT:  Well, it is entirely up to you.

21              I would like my truck washed.  That would be nice.

22              MR. LOBBIN:  By the way, Your Honor, we have a

23    jump drive with these files on it for you, if you would like

24    to take those back to chambers with you.

25              THE COURT:  On that last one that you showed me,
```

1   you said that gravity was causing water to flow from the

2   right as we were looking at it to the left into the trough.

3          MR. LOBBIN:  Yes.

4          THE COURT:  How did it get into the trough?  I was

5   never clear on that.  Does it come to a wall and then there

6   is an opening at the bottom of the wall or what?  I was not

7   clear on how it got out of the green into the red.

8          MR. LOBBIN:  It is just like a corrugated tin roof

9   that you see, you know, on a house.  It just falls off.

10         THE COURT:  I didn't see the blue flowing over the

11  top of that wall, I guess, and that is what it was doing?

12         MR. LOBBIN:  Yes.  It is sitting on top of that

13  frame, so that even the trough portion where the water

14  channels are is still at a higher elevation, once you get to

15  that point, than the frame wall, so it just falls right into

16  the trough.

17         THE COURT:  I just didn't see the blue going

18  over --

19         MR. LOBBIN:  I think it was a function of the

20  C.A.D. program that didn't show that flow specifically.

21         THE COURT:  It was filling up, but I didn't see

22  how and you said it was gravity.  That makes sense.

23         MR. MILLER:  That was going to be one of my points

24  on that video is that it made it look like it filled up from

25  the bottom.

```
 1                    THE COURT:  Yes.

 2                    MR. MILLER:  It just goes over the side like a

 3      waterfall.

 4                    THE COURT:  You should fix your graphic to have

 5      the blue spilling over.

 6                    MR. LOBBIN:  Yes.  We had our best experts on it

 7      and that is all they could come up with.  I apologize.

 8                    THE COURT:  It does make it look like it is kind

 9      of filling up from the bottom.

10                    MR. LOBBIN:  What happened there?

11                    UNIDENTIFIED SPEAKER:  Like a waterfall.

12                    THE COURT:  Like a waterfall.  That makes a lot of

13      sense.  Thank you.

14                    Mr. Miller, you have gone low tech, have you?

15                    MR. MILLER:  I have gone low tech here.

16                    Honestly, Your Honor, the technology in this case

17      is not that complex.  We're talking about steel and gravity.

18      There are basic principles.  All you need when you're

19      washing stuff is you need a place to wash it, and you need a

20      place to collect the overwash and debris, and then you need

21      something post collection to treat it.

22                    If you go to tab A -- by the way, this binder has

23      my demonstratives I will use for both this and claim

24      construction, so tabs B, C and D I guess we can hit when we

25      get into claim construction.
```

1        I agree with Mr. Lobbin that it is hard to go

2   through a tutorial without spilling over into argument,

3   because the technology is so simple that you just start

4   talking about your positions.  I have no problem if we just

5   dive right into argument today really.

6        The history of the industry is you have inground

7   wash pads, and that is how it started, and you would have to

8   have an inground sump or basin that was dug into the ground,

9   with concrete, that collects everything.  That is how the

10  washing systems used to be made and some still are.  They do

11  big concrete in ground systems today.  They require a lot of

12  permitting and they require environmental regulations that

13  require E.P.A. approvals and construction and they are

14  permanent.

15       The industry gravitated to portable wash pads.  In

16  the 1990s, if you go to page 3 under tab A, in the 1990s you

17  have the grate over a basin style.  The animation Mr. Lobbin

18  showed you showed the beginning of a grate over a basin.

19  Riveer got patents on those.  Riveer's patents came out in

20  2000, filed in '97.

21       If you go to the next page, and one of the

22  problems with these, which Mr. Lobbin pointed out too, is

23  that when you have got a basin sitting under a grate

24  collecting all of this stuff, it is hard to clean them out.

25  You can attach hoses to the side, as you can see in these

1   pictures, and you can suck out the water, but that does not

2   clean them out.  There is a lot of mud and dirt that sits in

3   there and you have to lift up the grates, and you have to

4   take the car off the grate, and then you have to shovel it

5   out.

6           So in about 2000, the year 2000, if you go to the

7   next page, Hydro created, as Mr. Lobbin showed you, took the

8   plate and brought it up to the top of the frame, welded it

9   to the rails and created an impervious wash surface.  They

10  wanted to avoid having stuff fall through the wash surface,

11  and instead cause it to flow across to a clean out area that

12  you could access while you're still washing the car.  Even

13  during the washing process, once you have a side gutter you

14  can access it.  That was one of the benefits that is

15  identified in Hydro's patents for this impervious top.

16          If you go to the next page, their product evolved

17  to where it is a single, as Mr. Lobbin said, one piece of

18  steel, a corrugated piece of steel on top, and that is the

19  wash surface, and that prevents having to clean out anything

20  underneath the wash surface, because nothing can fall

21  through, so you go over to the side and you can clean it out

22  and it is more accessible.

23          If you go to the next page, there are various

24  methods --

25          THE COURT:  What page are you on?

```
1                    MR. MILLER:  I am on page 7 now.

2                    THE COURT:  Okay.

3                    MR. MILLER:  Go to trough cleaning.

4              The industry has gravitated towards this

5    impervious top with a side trough design now.  There is not

6    the grate over a basin system as much as there used to be,

7    but there are still various ways now to clean out a trough.

8    You can just clean it out with a shovel, and there is the

9    skid steer and you can make the trough big enough that you

10   can clean it out with a skid steer, and there are different

11   kinds of conveyors.  That picture in the bottom corner is

12   from one of Hydro's patents with a screw conveyor that

13   augers everything to one end.

14             Then that picture is one of the accused products

15   at the bottom of Hydro's that has a conveyor in it.  There

16   are various ways to clean out the trough.  One of the

17   patents in this case talks about one of those ways.

18             The next page, page 8, is the trough and there is

19   always a post collection system.  Once you pull it out of

20   the collection trough, what happens to it is usually it is

21   attached to a filtration system.  You can see these

22   different filtration systems in those blue boxes, and that

23   is a Hydro filtration system, and it has just got a tube

24   connecting it to the side trough.  You can see Hydro's clean

25   out tray there.  It is kind of a post collection system.  It
```

 1   is connected to the side trough with a tube to where solids

 2   can settle.

 3           This is all part of the post collection filtration

 4   system.  That is kind of the basics of the evolution of how

 5   these systems work.

 6           THE COURT:  Thank you, Mr. Miller.

 7           Anything to respond to that, Mr. Lobbin?

 8           MR. LOBBIN:  Sure.

 9           First, I don't have any objections, for the

10   record, to what he has put forth.  I think we are in

11   agreement on many of the issues about the evolution of these

12   products.  I don't want to get into argument.  I just wanted

13   to point out a couple of things on his demonstratives.

14           On page 2, the wash rack shown there under the

15   portable wash racks heading, two are Hydro's, the green

16   ones, and the gray one there at the top right is Riveer's.

17           I'm not sure it was clarified that on page 3 those

18   are Riveer wash racks from that time frame, as well as on

19   page 4.  Then on page 6 I think we're in agreement that in

20   the mid 2000s this design evolved of the Hydro pad, and for

21   the reasons we have explained in the prior motions, that is

22   when we believe the infringement began.

23           Nothing further, Your Honor.  Thank you.

24           We have a couple more videos.  If you want some

25   more elaboration on some of the stuff, we would be glad to

1    show some more.

2              THE COURT:  I think that that has been helpful and

3    I think I won't ask for anymore.  I guess we will be hearing

4    you on claim construction at 2:00.

5              MR. LOBBIN:  Yes.

6              THE COURT:  Thank you for the presentations.

7              (Proceedings concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25